

IN THE UNITED STATES DISTRICT COURT
OF NEW MEXICO

Kyle Sandau,
Mark Doty,
Rebecca Kaiser,

                    Plaintiffs,

             vs.                    Civil Case No.___21cv426-JHR_____

Zoe Fenn Old, Personal Representative of
the Estate of Forrest Burke Fenn, deceased,
SAN LAZARO HOLDING COMPANY LLC,
William Bradley Sather,
COLLECTED WORKS BOOKSTORE
AND COFFEEHOUSE,
Jonathan Kenneth Stuef,                 Jury Demand:    Yes.   **X**  No.

                Defendants.

## <u>COMPLAINT FOR A CIVIL ACTION</u>

This timely complaint is being brought in good faith by Plaintiffs against Defendants for their

direct and or indirect roles, known as well as unknown, in a treasure hunt that involved a

memoir released in 2010 containing a poem that then purportedly led to a bronze chest full of

gold, jewels and other such rare and valuable artifacts, but was instead fraudulently deprived

from any and all of Plaintiffs past, current and ongoing rights and privileges to and for it.

## <u>CAUSE OF ACTION FOR THE COMPLAINT</u>

**1.** The basis for this complaint is premised on fraudulent actions taken by the Defendants and

especially with legal considerations for the following items **(a)** - **(e)** listed herein;

  **(a).** It was agreed upon and then stated and as fact by Defendants, together or in part, that the

  bronze chest and gold were found in the state of Wyoming, and the only purported stated fact

  to date, whereas Plaintiffs claim this to have been an obvious omission and complete

misrepresentation and total fabrication of the true facts that go to  suggest otherwise.

**(b).**  Plaintiffs claim that the Defendants had intentionally deceived them by purposely

providing numerous false statements of fact over several years.

**(c).**  Due to these material misrepresentation of facts by Defendants, Plaintiffs had no other

choice but to rely on them as actual and true fact until the bronze chest and gold were

recovered with another more correct and plausible solution and explanation to its true location

than that of their own, yet no evidence to date provided by Defendants support this as to

having been the case upon and or after its recovery.

**(d).**  As the misrepresentations and denials from over the years by the Defendants were so

numerous and varied, they eventually had the effect of becoming nothing short of reasonably

believable by the Plaintiffs, and without the bronze chest and gold to show and or answer for

them otherwise, and which most any reasonable person would tend to believe and agree with,

as there was truly no other way to either prove nor disprove any of the facts until the bronze

chest and gold had been found, and which Defendants claim to have been done simply

through publicly available sources via two (2) slip ups in the media, which just cannot be true.

**(e).**  Plaintiffs having been now deprived of their rightful property for as long as they have

therefore suffered numerous damages as a result of having come to rely on as fact the multiple

misrepresentations of the Defendants, and have therefore been further deprived of being able

to have capitalized on the bronze chest and all its contents from its rental to be shown, to book

and movie deals, to product and ad placements, and up to and including, but not limited to, its

eventual sale or auction, and which when taken as a whole is well into the *multiple millions of*

*dollars* in losses.

## PARTIES TO THE COMPLAINT

**2.**  Plaintiff Kyle Merance Sandau is currently a resident of Seattle, King County,

Washington.

**3.**  Plaintiff Mark Gay Doty, pro se, is currently a resident of Vermillion, Clay County,

South Dakota.

**4.**  Plaintiff Rebecca Joann Kaiser, pro se, is currently a resident of Mission Hill, Yankton

County, South Dakota.

**5.**  Defendant Zoe Fenn Old is currently a resident of Santa Fe, New Mexico, Santa Fe County.

**6.**  Defendant San Lazaro Holding Company LLC is currently a legally registered State of New

Mexico Corporation based out of Santa Fe, Santa Fe County, New Mexico.

**7.**  Defendant William Bradley Sather is currently a resident of Round Rock, Texas and upon

information and belief meets the "minimum contacts" requirement due to personal land

ownership in Santa Fe County, New Mexico, as well as being the mailing contact for seperate

land owned by San Lazaro Holding Company LLC in Santa Fe County, New Mexico.

**8.**  Defendant Collected Works Bookstore and Coffeehouse, owned and operated by Dorothy

Massey, is a legally registered and operated commercial business with the State of New Mexico

and is based out of Santa Fe, Santa Fe County, New Mexico.

**9.**  Defendant Jonathan Kenneth Stuef and his physical whereabouts are currently unknown

and upon information and belief and meets the "minimum contacts" requirement due to

substantial physical goods, namely a bronze treasure chest full of gold and other valuable

artifacts that he now claims sole ownership of and that are at the heart of this complaint, and

which is still upon information and belief located in and or around Santa Fe, Santa Fe County,

New Mexico, and upon information and having apparently hired an attorney in and or around

Santa Fe, Santa Fe County, New Mexico  to represent him in any and all matters related to said

physical goods.

**10.**  This Court has sole jurisdiction over all parties listed in this matter due to the controversy

exceeding the sum or value of $75,000, exclusive of interest and costs, and is between citizens

of different States based on Diversity of Citizenship 28 U.S.C. § 1332.

### ADDITIONAL INFORMATION CONCERNING PARTIES WITHIN THE COMPLAINT

**11.**  Plaintiff pro se Kyle Sandau ("**Sandau**") is a father, upstanding citizen in his community and

has worked in the field of technology for 30 years.

**12.**  Plaintiff pro se Mark Doty ("**Doty**") is a father, upstanding citizen in his community and has

worked in management within the field of manufacturing for 23 years.

**13.**  Plaintiff pro se Rebecca Kaiser ("**Kaiser**") is a mother, upstanding citizen in her community

and has worked in the healthcare field for 15 years.

**14.**  Defendant Zoe Fenn Old ("**Old**") is the Personal Representative, and eldest daughter, of the

Estate (the "**Estate**") of Forrest Burke Fenn ("**Fenn**"), deceased.

**15.**  Defendant San Lazaro Holding Company LLC (the "**Corporation**") is the legal entity that

owns the San Lazaro Pueblo San Lazaro ("**San Lazaro**"), and is part of the ongoing Forrest

Burke Fenn Estate probate.

**16.**  Defendant William Bradley "Brad" Sather ("**Sather**"), upon information and belief, was

"Goofy" and or "Goofy_Old_Guy" from Dal Neitzel's ("**Neitzel**") now defunct blog on the Chase

formerly found at *https://dalneitzel.com*, and Sather owns land not far from the San Lazaro, has

the taxes and other such mail sent to his own business address of ESP Spares Inc in

Georgetown, Texas, and was targeted in the federal undercover *Operation Cerberus Action* investigation of 2006 - 2009.

**17.**  Defendant Collected Works Bookstore and Coffeehouse ("**Collected Works**") was, Upon information and belief, throughout the Chase, and still is, the sole authorized bookseller for '*The Thrill of the Chase*', apparently owning the book but not the actual copyright to it, and is purportedly using a portion of the overall proceeds from the sale of the book to benefit an unknown cancer charity fund.

**18.**  Jonathan Kenneth Stuef aka Jack Stuef ("**Stuef**"), upon information and belief, is the purported "finder", now in dispute within this civil action, of the bronze treasure chest containing gold, jewelry, rare artifacts and other such unknown valuables.

**19.**  Forrest Burke Fenn ("**Fenn**"), deceased aged 90 on September 7, 2020, and of the Estate for the main cause of this lawsuit, who wrote a poem and hid a treasure, was an Air Force veteran, art business owner, author, artist, especially in the art of telling tall tales, husband, father and grandfather, as well as a rather proud liar, although Fenn always referred to his lying as "*embellishing*", grave looter and plunderer of rare artifacts, and who was also the ringleader and directly responsible for orchestrating and or perpetrating the fraud alleged herein, along with the other Defendants mentioned within this civil action, directly and or indirectly, knowingly and or unknowingly.

**20.**  Although not direct parties to this specific civil complaint itself, the following individuals and or parties, upon information and belief, perhaps not specifically and or previously named herein, did and or had played a role, directly and or indirectly, knowingly and or unknowingly, connected to this civil cause of action, and are therefore being made known here and now for the record;

Crayton and Terri Fenn, Dal Neitzel, Ric Hajovsky, Shiloh Old, Richard Blake and Charmay

Allred (deceased as of April 8, 2020).

**21.**  Plaintiffs would certainly like to say some nice things here about Fenn and the other

Defendants when and where deserved and appropriate, but this is now in a Court of Law if

you're reading this, and if Plaintiffs do anything here besides go for the proverbial *throat* against

Fenn and the other Defendants, certain individuals, specifically lawyers, upon information and

belief, will then turn those kind words and or compassionate actions and heartfelt gestures

completely against them and possibly harm their otherwise valid and just legal reasonings and

actions herein, therefore it's best simply to be perhaps the worst that Plaintiffs can possibly be

within the bounds of the law by not doing so when dealing with people like that and while in the

midst of a lawsuit, saving any and all of the possible niceties otherwise for well after the fact.

## STATEMENT OF CLAIM FOR CIVIL ACTION

**22.**  On June 10th, 2009 Fenn, along with several other "arrowhead collectors", were raided by

local, state and federal authorities, namely among them the BLM, FBI and NMGF&P, after a

years long undercover operation codenamed *Operation Cerberus Action* ("**Cerberus**") for the

illicit looting and trading of Native artifacts. During the raids, several artifacts were confiscated

by authorities from Fenn's home.

**23.**  Fenn had been either raided before and or in and under suspicion for decades for the illicit

trading of Native artifacts, graverobbing and other such unsavory antics, and many of which,

after Fenn had either escaped the charges or the statute of limitations on, Fenn would brag

about openly as a thumb in the eye to the government and other such individuals he did not like

and or held a grudge against, and especially most people in the field of archeology with a PhD.

**24.** In or around April 2010 as Cerberus against Fenn wore on an unknown author to many but Fenn and only a select handful of others by the name of Ric Hajovsky ("**Hajovsky**") started researching his own name online while subsequently writing a secret book for Fenn at Fenn's own request titled '*The Lost Kivas of San Lazaro*' (the "**Lost Kivas**"), and which was subsequently released sometime on or around July 2010, several months prior to Fenn's own soon upcoming book containing his now infamous poem and treasure hunt, and upon information and belief Hajovsky first got to know Fenn as far back as 1978 when Fenn's older brother, William Marvin "Skippy" Fenn, had drowned in a diving accident in Cozumel, Mexico, and where Hajovsky now again resides retired with his wife Marie-France Lemire.

**25.** Fenn, previous to the Lost Kivas, had written his own much larger and in depth book in 2004 titled '*The Secrets of San Lazaro Pueblo*' ("**Secrets**"), and that Fenn publicly spoke of quite regularly, but Fenn never, not even to his dying day on September 7, 2020, spoke publicly of the *Lost Kivas* nor of its author Hajovsky.

**26.** Fenn's most special place, upon information and belief, was always going to be, and still is even with Fenn's passing, his beloved San Lazaro Pueblo Ruins *south* of Santa Fe.

**27.** On October 25, 2010 Fenn released a book titled '*The Thrill of the Chase*' (the "**Memoir**") which featured short stories of his life and adventures, near the end Fenn included a cryptic poem (the "**Chase**") daring anyone to try and solve, and which would then purportedly lead them to a bronze treasure box full of gold, jewels, artifacts and other unnamed items of significant value.

**28.** An individual by the name of William Bradley "Brad" Sather ("**Sather**") of Round Rock, Texas was also targeted alongside Fenn in Cerberus, and although Sather was caught on

undercover audio and video wiretap while out in a _kiva_ in the deserts of Utah during the investigation with the late government informant Ted Gardiner ("**Gardiner**") aka SU 6129, although upon information and belief, like Fenn, Sather was seemingly never officially charged with a crime in the matter.

**29.**  Sather, upon information and belief, would later be known as "*Goofy_Old_Guy*" or just "*Goofy*" on Neitzel's Chase blog, although Neitzel claims to have never actually known who this Goofy ever was the entire time, and which is just not believable to even an average-minded individual.

**30.**  At one point, upon information and belief, someone had inquired on Neitzel's blog about the Chase concerning a "*William Sathers*" (sic) being on legal documents and apparently listed as the owner of Fenn's San Lazaro, but the reality is that San Lazaro is still owned by Fenn's own Corporation, and the blog has since been *deleted*.

**31.**  Sandau first became aware of Fenn and his Memoir through a story on Google News about a missing searcher, the late Mr. Randy Bilyeu, sometime in later January 2016, then relaying it to his family, including Kaiser, mostly as an interesting aside due to Sandau and Kaiser's late mother, Marjorie, and aunt, Pat, being involved together with a famous treasure hunt in the 1980s titled '*Treasure: In Search of the Golden Horse*' during its entire 5-year run.

**32.**  Later Kaiser asked Sandau if he had looked into the story of Fenn and his treasure any further, which he had not, then decided to take a go at it, mostly out of curiosity.

**33.**  Within the first few hours of looking into the Chase, Sandau had located the long since deleted original origin story about Fenn via the Archive.org Wayback Machine, and which included tantalizing portions since missing from Fenn's most recent tellings of his very first

arrowhead find such as a *thunderstorm*, *mud* and his "*rainbow*", and which was missed by all other searchers up until that point.

**34.**  Sandau then relayed these findings to Fenn via his personal email address, and which Fenn had provided to the public from the start of his Chase, it was listed on his website and printed in his Memoir, as was his home phone number, along with inviting searchers into his home over the years.

**35.**  Fenn was not shy, he wanted the attention, he clearly craved it and thrived off of it. Needless to say, Fenn was not thrilled with Sandau for discovering this very important piece of information to his puzzle poem and then essentially denying it all via an eventual email response to Sandau.

**36.**  Undeterred, Sandau simply said to himself, "Fine, I'll solve it then", and within weeks after that he had discovered yet another previously hidden piece of Fenn's puzzle poem in the form of the obscured and hidden 2010 Lost Kivas book by Hajovsky that nobody else but a few close insiders to Forrest had ever even heard about.

**37.**  Upon information and belief, the Lost Kivas was printed in 100 copies or less, then secretly hidden away in libraries and learning institutions, and in <u>only</u> the states of *Texas*, *New Mexico* and *Arizona*, aside from two (2) copies going to the *Library of Congress*, and where Fenn had always told everyone to send a copy of their own memoirs to.

**38.**  In both May and July of 2016 Sandau made two separate trips to New Mexico and did purposely enter the property of the San Lazaro Pueblo San Lazaro ("**San Lazaro**"), and which was no easy task with it being miles out in the middle of the desert.

**39.**  Sandau's first trip to New Mexico and San Lazaro in May 2016 was done alone and

merely as an initial reconnaissance mission. The second trip in July of 2016 then included both

Doty and Kaiser, where Sandau and Doty together again entered San Lazaro in order to

attempt to excavate the Chest from Kiva B, and which was unsuccessful due to several factors,

and all of which were well out of their personal control.

40.  Kaiser never entered San Lazaro at any time during the trip of July 2016, instead

staying behind at the hotel and only driving Sandau and Doty within several miles of San

Lazaro, as well as later returning to pick them up.

41.  After the unsuccessful excavation of Kiva B at San Lazaro in July 2016, Plaintiffs

decided to confront Fenn with their findings to date, but in true fashion Fenn either denied it all

and or took evasive actions trying to ignore and or discredit them, and which set off a years long

chain of events that eventually culminated, upon information and belief, in Old and the rest of

the Fenn family finally pressuring Fenn enough to pull the Chest and call off the Chase.

42.  Sandau had always protected both Doty and Kaiser up until this legal action was required

and necessary, and where their identities would now need to be revealed and known, and with

Sandau alone always taking the full force and brunt of the overall Chase community's

completely misguided wrath and anger upon himself while doing so.

43.  Sandau's two trips, also known in the overall search community as "*BOTG*" aka "*Boots On

The Ground*", to New Mexico and San Lazaro in May and July of 2016 were the only two

actual trips Sandau ever made regarding the Chase, and with July 2016 being the only BOTG

trip that both Doty and Kaiser had ever made along with Sandau.

44.  Plaintiffs have never knowingly been physically at nor near the residential address of Fenn

nor any of his family members and or close associates, although they had all physically

patronized Collected Works as just general customers during their 2016 visits to New Mexico.

**45.**  Sandau is the only one out of the Plaintiffs to have ever had any direct contact whatsoever

with Fenn, and which was always, and only, via email, and presented as himself, except for

maybe on one or two occasions where he had instead presented himself to Fenn as a fictitious

searcher.

**46.**  In order to maintain cover and continue to extract vital information on the Chase and the

players in it, Sandau took on the personas of a number of other fictitious characters over several

years, and, upon information and belief, nobody targeted in this manner had ever suspected

Sandau of being someone else all on their own.

**47.**  In early 2019 Sandau released a final YouTube video thinking that with Fenn and all of his

outright private and public denials concerning Sandau's solution to the Chase that apparently

Fenn perhaps truly did have another actual and much better ending all along, and one that

would then make more sense and be able to be proven to be a better ending than Plaintiffs had

seemingly figured out, not long after that Sandau then took down his videos and completely

moved away from the Chase and everything going on concerning it.

**48.**  Although Plaintiffs clearly had a lot of proof in their possession by this time, there still was

no Chest nor contents actually present and available anywhere to then definitively prove one

way or the other that any of it had ever even truly existed in the first place, nor that it was ever

actually out there to be found as stated in Fenn's 2010 Memoir. It was all just on faith, and faith

alone would never hold up in a Court of Law, no matter what one may have had for proof.

**49.**  On the early morning of June 8, 2020, two (2) days after Fenn had officially announced on

June 6, 2020 that the Chest had been found and that the Chase was now over, Sandau awoke

and saw a general news article in Google News flash by that the Fenn treasure had purportedly

been found, but that Fenn had now stated the finder, location, solve to the poem, answers to

clues, everything, would be kept secret.

50.   Sandau then directly emailed Fenn on the morning of June 8, 2020 immediately after

reading the Google News article about the Chest being found and the Chase being over,

lovingly referring to Fenn in said correspondence as "*you old turd*", and demanding answers,

and Fenn rather quickly responded and acted as if nothing was amiss, then Sandau proceeded

to read Fenn the riot act by telling Fenn in no uncertain terms to get out there and tell it all; who

the finder was, the solve, the answers to the clues, everything. The problem is, Fenn couldn't

produce any of that because, upon information and belief, it was all a complete set up and a lie,

a total fraud and fabrication.

51.   Sandau then emailed Fenn's attorney of record at the time, one Karl Sommer ("**Sommer**")

of Santa Fe, New Mexico, on June 10th, 2020, and forwarding along the previous email thread

between himself and Fenn.

52.   Sommer never responded to Sandau's email correspondence, and neither again did Fenn,

although Sommer did on April 30, 2021 contact Plaintiffs via email and which also contained a

*Motion in Opposition* to Plaintiffs requesting more time in Probate Court directly concerning this

matter, and which is <u>why</u>, unfortunately enough, that this lawsuit is now rather quickly and quite

haphazardly being filed now instead of at a later date due to the Estate's refusal to allow the

granting of Plaintiffs' motion, so instead of taking any chances here this lawsuit is now being

filed so as to not go and the run completely afoul of the statute of limitations on it, and which is

today, May 4, 2021, which would then obviously go to deprive and deny Plaintiffs any justice in

the matter forever, at least concerning the Estate of Fenn.

**53.**  As a simple statement of fact in this matter, Sommer is the brother-in-law of First Judicial District Court of New Mexico Chief Judge Mary L. Marlowe-Sommer, and the current judge presiding over the Fenn Estate probate, of which Old is the Personal Representative for, is Judge Francis J. Mathew, therefore making Chief Judge Marlowe-Sommer Judge Mathew's Court administrative boss, yet Plaintiffs still believe and trust in the integrity of the Court, the indepence of the judiciary, its unbiased fairness and fair application of the rule of law in the pursuit of justice to all parties that come before it.

**54.**  It took Fenn <u>ten</u> (10) days from the date of the announced find of June 6, 2020 to produce even one photograph as any evidence whatsoever of the Chest find and it's purported contents, and which to Plaintiff's uncertain knowledge and belief hasn't all been accounted for nor seen by anyone outside of Fenn, Stuef, and their attorneys.

**55.**  Plaintiffs, upon information and belief, contend that Fenn ran the Chase in such a way that it closely mirrored the Manhattan Project during World War II whereas everyone involved were working towards the same combined goal, in this specific example the production of an atomic weapon to hopefully end the war, yet nobody really truly knew what anybody else was working on nor the part they were actually playing concerning it all besides Fenn, therefore keeping his word at the time that only he knew where the Chest was hidden, while also giving everyone else a bit of plausible deniability.

**56.**  Fenn died on September 7, 2020 at his home in Santa Fe still surrounded by doubt and suspicion concerning the end to his Chase, as well as already being embroiled in two lawsuits against him at the time concerning it.

**57.**  Plaintiffs contend, upon information and belief, that Fenn had actually taken his own life on September 7, 2020, and most likely via sleeping pills due to the fact that Fenn had always stated that he would commit suicide, and just as Fenn's father, Marvin Fenn, had done decades ago, as part of his treasure hunt story in exactly the same fashion, not to mention that when found the morning of September 7, 2020 Fenn was purportedly on the floor of his study unresponsive and snoring, then taking several more hours after being taken to the hospital and then brought back home to finally pass away.

**58.**  If Stuef was truly the legitimate finder he could have freely sold the Chest and its contents long ago, but apparently one couldn't "*just take the chest and go in peace*" after all, and just as Fenn had always stated that one could do, and had in fact stated under oath in another lawsuit brought against him in Erskine v. Fenn that the finder could do so, yet the Chest and its contents, upon information and belief, still sit in a New Mexico vault somewhere now almost a year later, and that just doesn't make any logical sense here whatsoever as to why that is.

**59.**  Since Stuef cannot, or rather will not, definitively answer even the most basic of questions concerning the Chase, along with providing the answers to all purported nine (9) original clues said to be within the poem, as well as stating exactly how, when and where he found the Chest, then Stuef simply cannot be believed as to having actually solved the Chase, and then having legitimately retrieved the Chest all on his own without the explicit help of Fenn or others close to him having done so.

**60.**  The only two possible narratives here, upon information and belief, is that Stuef had either found the Chest by pure chance and or luck after Fenn had it later placed elsewhere than its original hiding location, and that original location being in Kiva B out at San Lazaro, or that Stuef

had knowingly taken part in the overall  fraud that, either way, then deprived Plaintiffs of their rightful property and all of the extras that would then come with it.

**61.**  If Old, along with the rest of the Fenn family and other close associates, upon information and belief, truly never had any prior knowledge whatsoever of the original location of the Chest and its contents, nor even the correct solution to the poem, then Old can never properly nor successfully defend the Estate from this civil action now filed against it by the Plaintiffs.

**62.**  Yes, the Fenn family lost both their beloved Grandpa Forrest aged 90 and Grandma Peggy Fenn aged 87 last year, and which is sad to be sure, but everyone still seems to cling to that premise as to why the rest of the Fenn family should just be "left alone", but they had both lived a very long, as well as a very good and fulfilled, life, some might even say that they were content, and Old was the one who took on the role and responsibility to probate Fenn's Estate all on her own volition and instead of leaving the process up to a professional to take care of for her and the rest of the Fenn family.

**63.**  Sandau's own biological parents on the other hand, and just as a great equalizer here, both died fairly young and with health issues, and also with very little but the love of their family and friends. Sandau had even personally cremated his mother, Marjorie, but he was long estranged from his biological father, a Vietnam veteran himself, although his step-father, Neil, and whom he considers to be his real father, is a man of true honor and integrity, and, just like Fenn was as well, is a Vietnam veteran himself, although he was a *combat medic*, and who never felt the need to speak of his experiences while in country for pity, unlike Fenn the egotistical jet fighter pilot who flew hundreds of miles per hour at hundreds or thousands or even tens of thousands of feet above the jungle while bombing and strafing whatever moved, only to then bail out on

what was supposed to be his final mission for the guts and glory of being the 1,500th pilot shot down to be rescued.

**64.**  According to the basic definition of law, and upon information and belief, a defendant in a legal action does not have to actually be guilty of or have knowingly taken part in a fraudulent action in order to then later be held legally liable for their own part played in the fraud, and therefore that is exactly why Defendant Collected Works Bookstore and Coffeehouse is being named within this suit for being the official seller of Fenn's 'The Thrill of the Chase', as well as other works by him, and benefiting into the millions of dollars overall from it.

**65.**  It must be stated here and now that the Chase community itself is made up of a lot of different characters and personalities, some kind and fun, others not so much, and whom Sandau specifically has obviously taken a lot of undeserved abuse and vitriol from, therefore Plaintiffs now humbly request of the overall Chase community, including but not limited to the Chase blogs, Chase YouTube channels, Chase Reddit forums and so forth and so on, and who will absolutely be sharing and disseminating all of this for months, perhaps even years, yet to come, humbly ask to please now allow Plaintiffs, along with the Defendants, the space, time and opportunity in order to let the legal process play out before jumping to any incorrect conclusions one way or the other, thank you.

**66.**  A lot of the information about the Chase, upon information and belief, has either previously been heavily obscured and or deeply hidden away, as well as so much of it being deleted and or destroyed since, and especially after June of 2020, such as with the deletion of official Chase resources like the websites located at *https://dalneitzel.com* and *https://oldsantafetradingco.com*, that, in a bit of a forced rush, Plaintiffs have therefore included

a highly condensed collection of evidence in longform, with accompanying links to originals where possible, that more than supports this civil complaint as best as can be expected under such unique and rather difficult circumstances, and which is attached with this complaint and appropriately titled as: **TRUE SOLUTION TO FORREST FENN'S CHASE**.

**67.**  It must be stated that, upon information and belief, and emphasized in no uncertain terms, that the 2010 previously hidden and obscured *Lost Kivas* book written by author Hajovsky at the direct request of Fenn provides the original  true and correct solution to Fenn's '*The Thrill of the Chase*' poem and treasure hunt, and everything else, somewhat known as well as not at all known, leads right back out to *San Lazaro*, and specifically to ***Kiva B***.

**68.**  Plaintiffs have now, upon information and belief, provided concise and compelling proof with the evidence now presented herein, and truly beyond even a reasonable doubt that would have been required in a criminal complaint, and with the preponderance of evidence as is called for in a civil case overwhelmingly showing in Plaintiffs favor as to their solution to the poem and Chase obviously being the only original true and correct one, and which by law this civil action must then now be decided in this Court of Law solely on its merits by a mere 51% burden of proof as to who the prevailing party shall be, and which is clearly the Plaintiffs.

### LIST OF EVIDENCE EXHIBIT POINT # ATTACHMENTS IN COMPLAINT

**69.  Point #15 -** San Lazaro Holding Company LLC Property Record.
**70.  Point #22** - Operation Cerberus Action Raids on Fenn.
**71.  Point #24** - '*The Lost Kivas of San Lazaro*' by Hajovsky*.*
**72.  Point #25** - '*The Secrets of San Lazaro Pueblo*' by Fenn.
**73.  Point #27** - '*The Thrill of the Chase*' by Fenn.
**74.  Point #28** - 'A Sting in the Desert' with Sather in a Kiva.
**75.  Point #31** - Randy Bilyeu First Treasure Searcher to Perish.
**76.  Point #33** - Fenn Origin Story with Thunderstorm, Mud and Rainbow.
**77.  Point #49**  - Fenn Treasure Chest Purported Found in the News.
**78.  Point #50** - Sandau Email to Fenn and Sommer Post Find.

**79. Point #58** - Court Declaration of Fenn in Prior Civil Action.

**80. Point #67 - <u>TRUE SOLUTION TO FORREST FENN'S CHASE</u>**

<u>**RELIEF SOUGHT IN COMPLAINT**</u>

**81.** Plaintiffs are *requesting* and *praying* for relief in; (**a**.) the amount of $10,000,000 (ten million dollars), including but not limited to compensatory and punitive damages, from Zoe Fenn Old and The Estate of Forrest Burke Fenn, whereas if granted in-full $2,000,000 (two million dollars) of those overall funds will then be placed into a neutral trust for a new, and more importantly, fair treasure hunt as a continuing benefit to and for the overall Chase community, (**b**.) the transfer of the full and clear title and deed of the San Lazaro Pueblo Ruins located in Santa Fe County with parcel# 78902055 at 235 Old Cash Ranch RD in Cerrillos, NM 87010 from San Lazaro Holding Company LLC, to then be gifted to either the Native Pueblo Ancestors of San Lazaro, and if none can be properly and or legally ascertained then donated to the BLM or other such proper conservator or as this Court sees fit with its final disposition, (**c**.) the relinquishing of any and all current, previous and or future possible rights to the San Lazaro Pueblo Ruins, as well as the transfer of the full and clear title and deed to the property located in Santa Fe County with parcel# 910011525 at 444 Old Cash Ranch RD in Cerrillos, NM 87010 from William Bradley Sather, (**d**.) any and all income and or profits ever derived from the sale of '*The Thrill of the Chase*' from Collected Works Bookstore and Coffeehouse to then be donated in-full to a proper and public-facing cancer charity or as this Court sees fit with its final disposition, (**e**.) the bronze treasure chest with any and all of its contents, including but limited to gold, jewelry, artifacts and everything and anything else related to it fully intact, along with any and all publicity, as well as any and all other such rights real or imagined thereto concerning the Chase in perpetuity from

Jonathan Kenneth Stuef.

**82.** I declare under penalty of perjury under the laws of the State of New Mexico that the foregoing is true and correct.

Respectfully submitted,

/s/ *Kyle Sandau*      May 4, 2021
----------------------------------------------
Kyle Sandau
3518 Fremont Ave N #537
Seattle, Washington 98103
(206) 200-2201
kyle84486484@gmail.com
Plaintiff, pro se

/s/ *Mark Doty*       May 4, 2021
----------------------------------------------
Mark Doty
1104 E Cherry St #220
Vermillion, South Dakota 57069
(605) 659-3093
mark84486484@gmail.com
Plaintiff, pro se

/s/ *Rebecca Kaiser*   May 4, 2021
----------------------------------------------
Rebecca Kaiser
3013 Broadway Ave Ste 8 #148
Yankton, South Dakota 57078
(605) 660-5934
rebecca84486484@gmail.com
Plaintiff, pro se

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Sandau, Kyle M., Doty, Mark G., Kaiser, Rebecca J.

## DEFENDANTS

Old, Zoe F., *see attachment

**(b)** County of Residence of First Listed Plaintiff   King County, WA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Santa Fe County, NM
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Kyle Sandau 3518 Fremont Ave N #537 Seattle, Washington 98103 (206) 200-2201 *see attachment ⊞

Attorneys *(If Known)*

John Hickey 460 St. Michael's Drive Suite 1000 Santa Fe, New Mexico 87505 (505) 988-2900 ⊞

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☒ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Civil Fraud

Brief description of cause:
Fraud and Conversion

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE      DOCKET NUMBER

DATE   May 4, 2021    SIGNATURE OF ATTORNEY OF RECORD   /s/ Kyle Sandau, /s/ Mark Doty, /s/ Rebecca Kaiser

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

**ATTACHMENT FOR CIVIL COMPLAINT COVER SHEET**

<u>Plaintiff Additional Addresses and Phone Numbers</u>:

Mark Doty
1104 E Cherry St #220
Vermillion, South Dakota 57069
(605) 659-3093

Rebecca Kaiser
3013 Broadway Ave Ste 8 #148
Yankton, South Dakota 57078
(605) 660-5934

<u>Defendant Additional Names, Addresses and Phone Numbers</u>:

San Lazaro Holding Company LLC
℅ Zoe Fenn Old
1021 Old Santa Fe Trail
Santa Fe, New Mexico 87505

William Bradley Sather
℅ ESP Spares Inc
300 Park Central Blvd Suite B
Georgetown, Texas 78626
(512) 931-2701

Collected Works Bookstore and Coffeehouse
202 Galisteo St.
Santa Fe, New Mexico 87501
(505) 988-4226

Johnathan Kenneth Stuef
Home Address Unknown
Telephone Number Unknown
Current Whereabouts Unknown

 **1 of 1** 

**78902055 - REAL**

235 OLD CASH RANCH RD

**EXHIBIT Point #15**

Parcel Number:   78902055

UPC:   1048077396132000000

See Sketch and Property Description Information

Physical Address:

235 OLD CASH RANCH RD
CERRILLOS ,  NM 87010

Owner Name:

SAN LAZARO HOLDING CO LLC

Owner Mailing Address:

300 PARK CENTRAL BLVD STE B
GEORGETOWN , TX  78626-7540

**Tax Code Area:**   CO-N

Legal Description:

T13N R 8E S12 SE4 160 AC
**Acres:**   160.0000

Plat Book:
**Current Deed:**  1611042
Previous Deed:  YELLOW

Neighborhood:   GALISTEO

Property Class:   VAC

**Assessed Structures Value:**   $
**Land Value:**  $277,500.00
**Exemption Value:**  $

See Notice of Value on Document Manager

• • •

Looting of Indian artifacts targeted

[an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive]

May 03, 2021 |                                          12:04 pm | 84°

**News**

EXHIBIT Point #22

- Type Size: A A A
- Print
- Email

# Looting of Indian artifacts targeted
Federal crackdown reveals depth of criminal intrigue

- Most Popular

*by Dennis Wagner - Aug. 27, 2009 12:00 AM*
*The Arizona Republic*

- Share

What has become the nation's biggest crackdown on dealers of black-market Native American artifacts doesn't lack for intrigue. Armed raids. Secret informers. Sacred objects.

Since the investigation began 2�1/2 years ago, 26 people, including a number of well-known antiquities collectors, have been charged in three states. Two suspects committed suicide, one of those a former Scottsdale resident. One man is charged with threatening the life of an informant who spearheaded the inquiry.

In Arizona, at least two prominent collectors have been subjected to raids, and others voluntarily forfeited artifact collections to a museum, sources confirm.

Melodie Rydalch, a spokeswoman for the U.S. Attorney's Office in Utah, acknowledged that the sting operation, suicides and threats have spawned dramatic intrigue.

"It's like a Tony Hillerman book unfolding right before our very eyes," said Rydalch, referring to popular detective novels based on the Navajo Nation.

The ongoing investigation includes dozens of sacred objects suspected of being looted from Indian ruins in the Grand Canyon State.

Using a paid informant identified only as "the Source," agents of the FBI and Bureau of Land Management purchased sacred Hopi kachina masks, Navajo pendants, Pueblo pottery and other artifacts from more than two dozen figures in the Four Corners states of Utah, Colorado, New Mexico and Arizona. Court records say the civilian operative spent $335,000 buying more than 250 apparently illicit objects. Federal investigators estimate that four-fifths of the nation's archaeological sites have been plundered by amateur collectors and professional thieves.

For some, the motive is a reverence for Native American antiquities. For others, it's money. Ancient Indian objects are coveted worldwide by collectors willing to pay tens of thousands of dollars, if not more, for trophy pieces of the past.

Federal laws ban the removal of artifacts from federal lands, Indian reservations or burial grounds, and prohibit the possession or sale of illicit objects.

Enforcement is sketchy, however, because many items may be legitimately owned and sold if they were acquired before passage of prohibition laws or if they were found on private property.

The Four Corners case was nicknamed Cerberus Action in honor of a mythological three-headed dog that guards the gates of Hades. It has been touted by the Interior Department as America's "largest ever undercover operation" targeting looters.

Since December 2006, court records say, an informant has been paid more than $224,000 to infiltrate the "network of criminals who pillage archaeological sites." The Source was equipped with video and audio devices as he made deals. Some suspects bragged about illegally obtaining artifacts, pointing out their looting grounds on maps.

One defendant vowed to die in a gunfight with federal agents. Another was arrested after he threatened to "take care of" the paid informant. According to affidavits, the Source was an antiquities dealer for years before he began working with investigators in 2007. Federal authorities say he has no criminal history and volunteered to help because he was outraged by the black market.

Museums and Indian tribes are celebrating the recovery of sacred objects seized during the investigation.

Beth Grindell, director of the Arizona State Museum in Tucson, confirmed that some Arizona antiquities dealers recently gave up collections voluntarily. Grindell would not identify the individuals or say how many objects were turned in, but she described the collections as "quite sizable."

Grindell and Rebecca Tsosie, executive director at Arizona State University's Indian Legal Project, said looters do tremendous scientific damage that also is devastating to Native American tribes. They said ruins that have been excavated quickly, often in the dark of night without expertise, lose virtually all their archaeological value. The Hopi and other tribes view the looting of graveyards as spiritual desecration and purloined kachinas as stolen "living gods."

Although no Arizona resident has been indicted, several played significant roles in search-warrant affidavits.

Steven Shrader, 56, of Colorado, who committed suicide after his arrest in June, was a former salesman for a Mesa roofing company. He was indicted along with 74-year-old Carl Crites of Colorado and accused of trafficking in stolen objects, including ancient sandals and baskets.

At one point in the case, a federal affidavit says, Crites and co-defendant Richard Bourret took the Source to Native American burial grounds in Utah and dug up a skull.

"While digging, they uncovered human remains. . . . Crites commented, 'Wish that fella had still been intact, the skeleton I mean,' " an affidavit notes.

Earlier this month, Crites pleaded guilty and relinquished an antiquities collection assembled over 50 years.

Ron Cipolla, a Fountain Hills businessman who operates a Web site titled "Treasures of Our Past," has been identified as a subject of the inquiry. Cipolla declined to comment. His attorney, Michael Kimerer, confirmed a federal raid on Cipolla's property but would not discuss the case further.

Walter Knox, co-owner of the upscale Fort Knox Antiquities in Scottsdale, said the Source visited his shop attempting to purchase artifacts, but Knox refused to do business because "the guy looked like a heroin addict."

Knox, a former police officer, said most collectors abide by the law and respect Indian culture. He said teams of agents from the FBI, BLM and Internal Revenue Service raided at least two Arizona dealers this summer with warrants involving tax-related issues.

"It's almost now like the federal government is intent on shutting everybody down because of a few illegal operators," Knox said. "It's very political. . . . It's a witch hunt, and it's run by archaeologists."

Agents also raided the home of New Mexico author Forrest Fenn, who founded a Santa Fe gallery and has written books on Indian culture and artifacts. According to affidavits, the decorated fighter pilot began exploring Arizona ruins while stationed at Williams Air Force Base during the 1960s.

Fenn was recorded last October explaining to the Source that he flew over remote Arizona canyons while in the military, searching for ruins. "And then on the weekends

we'd go in there. . . . We found so many caves that, evidently, nobody had been in since the Indians," he said.

Fenn is not under indictment. Defense attorney Peter Schoenburg said only a few objects were seized from his client's collection. He said Fenn gathered artifacts from private property or during the early 1960s, before most protective statutes were passed.

"He certainly was within the parameters of the law," Schoenburg said.

Federal prosecutors declined to comment on Arizona aspects of the probe.

Brett Tolman, U.S. attorney in Utah, said the investigation is not over.

"I hope we've accomplished a deterrent effect that will have an impact on the black market," Tolman said. "We're not talking about trash or trinkets, but sacred objects and remarkable artifacts."

- **Type Size:** A A A

   Print

Jerry McBride/Associated Press

 A Bureau of Land Management employee carries artifacts at Carl Crites' home Aug. 19. Crites pleaded guilty to trafficking in stolen objects and relinquished his collection.

- SHARE

- 

## MOST POPULAR NEWS HEADLINES

- Fourth of July quiz: How 'American' are you?
- Quiz: Can you pass the civics test for U.S. citizenship?
- Women executed in the U.S. since 1976
- Arizona wildfires: Road closures
- Phoenix-area investigations reveal shadowy porn industry
- Bikers Against Child Abuse make abuse victims feel safe
- Holy sightings: Jesus, Virgin Mary and others spotted in unusual places
- Former porn actress makes new start as Chandler mom
- List of Arizona K-12 Online schools
- Nude photos: A new way for teens to flirt?

GANNETT



# Ric Hajovsky
History and World Travel Books

| Our books | History Books ▼ | Travel Account Books ▼ | Travel Guide Books ▼ | Ethnographic Art ▼ | Contact the Author |

# The Lost Kivas of San Lazaro

EXHIBIT Point #24

## The Lost Kivas of San Lazaro:



Lost Kivas of San Lazaro

This is the book Ric Hajovsky wrote detailing the discovery and excavation of two underground ceremonial chambers in San Lazaro Pueblo, a Tanoan site located in the Galisteo Basin, 17 miles south of Santa Fe, New Mexico.



Kiva

Besides detailing the excavation, the unusual features of the kivas, and the artifacts uncovered, the book includes a time-line of events at San Lazaro, starting with its founding in the 1100s and running through its abandonment in 1680.

Also included is a history of the Tano migration from San Lazaro, from their 1680 departure to their arrival in Hano at First Mesa, Arizona in 1700. 166 color photographs, 17 black and white figures.



**BUY IT NOW**



Click Here to see our books on Amazon.com

amazon.com

### Search our site

🔍 Search

copyright 2018 RicHajovsky.com

Copy Protected by Chetan's WP-Copyprotect.





EXHIBIT Point #25

PRODUCTS  >  THE SECRETS OF SAN LAZARO PUEBLO     < PREVIOUS / NEXT >



$95.00

If you love the lore and the lure of ancient places and things, this volume is dedicated to you. May the stories herein keep you forever asking and searching.

520 color plates, figures and drawings
326 pages
54,000 words
Hard cover

Printed in the USA.

Preview

QUANTITY:

1

**ADD TO CART**

f



The Wayback Machine - https://web.archive.org/web/20160310080118/http://www.oldsantafetradingco.com:80/the-thrill-resource-page

# OLD SANTA FE TRADING CO

HOME    COLLECTION    STORE      BLOG    RESOURCES    CONTACT

## The Thrill Resource Page     EXHIBIT Point #27

Home » The Thrill Resource Page

This book is the remarkable true story of Forrest Fenn's life and of a hidden treasure, secreted somewhere in the mountains north of Santa Fe. The book contains clues to the treasure's location as Forrest Fenn invites readers to join in The Thrill of the Chase. If you are searching for Forrest's treasure please stay safe, take adequate supplies and a GPS. The chest is not in a dangerous place. Remember, it weighs 42 pounds and an old man carried it to its secret location. Keep your children close in the mountains and search at your own risk. Good luck in the chase.



## Where to Buy the Book

### Collected Works Bookstore

**Sold exclusively through Collected Works Bookstore** located in Santa Fe, New Mexico. If you'd rather order by phone, their number is (505) 988-4226. Ten percent from the sale of this book goes to a cancer patient in need of assistance. View Excerpt

## Has the Treasure Been Found?

*To our knowledge, NO!*

### THE POEM

This poem written by Forrest Fenn contains nine clues that if followed precisely, will lead to the end of his rainbow and the treasure. Happy Hunting!

As I have gone alone in there
And with my treasures bold,
I can keep my secret where,
And hint of riches new and old.

Begin it where warm waters halt
And take it in the canyon down,
Not far, but too far to walk.
Put in below the home of Brown.

From there it's no place for the meek,
The end is ever drawing nigh;
There'll be no paddle up your creek,
Just heavy loads and water high.

If you've been wise and found the blaze,
Look quickly down, your quest to cease,
But tarry scant with marvel gaze,
Just take the chest and go in peace.

So why is it that I must go
And leave my trove for all to seek?
The answers I already know,
I've done it tired, and now I'm weak.

So hear me all and listen good,
Your effort will be worth the cold.
If you are brave and in the wood
I give you title to the gold.

HAVING TROUBLE?

There is always a chance that someone has found it and hasn't made it public but as far as we know it's still out there.

# More Clues Revealed!

### Clue #10

The treasure is hidden higher than 5,000 feet above sea level.

### Clue #11

No need to dig up the old outhouses, the treasure is not associated with any structure.

### Clue #12

The treasure is not in a graveyard

### Clue #13

The treasure is not hidden in Idaho or Utah

# Facebook Page

 *The Official Thrill of the Chase Facebook Page*

# Treasure Hunter Blogs

### Dal Neitzel's Blog

Follow Dal as he searches for the treasure. A wealth of information and always a good read!



Forrest and Dal

### Mountain Walk

A blog by Richard Saunier. Read how Richard interprets the clues.

HAVING TROUBLE?



Richard Saunier

*Treasure Everywhere*
A blog post by Linda Sharps, the wife of a wayward treasure hunter.

*Mark Dreyer's Blog*
Join Mark and his crew on the hunt.

*Ricky's Blog*
Forrest Fenn and the Elusive Treasure of Santa Fe

*Mysterious Writings - and the search for the holy grail*
A blog by Jenny Kile

*Forrest Fenn: An Interview*
A blog by Holly Johnson

*Ultimate Guide to the Forrest Fenn Treasure - "The Thrill of the Chase"*
A website by Phillip Mason

*Journeys Inspired by The Thrill of the Chase*
Barbara's Blog

*Ignorance Denied Discussion Group*
by Mark Talbot

*The Fenn Hot Spot*
by Mindy

# Video

*The Fish Videos*
**The Fish Videos** are a series of conversations conducted in April 2013 with Forrest Fenn. Interviews courtesy of Dal Neitzel.

*The Santa Fe Interviews*
**The Santa Fe Interviews** are a series of conversations conducted over a three day period in June of 2012 with Forrest Fenn. Interviews courtesy of Dal Neitzel.

*KOB Eyewitness News*
Publisher of treasure hunt book prints more copies

HAVING TROUBLE?

*Forrest Interviewed on PBS*
Report From Santa Fe with Lorene Mills, Air Dates: November 3-5, 2012.

*Forrest Fenn's Hidden Treasure: It's Still Out There*
Interview by SantaFe.com

*Benet Davetian's Take on The Treasure*
Forrest is psychoanalyzed.

*KOB Eyewitness News Story*
Part One of the Story, aired 8/29/11.
Part Two of the Story, aired 8/30/11. Also see accompanying story On the hunt for $2 million treasure.

*HDNet Story by Jennifer London*



*Forrest Interviewed on PBS*
Report From Santa Fe with Lorene Mills, Air Dates: May 13-16, 2011.

*Forrest's Hidden Treasure Chest*
Video Teaser on YouTube

# Audio

*Margie Goldsmith's Interview on KPAM Radio*

*Sue the Trucker's Take on the Treasure*

# Articles

*Reader's Digest Everyday Heros*

*Can Treasure Hunting Change Your Life?* by Meredith Mullins.

*Tesoro in versi* The following is a shaky translation of Viviana Mazza's article that appeared Sunday 1-20-13, in Italy's largest newspaper, "Corriere della sera", in Milan.

*Forrest said that some of Viviana's statements wander outside the boundaries of fact, but that she presented some new ideas that might aid those who are in the chase for the treasure.*

*United Airlines Inflight Magazine, "Hemispheres" by Margie Goldsmith.*

*The Robb Reader:Forrest Fenn by Margie Goldsmith.*

*A $2 Million Treasure Hunt in Santa Fe by Margie Goldsmith.*

*Well Over $1 Million in Buried Treasure: Find it! by Margie Goldsmith.*

## Comic Relief



"Dinsmore and Boots" Courtesy of Jeremiah Dinsmore

5/4/2021
Case 1:21-cv-00426-JHR Document 4 Filed 05/04/21 Page 35 of 107
The Thrill of the Chase | Old Santa Fe Trading Co.



[f] JOIN US ON FACEBOOK   |   THE THRILL OF THE CHASE RESOURCE PAGE

HAVING TROUBLE?

EXHIBIT Point #28

**Chapters** ▼
(HTTPS://WWW.LATIMES.COM/)



# A STING IN THE DESERT

SEPTEMBER 21, 2014

BY JOE MOZINGO

PHOTOGRAPHY, VIDEO BY KATIE FALKENBERG



For generations, the people of the Four Corners region have battled the federal government over collecting and selling Native American artifacts. Then agents persuaded a local dealer to go undercover.

Operation Cerberus Action was supposed to expose a lucrative trade in stolen antiquities.

Instead, it tore a hole in a Utah town.

In the high country of the Navajo reservation, a family walked through the pinyon pines, combing the earth for the remnants of a vanished civilization.

Their breath steamed in the morning air. Dr. James Redd wandered away from his wife and daughter for a few minutes, then called back: "Hey guys, come and look."

He pointed to a white shell, smaller than a dime, lying partly exposed in the wind-scoured dirt. It had been carved in the shape of a bird, with a hole drilled through it.

Millions of such artifacts lay strewn across the region. The doctor's wife, Jeannie Redd, reveled in the way the pieces connected her to the ancient Anasazi culture.

Jim handed the shell to Jeannie, who hooked it on a safety pin and put it in her pocket, never imagining the trouble it would bring.

Two weeks later, a man named Ted Gardiner strode up the steps to the Redds' home, high on a knoll south of Blanding, Utah.

Gardiner was 50, tall and leathery, with a mantis-like build that helped him move about the vertical world of Utah's canyons. He was a dealer in Anasazi antiquities, and he'd been visiting the Redds for about seven months, trying to buy and sell artifacts.

"How you been, sweetheart?" Gardiner asked as she opened the door.

Jeannie, 57, was the collector in the house, the one who scanned the ground with a raptor's eye. Jim, a year older, worked long hours as the main family doctor in Utah's largest county. He had little interest in collecting but enjoyed accompanying his wife and daughter Jericca as they hunted for artifacts.

"I went out to Butler Wash yesterday," Jeannie told Gardiner. "We just went off the highway. And people had hit every mound. But I found a Bull Creek arrowhead, a nice one."

Gardiner opened a cardboard box and pulled out items he had brought.

Admiring a pendant, Jeannie said, "Oh my God, that is not a small turquoise."

Gardiner told her he had found it next to Comb Ridge — a great, toothed blade of sandstone that according to Indian lore is the Earth's very backbone.

In truth, he had bought it from meth addicts living in a trailer.

Jeannie traded some small broken pendants and bits of string and rope for the turquoise piece.

"What means a lot to me is that you found it," she said.

"Well, cool," he said, and packed up his boxes. "Jeannie, thank you, sweetheart. Take care."

"It's been a pleasure," Jim said. "Drive safely."

Gardiner pulled down the quarter-mile drive, listening to the Beatles' wistful "Here, There and Everywhere." Then he turned up Highway 191 and turned off the music.

"SU 6129," he said aloud in the empty SUV.

A tiny video device, disguised as a black shirt button, had been recording since he first pulled up to the home.

"Eighteen hundred hours," Gardiner said. "Dr. Jim and Jeannie Redd."

# VIDEO: Relics to Ruins

Gardiner was working for a team of federal agents trying to put an end to the illegal trade in prehistoric artifacts that was obliterating the archaeological record of the Four Corners region.

Case 1:21-cv-00426-JHR  Document 1  Filed 05/04/21  Page 39 of 107

The Anasazi people had lived in the caves and mesas of the Colorado Plateau from before the time of Christ. At the end of the 1200s, they disappeared, leaving behind elegant ceramic pots, effigy dolls, turkey-feather blankets, spears and arrows.

Settlers who discovered the Anasazi ruins in the 19th century started collecting and selling the artifacts. By the 1950s and 1960s, "pot hunting" was deeply ingrained among Blanding's 1,800 or so residents.

Families brought shovels and screens to picnics, and exchanged ancient bowls and seed jars as Christmas gifts.

By the 1970s, commercial pot hunters were digging with trenchers and backhoes, even flying to distant spots in helicopters.

Archaeologists and Native American leaders decried the destruction, and Congress made it a felony to take ancient items worth more than $500 from public or Indian land.

In 1986, heavily armed federal agents raided 16 homes and trading posts in and around Blanding. The raids swept up two of the county's three commissioners and strained relations with the federal government, which residents already regarded as arrogant and intrusive.

Utah's U.S. attorney decided not to file criminal charges, but the hostility remained. And diggers and collectors quietly kept at it.

The Bureau of Land Management, the FBI and the National Forest Service made occasional arrests, but it was rare for offenders to do prison time.

Then, in 2006, law enforcement caught a break. A BLM ranger told federal agents about someone who might be pressured into helping them infiltrate the trade.



*Moon House is protected by exterior walls, which were common in Anasazi homes.*

**G**ardiner was from a prominent Mormon family and had owned a chain of successful supermarkets in Salt Lake City.

Like Jeannie Redd, he felt a mystical connection to the Anasazi. He and his first wife, Debbie, read everything they could find about the culture. They would whisper out of respect when they came across an ancient cliff dwelling or petroglyph; digging in the ruins was sacrilege.

Ted Gardiner, like Jeannie Redd, felt a mystical connection to the Anasazi people. Above, he stands near the edge of Fish Creek Canyon in southeastern Utah's Cedar Mesa. (Gardiner family)

Then one day in 1996, Gardiner suffered a severe panic attack during a business lunch. A doctor prescribed the anti-anxiety drug Xanax. Debbie said that not long after that, "the aliens took over."

Gardiner started drinking heavily and taking pills. He told a therapist he had been molested by a school janitor when he was 15, and that seeing his oldest son approach that age unhinged him.

After several years and a stint in rehab, his marriage fell apart. He sold the supermarkets and moved into a cabin in the mountains east of Salt Lake.

Desperate for money, he decided to cash in on his expertise. He opened an online business trading in Anasazi items and bought private collections. When he couldn't make ends meet, he started dumping his artifacts on eBay.

His second wife took their daughter and moved out. A friend went to check on Gardiner and found him half-conscious in the dark. He was burning furniture to keep warm.

When BLM agents knocked on his door in 2006, Gardiner looked like a desert hermit, with wild blue eyes and scraggly long hair. He turned them away, but later, after sobering up and listening to their pitch on the phone, he agreed to meet with two agents from an FBI art crimes task force.

Gardiner told them of a highly organized black market in prehistoric Southwestern artifacts. He rattled off the names of well-known collectors and dealers from Phoenix to Austin to Santa Fe.

The government paid him $10,000 for his initial information.

Ted Gardiner, left, and Special Agent Dan Love of the Bureau of Land Management in Cedar Mesa. (Gardiner family)

Special Agent Gibson Wilson, in asking superiors in Washington for authority to put Gardiner undercover, said Gardiner "admittedly traded in the past in objects which were of 'questionable' origin and ... appears to be legitimately motivated to make amends."

Wilson promised an investigation that would go after not only the excavators but the collectors and dealers he described as "the root cause of the problem."

He brought in a BLM special agent, Dan Love, and a Utah state insurance-fraud agent, Ryan Cleverly. None of them had any special knowledge of Southwestern antiquities. But in Gardiner, they had a whip-smart informant with an encyclopedic grasp of the market.

They code-named him SU 6129 and promised him up to $7,500 a month, plus expenses. The FBI leased the Jeep Cherokee for him and passed him envelopes stuffed with money to buy illegal goods.

Investigators needed the targets to say on tape that they knew the artifacts were from public or Indian land — and they aimed for transactions worth at least $500, the threshold for a felony under federal law.

The task force wanted to send a message: The decades of impunity were over. Agents called the operation Cerberus Action — after the three-headed dog in Greek mythology that guarded the gates to the underworld.

For every meeting with an investigative target, Red Gardiner would wear a button camera to record footage the FBI could use as evidence.

Gardiner contacted his old suppliers and dealers and told them he was back in business, representing wealthy European clients, including his biggest buyer, "Sergei from Liechtenstein."

"My guys are buying like crazy," Gardiner told them. "I've been snatching up anything I can get my hands on."

Gardiner found a sense of purpose in the case and worked his client list with the duplicitous grace of a drug addict.

At the home of Loran St. Claire, whose wife had died recently, leaving him to raise their two children, Gardiner asked St. Claire whether he was "doing all right." Then he persuaded him to sell two seed jars, one of which his mother had bought many years ago from a Navajo woman.

Gardiner's shirt-button camera recorded it all.

As St. Claire was helping his 4-year-old daughter into her pajamas, Gardiner told her she looked "gorgeous" and, as he left, he called out, "You take care, bro. Holler if you need anything."

Driving away, he took a call from Agent Wilson.

"Yep, that's two felonies," Gardiner said, noting that he and Agent Cleverly had a bet for dinner at an upscale French restaurant. "So keep track."

**Chapters** ▼
(HTTPS://WWW.LATIMES.COM/)



*The Redds' house sits high on a hill in Blanding, Utah.*

**W**ith his envelopes of cash, Gardiner created his own market in San Juan County. Some clients appeared to be newcomers, digging in anticipation of Gardiner's payments. Others were longtime pot hunters. Most lived in trailers or small homes. A few were meth addicts.

The Redds were different.

Their Pueblo-style home, with six fireplaces and ceiling beams of hand-hewn Ponderosa pine, overlooked the vast tablelands descending to the San Juan River.

Jim Redd holds his grandson, Jaggar, then about 1, in 2007. Redd was the county's main physician and did everything from delivering babies to performing appendectomies. (Redd family)

Jim and Jeannie Redd met in high school. (Redd family)

Jim Redd, left, and Jeannie, far right, with their children: Jasmine, second from left, Jamaica, Jericca, Jay and Jav. (Redd family)

For many years, Jim Redd was Blanding's only physician. He delivered the babies of mothers whom he had delivered as babies. He tended the elderly in the nursing home, performed appendectomies, worked ER shifts and drove for hours to see patients on the Indian reservations. He spoke basic Navajo and Ute, and gave patients his home number and let them stop by his house if they needed anything.

Thelma Whiskers, of the Ute tribe, would call him "Poowagudt," medicine man, trying to elicit one of his big laughs.

Chapters ▼

(HTTPS://WWW.SLTIMES.COM/)

Redd had an avuncular way, and a quick sense of humor. But he was a serious soul. He didn't watch much television or read magazines. He read Scripture, literature and world history, scribbling down quotations from Winston Churchill, William Faulkner and the Mormon prophet Joseph Smith.

He had his sharp edges. Some people thought he was arrogant and bull-headed. He snapped at nurses and corrected younger people who did not address him as "Dr. Redd."

He had met Jeannie Hunt in high school. She was dark-haired, quiet and independent, an accomplished organist at church who wore stylish clothes hand-sewn by her mother.

They married after his Mormon mission to California and had five children.

Jeannie had a scattered energy that, combined with her artistic ways and array of offbeat pets, made her a bit of an eccentric in Blanding. People joked about arriving at their house to have her nonchalantly warn them that one of the snakes was loose.

Her obsession with Anasazi artifacts was near-legendary.

It had almost ruined the Redds once.

In 1996, a sheriff's deputy found the Redds digging on state land that maps erroneously labeled private property. They were charged with misdemeanor trespassing and felony desecration of a grave, because there were human bones at the site.

The judge, whose son had been delivered by Redd, dismissed the felony charges, concluding that state law was meant to stop people from excavating in graveyards, not make it a crime to touch 1,000-year-old bone shards that are "scattered all over this part of the country."

Prosecutors appealed, and the case dragged through the courts for five years.

The charges deeply distressed Redd. He was tormented by the thought that he could be seen as a felon. "You know it's so bizarre,

I don't even like this stuff," he told his assistant, Debbie Christiansen.

Ultimately, the charges against him were dropped because, according to prosecutors, his wife "was the prime mover and the one most interested in these sorts of relics." Jeannie pleaded no contest to a misdemeanor and was sentenced to six months probation.

Chapters ▼

(HTTPS://WWW.LATIMES.COM/)

The outcome infuriated archaeologists, Native American leaders, federal investigators and rangers, who believed it sent the wrong signal to pot hunters across the region.

Gardiner first rang the Redds' doorbell just after 9 p.m. on Aug. 29, 2007, a warm night, buzzing with insects. He had done business with Jeannie Redd on eBay, but they had never met in person.

Jim Redd opened the door and invited him inside.

Gardiner put a box of items on the coffee table. Jeannie popped in and introduced herself.

She immediately zeroed in on a stone pendant.

Gardiner had expected she would. He had just bought it from a local collector, who told him Jeannie had long coveted the piece, which was dug up 30 years before.

Jeannie showed Gardiner her own collection in a side room. Her best stuff fit in a single display case. She liked small, high-quality items, mostly jewelry and smaller ceramics.

"Oh, that is gorgeous, Jeannie," Gardiner said, looking at a frame filled with pendants.

"This one came just 2 miles south of here on Murphy Point," she said. "And I know it was out of a burial, and I know for sure that the Indian who wore that walked on my hill because he would have been hunting. He wore it here hunting, and now it's in my collection."

Her voice had a hint of rapture.

They talked about many of her items, and what she might trade for the pendant. Gardiner gently asked her where her items came from.

"Oh, I found that in Cottonwood Canyon at the baby cave … Baby Mummy Cave is what they call it," she said, referring to a cave on federal land south of town.

"Five babies were buried there," she continued, as agents listened from a truck nearby. "That's where the pipe came from, and the basket."

"There still mummies in there?" Gardiner asked.

"There are still, a few.… There was a skull in there the other day."

Jeannie seemed a little nervous, and Gardiner pretended to be equally worried. "I can talk freely with you?" he asked.

"I'm quiet," she said. "I won't say anything, and I hope you won't."

Chapters ▼
(HTTPS://WWW.LATIMES.COM/)

Case 1:21-cv-00426-JHR   Document 1   Filed 05/04/21   Page 46 of 107



*Moon House is composed of three Anasazi ruins.*

Gardiner had recorded plenty of incriminating statements. But investigators wanted stronger evidence, so they set out to catch collectors in the act of looting.

In a canyon of Cedar Mesa, west of Blanding, Agent Love and Gardiner planted motion-detecting cameras in a subterranean room called a kiva, a site of ancient ceremonies.

Gardiner returned days later with Brad Sather, a wealthy collector from Austin, Texas. Gardiner showed him a juniper bark ring that had been used to keep big ceramic vessels from tipping over.

"Why don't you take it?" Gardiner said.

Sather declined.

Gardiner offered to carry it out for him, but Sather insisted he didn't want it.

The Hovenweep Castle ruin at southeastern Utah's Hovenweep National Monument is one of several structures in the area built by the Anasazi between 1200 and 1300.

Chapters

(HTTPS://WWW.LATIMES.COM/)

Agents tried again with Vern Crites, a retired businessman from Durango, Colo. Gardiner accompanied the 73-year-old collector and a friend to dig on a mesa in Hovenweep National Monument in San Juan County, as agents hid behind rocks and bushes, having erased their tracks with leaf blowers.

Crites and his friend broke ground and quickly found human bones and a skull. Crites suspected looters had hit the spot long ago, taking anything that was valuable. "We're in the right area, just 50 years too late," Crites said.

They put the remains back in the hole.

Jeannie Redd never took Gardiner up on his offers to go digging. After three visits to her house, the strongest evidence he had against her was the broken pendants she had traded him for a turquoise piece. She showed no interest in selling any of her collection for cash.

The task force had nothing on her husband. Jeannie once lamented to Gardiner on tape that Jim was "not interested in this stuff."

But as other leads failed to pan out, investigators sharpened their focus on the Redds.

Gardiner knocked on their door again in March 2008, two weeks after Jim had found the small bird-shaped shell on Black Mesa in Arizona.

As Gardiner and Jeannie looked at items, Jim Redd strolled in and pointed with mock pride at the shell.

"What do you think of that little dude there?" Redd asked.

"That is nice," Gardiner said.

It was probably 800 years old, traded between tribes from its source in the Sea of Cortez. Items like it sold for less than $100 on eBay.

Gardiner typically homed in on anything that seemed to be worth $500 or more — the threshold for a felony. He made no attempt to purchase the white bird.

Gardiner returned to the Redd home in April with an exquisite item, a rare mug with a hollow handle that had a bead inside to make it rattle.

"You will never ever see another rattle mug like this again in your life," he told Jeannie.

**Chapters ▼**
(HTTPS://WWW.LATIMES.COM/)

He wanted her to trade two high-dollar items in her display case — a gourd with a long shell necklace inside and an ax that she said someone else had taken from the Navajo reservation 30 years before. It would be her first big transaction.

She said she'd think about it.

As he drove off, he answered a call from Agent Love.

"Hey, Dan, hey, I'm still on. Jeannie needs time to think about it. I think I got her."

But he didn't. She would pass on the mug.

Six months later, in July 2008, he again showed up at her door.

"Jeannie, beware of Greeks bringing gifts," Jim Redd joked. "Oh hi, Ted."

"Got any perishable stuff I can talk you out of?" Gardiner asked Jeannie.

She said no, then reconsidered. She could use some cash, she said, because her daughter Jamaica was getting married.

"If you need money for your daughter's wedding, I got cash," Gardiner said.

Jeannie said she had some sandals made of braided yucca fiber to sell. He offered her $2,900 for four of the sandals. She bargained him up to $3,000 and he pulled out his envelope of cash and started counting.

**Chapters** ▾

(HTTPS://WWW.LATIMES.COM/)



*The Redds' backyard blends into the vast tablelands of the Four Corners region.*

**N**early a year later, early on the morning of June 10, 2009, Jericca Redd was making breakfast with her mother when, through the kitchen window, she saw movement on the front walk.

"Holy cow," she said. "What is this?"

Men in flak jackets moved up the steps, weapons drawn.

"Federal agents!" they yelled.

She unlatched the door, and the officers shouldered in.

"Where's the white bird?" one shouted.

Jericca Redd caught the bug for hunting artifacts from her mother. She was home when the federal agents raided the house and arrested her parents.

Officers handcuffed Jeannie and kept asking about the white bird.

Jim Redd arrived home from his morning rounds 15 minutes later to find half a dozen SUVs in the driveway and agents crouching in the junipers. They hauled him out of his car at gunpoint, handcuffed him and took him to the garage.

A BLM special agent interrogated Redd for the next four hours, according to family members. The agent taunted him, pointing to garden tools and asking, "Which shovel do you like to dig bodies with?"

He told Redd he would lose his medical license for illegally removing an ancient artifact from the Navajo reservation.

(HTTPS://WWW.LATIMES.COM/)

It's unclear how the shell became so important to the investigation.

FBI reports on the undercover operation had not mentioned the white bird. One report written shortly after Jim Redd showed Gardiner the piece said the task force had evidence to indict 26 subjects. Jeannie Redd was among them. Jim was not.

FBI Agent Gibson Wilson, who launched the investigation, had ruled out Jim Redd as a target.

But as authorities evaluated whom they might arrest, they had no prominent figures. Prosecutors, Love and another FBI agent newly assigned to the case reviewed Gardiner's tapes and decided they could charge the doctor for possessing the shell.

The camera in Gardiner's shirt had not captured an image of the white bird. But based on Gardiner's description, BLM archaeologists estimated it was worth at least $1,000. That was enough to charge Redd with theft from a tribe, a felony charge that carries five times as much prison time as theft from an archaeological site.

Agents raided the homes of diggers and collectors across the region that day, but the Redds were the prize.

Then-Interior Secretary Ken Salazar speaks at a news conference in Salt Lake City announcing the raids in June 2009. (Rick Egan / Associated Press)

U.S. Interior Secretary Ken Salazar and Deputy U.S. Atty. Gen. David Ogden flew to Salt Lake City to announce the raids, which Justice and Interior, in a news release, called the "nation's largest investigation of archaeological and cultural artifact thefts."

To commemorate the occasion, the task force minted oversized coins with the words "Cerberus Action" and an image of the three-headed hellhound.

FBI Special Agent in Charge Timothy Fuhrman told reporters the illegal trade was a multimillion-dollar industry. "They are people who know what they are doing," he said. "There's a network."

Forest Kuch, executive director of Utah's Division of Indian Affairs said the raids broke up "a big ring that's been operating for many years."

Chapters▼
(HTTPS://WWW.SLTIMES.COM/)

"It also includes Dr. Redd and his wife, who were basically slapped on the wrist a couple years ago," Kuch said. "A lot of us were not happy with that case, but we think it's being redeemed now."

During the investigation, Gardiner had spent $335,685 buying 256 artifacts — both illegal and legal. He was the only person connecting all 28 defendants. No charges were filed against the biggest collectors.

The Redds were taken to the BLM office a half-hour north in Monticello, then chained to other defendants for the ride to the courthouse in Moab. Jim Redd stared and said little. At one point he told Jeannie they might not see their 3-year-old grandson grow up.

Jeannie was charged with seven felony counts: two for selling the sandals, one for trading for the turquoise pendant and three for possessing some of the higher-value items Gardiner couldn't get her to trade or sell.

She shared the seventh count with her husband for taking the white bird.

The judge told her she faced a maximum of 35 years in prison if convicted.

The agents searched the Redds' home until late that day. Jericca said Love told her 140 agents were in and out of the house. A neighbor said snipers were perched on the roof.

They seized computers and the artifacts listed in the search warrant, all except the white bird.

When they departed, it was sitting unnoticed on the bottom shelf of Jeannie's display case.


Jericca picked up her parents at the courthouse. On the way home, Jim Redd talked by phone to his oldest son, Jay, who lived 350 miles away in St. George, Utah.

Jay, a 34-year-old dentist, thought his dad sounded distant and noticed he hadn't saluted him with the usual "Docta."

"I can come home right now," Jay said.

"Nah, there's no reason to come home. You got to stay and work."

Chapters ▼
(HTTPS://WWW.TIMES.COM/)

That night, the family sat in Jericca's room and talked. Jim recalled the stress they had gone through with the previous case, and said now that the FBI was involved, they'd never get out of this. He spoke flatly, as if muttering to himself.

Redd went to the nursing home to check on patients. He came home late, and around 1 a.m., put his hunting jacket on and walked out onto a patio in the rain.

He spoke into a little tape recorder, telling his staff all the things that needed to be done with his patients.

He put in a fresh tape and talked to Jeannie and each of his five children, noting their feats and attributes, telling them he loved them. He walked through the junipers to the field below.

Jim Redd left this note at home after midnight.

At dawn, Jericca found him down the hill, standing on the bank of an empty pond, his knees muddy from praying. The sun was rising behind him over Sleeping Ute Mountain in Colorado.

He hadn't slept all night. They talked a little. "I love you, Dad," she said. "I'm so glad you're my dad." She went back to the house to rest.

Later that morning, Jay was smoothing a filling on a patient in St. George when his family called. His dad had driven off in the Jeep, but never arrived at work.

That was so unlike his father that Jay left work and raced toward Blanding, picking up a sister along the way. He got a call from his brother saying simply, "Get home as fast as you can."

His phone started beeping with texts and calls. He turned it off.

He pulled up to the house to find cars parked all the way up the winding drive. His sister ran inside, but he couldn't.

He walked into the trees and sat next to a sage bush. The breeze sighed through the cedars. He heard his sister's screams.

Chapter 5



*A temporary marker sits beneath the tree near where Jim Redd took his life.*

**J**im Redd had parked his silver Jeep Rubicon by the pond where he'd been praying earlier. He had put a garden hose in the exhaust pipe and placed it through an open crack in the driver's-side window.

Blanding erupted. Townspeople gathered at the end of the Redds' long driveway, many weeping, cursing the feds and Washington.

Austin Lyman, 61, had gone to the Redds' house to help find his friend. Redd had saved his daughter's life after she contracted spinal meningitis. Now Lyman was inconsolable, wishing his old friend had asked him to go with him to the afterlife.

"You know he was the lifeblood of this community for years, the only doctor we had, gave his life to this community," he would later say. "And the damn feds come and killed him."

Archaeologist Winston Hurst cascaded into a paralyzing depression. He had been best friends with Jim as a boy, hunting birds out in the brush, and he remained a loyal friend even though they had clashed about collecting antiquities. He couldn't believe this issue could bring about his death.

"Why, Jim, why?" he gasped.

Family members watch as pallbearers carry the body of Jim Redd to his funeral service. (Trent Nelson / Salt Lake Tribune)

Jay couldn't fathom why his dad would do this. Devout Mormons who lived by the Scripture believed suicide was a sin that prevented them from being reunited with their families in the celestial kingdom.

How could his father squander their eternity together?

More than 900 people attended Redd's funeral in Blanding. The line for the viewing went out to the street and around the block. Annie Lee Rabbit arrived with residents of her Ute village around 6 p.m. and did not get to see him until midnight.

At the church, Jay could barely get through his eulogy.

"The situation that occurred, my dad, I know. I know he gave his life for his family. I know that.... I love you, Dad. And I'm going to see you."


A week after Redd died, another defendant, Steven Shrader, 56, a salesman from Albuquerque and an artifact collector, visited his mother in Shabbona, Ill. He went to an elementary school late one night and fatally shot himself in the chest.

Shrader had been with two other collectors when they sold a pair of sandals and a basket. He was charged with two felonies for being involved in the transaction.

Blanding, Utah, is home to about 3,375 people, for many of whom collecting and trading Anasazi artifacts has become a tradition.

Blanding residents were furious with Gardiner. An ex-con with mental health problems was arrested after telling Love he would tie Gardiner to a tree and beat him with a baseball bat.

Gardiner cut his hair to change his look and started sleeping with a gun.

When his undercover work ended and the regular FBI payments stopped, Gardiner lost his cabin to foreclosure. He got a job managing a seafood restaurant. He tried to stay balanced and sober by taking trips out into the desert and writing poems.

But he started drinking again, was fired from the restaurant and then hospitalized for pancreatitis brought on by the excessive alcohol. He stopped paying child support and fell behind on his rent.

The first trial was coming in March, and Gardiner would soon have to face the people he had ensnared.

**Chapters**
(HTTPS://WWW.LATIMES.COM/)

On Feb. 27, 2019, he called Tina Early, his racquetball buddy. "I'm done with this," he cried. "I can't take it anymore."

She rushed to his house to find him holed up in his bedroom, drunk and waving a .38-caliber revolver, crying uncontrollably.

"These people thought I was their friend," he yelled. "I'm such a liar. I pretended to be their friend."

She tried to tell him he had done a good thing fighting the artifact trade, but he bellowed over her.

"I caused two deaths," he said. "I killed two people.

"They thought I was their friend."

She called 911. Police took him to the hospital on a psychiatric hold, but not for long.

Two days later, on March 1, Gardiner's roommates heard a gunshot in his room. When a patrolman arrived, Gardiner pointed the .38 at him.

"You're going to have to do what you're going to do," Gardiner yelled from his bed.

The officer fired. The bullet missed. Gardiner slumped out of sight.

From behind the bed came a single crack, then silence.

Gardiner was dead from a gunshot above his right ear.

In his pocket was an operation Cerberus Action coin.


After Jim Redd's suicide, prosecutors filed felony charges against his daughter for taking three artifacts from Hoskininni Mesa in the Navajo Nation, based on photos they found on her computer. If convicted, Jericca Redd faced seven years in prison and would lose custody of her child.

She and her mom accepted a plea agreement that would keep Jericca out of prison and with her son, Sebastian. Under the deal, prosecutors recommended a sentence of 18 months for Jeannie.

U.S. District Judge Clark Waddoups, expressing sympathy for the women, gave them much lighter sentences. Jeannie was given 36 months' probation and a $2,000 fine, Jericca 24 months' probation and a $300 fine.

"I know this has been a terrible experience for all of you," Waddoups said.

In Jay's eyes, his dad's plan worked: His suicide saved his wife and daughter from going to prison.

Of the 25 other defendants, 11 pleaded guilty to felonies, eight pleaded guilty to misdemeanors and charges were dismissed against six, including Loran St. Claire, the widower.

No one went to prison.

The Justice Department and the BLM maintain that the operation was successful and sent a message that looting archaeological sites will not be tolerated.

Love was named BLM agent of the year and promoted to special-agent-in-charge of Utah and Nevada.

Agents eventually found the white bird in the Redd home. On its journey through the ages, it now sits in a federal storage room outside Salt Lake City.

Jay showed photos of it to Dace Hyatt, an appraiser in Arizona and Gardiner's mentor. He asked Hyatt how much it was worth.

The answer: $75.

Jay Redd holds a photo of the white bird pendant that was valued at more than $1,000 in the federal indictment against his parents. Several appraisers told the Times that it might be sold for as low as $40 online, or as high as $200 at a tourist shop or ancient art gallery.

**Contact:**

Reporter Joe Mozingo, email (mailto:joseph.mozingo@latimes.com) and Twitter (https://twitter.com/joemozingo)

Photographer Katie Falkenberg, email (mailto:katie.falkenberg@latimes.com) and Twitter (https://twitter.com/KatieFalkenberg)

**Additional credits:**

Web producers: Evan Wagstaff, (https://twitter.com/EvanWagstaff) Soo Oh, Armand Emamdjomeh (https://twitter.com/emamd) | Photo editor: Mary Vignoles (https://twitter.com/MVignoles) | Digital design director: Stephanie Ferrell | Broadcast

This story is based on more than 200 interviews with members of a federal task force, defendants and their families, archaeologists, artifact collectors, appraisers and Native American leaders. Joe Mozingo reviewed FBI investigative files, court records, historical documents, police reports and the personal papers of Dr. James Redd and informant Ted Gardiner. He obtained and monitored more than 100 hours of FBI undercover video. Seven former and current federal officials requested anonymity before discussing the case. The U.S. attorney and the FBI in Utah declined to answer questions.

(https://www.latimes.com/)

Terms of Service (https://www.latimes.com/lat-terms,0,7374802.story) | Privacy Policy (http://privacy.tribune.com) | About Our Ads (https://www.latimes.com/lat-about-our-ads,0,3875412.htmlstory) | © 2021 (https://www.latimes.com/services/site/la-reprint-request-splash,0,6731163.htmlstory) | About This Site (https://www.latimes.com/about/)



**INDEPENDENT**

EXHIBIT Point #31



Contribute    Subscribe                                                    LOGIN

News > World > Americas

# $2m treasure hunt set in New Mexico by Forrest Fenn turns into search for lost treasure hunter

In early January, 54-year-old Randy Bilyeu set off along the chilly Rio Grande in search of the chest, but has not been seen since

**Tim Walker** US correspondent | @timwalker | Monday 01 February 2016 20:35 | comments

    



📷 4

Missing Randy Bilyeu and his dog Leo

✕

Case 1:21-cv-00426-JHR Document 1 Filed 05/04/21 Page 59 of 107





 INDEPENDENT

Contribute    Subscribe                                                      LOGIN

**More about:**   Treasure   Rocky Mountains   New Mexico

### Join our new commenting forum

Join thought-provoking conversations, follow other Independent readers and see their replies

View comments ⌄



**GET IN TOUCH**

Contact us

Jobs

 

**OUR PRODUCTS**

Subscriptions

Newsletters

Donations

Install our apps

Archive

**OTHER PUBLICATIONS**

International editions

Independent en Español

Independent Arabia

Independent Turkish

Independent Persian

Independent Urdu

Evening Standard

Novaya Gazeta

**LEGAL**

Code of conduct and complaints

Contributors

Cookie policy

Donations Terms & Conditions

**EXTRAS**

All topics

Voucher codes

Compare

Advertising guide





The Wayback Machine - https://web.archive.org/web/20010517211153/http://oldsantafetradingco.com:80/



home | artifacts | art | books | photographs | paleo | more

# Welcome to the Old Santa Fe Trading Co.

  

Sixty years ago, a young boy walked along a mesa ancient in history. A passing summer thunderstorm had drenched him and painted a rainbow in the west. The pounding of the raindrops had uncovered the shaft of a projectile. The boy reached down to pick it up and, as he brushed off the mud, he saw a beautiful and perfect arrowhead. On that day long ago, a dream was born, that led to a remarkable life of discovering and collecting. The Old Santa Fe Trading Company grew as a result of these fantastic years. Nestled in the high desert of Northern New Mexico, the Old Santa Fe Trading Company offers a unique collection of items; photographs, books, as well as furniture. We know you will enjoy this remarkable collection.

**Click on images to view galleries**

  

Contact Information:
Kelly Sparks
Old Santa Fe Trading Co.
P.O. Box 23111
Santa Fe, NM 87502
505-988-5337
fax 505-989-8446
kelly@oldsantafetradingco.com

(https://www.facebook.com/outsidemagazine)   (https://twitter.com/outsidemagazine)   (https://instagram.com/outsidemagazine)   (https://pinterest.co



(/)

EXHIBIT Point #49

Adventure   /   Exploration & Survival

# Finding Forrest Fenn's Treasure Was Just the Start

The anonymous finder now has a million-dollar headache



By Peter Frick-Wright

Published
Jun 9, 2020

Over the weekend, the number of people in the world who know precisely where Forrest Fenn hid his treasure (http://www.outsideonline.com/2005391/hunt-americas-last-great-treasure) supposedly doubled. We know the finder was a man, from "back east," according to Fenn, and that he wishes to remain anonymous.

Fenn, of course, is the former art-and-antiquities dealer who in 2010 hid a box of treasure somewhere in the Rocky Mountains and wrote a poem with nine clues leading to its hiding place. The finder, on the other hand, is anyone's guess.

So until we know more about where it was, who found it, and what he plans to do now, the hunt is in a maddening kind of limbo: it is both over and not, the chest is simultaneously newly found and perhaps also gone forever. Call it Schrödinger's Treasure.

Fenn's original announcement (http://dalneitzel.com/) included a promise of more information and photos in the days to come, but Dal Neitzel, who runs the website Fenn used to post the message, says Fenn has now backed away from that statement, saying the treasure's location is "personal and confidential." Some are anxiously waiting for more information. Others (https://twitter.com/tonydokoupil/status/1270061045219016713) are basically coughing "bullshit" into their hands, saying the whole thing is a scam and the contents of his chest are ill-gotten gains.

Absent proof that the treasure was ever out there, it doesn't take a ton of natural skepticism to feel very suspicious about what's been going on. And if that's your disposition, this "anonymous finder" business reads like a convenient way to call off the hunt without having to admit that it never existed in the first place. After all, five people have died in pursuit (https://www.outsideonline.com/2196787/hunt-must-go), and hunters have started filing lawsuits claiming Fenn misled them.

But when it comes to finding valuables, anonymity isn't all that suspicious. There's a culture of discretion in the treasure community. Longtime hunter W.C. Jameson wrote in his memoir, _Treasure Hunter: A Memoir of Caches, Curses, and Confrontations (https://rowman.com/isbn/9781589799929/treasure-hunter-a-memoir-of-caches-curses-and-confrontations-second-edition)_: "Announcing a discovery often leads to negative and unwanted developments, primarily the loss of any treasure that may have been found." In other words, finders are not keepers if they make a big fuss about it.

In this case, the problem with telling everyone about the location of Fenn's treasure is that there's a good chance it doesn't legally belong to the person who found it. It varies by state, but in general, treasure found on private property belongs to the land owner, not the finder. Pretty much the only way to stay out of court is to negotiate the split of any findings ahead of time.

On federal land, like national parks and national forests, treasure hunters need permits to keep anything they find, and even then you're going to need lawyers, because Fenn's treasure doesn't fit into any category for which the federal government has a neat and tidy legal definition. It wasn't "lost," "misplaced" or "abandoned." At ten years old, it's not really from antiquity. It may not even fit the legal definition of a treasure.

"The question here is whether it's even a treasure trove," said Ben Costello, an attorney and board member of the 1715 Fleet Society, which researches and documents the recovery of shipwrecks. "I don't think it is, because the owner is known."

Property where the owner is known is supposed to go back to that original owner. We don't have laws for gold and jewels that the owner doesn't want back. It's just not a situation that comes up.

But maybe Fenn thought of all this ahead of time? He won't say.

"I would have to make the assumption that it could be legally claimed by someone," said David McCarthy, a numismatist who handled the discovery and sale of a $10 million dollar treasure called the Saddle Ridge Hoard, in 2013. "There are public lands where citizens of the United States can keep what they find."

Assuming someone does have a legal claim to their find, the second hurdle is the tax situation, and it is daunting.

"I saw the announcement that someone found Fenn's million-dollar treasure and I thought 'Do they know they're about to pay $450,000 or so in income taxes?" says Larry Brant, a tax attorney in Portland, Oregon.

No one is sure just how much the contents of Fenn's chest is worth, but Brant says the IRS views treasure just like any other income. The moment you find it, you owe taxes on it for that year, regardless of whether you auction it off, give it to someone, or keep it in your living room as a conversation piece.

Then there's the matter of state and local taxes. Just like the winner of a state lottery who has to pay taxes in that state, or an NBA player who has to file income taxes everywhere they play, treasure finders have to pay taxes wherever they find treasure. So if it was in New Mexico, that's an extra 4.9 percent off the top. Wyoming, however, takes nothing. Location matters.

So, let's say the treasure is worth a million dollars, which is what Fenn originally said it might be worth. The finder owes about half of it in taxes, and let's say half of what's left goes to the lawyers he'll need to sort out his claim to the property. Then there's the Chicago woman who filed a lawsuit (https://www.chicagotribune.com/nation-world/ct-nw-treasure-chest-

rocky-mountains-forrest-fenn-20200608-xltbea05zvbkjiby732x73fhxe-story.html) against both Fenn and the anonymous finder claiming he'd stolen her solve. It all adds up to an income-to-headache ratio that doesn't look so good.

Which brings us to the most interesting, and hopeful, reason for the finder to stay anonymous and obscure the location of the find. It came from Neitzel, who has been running his blog (https://dalneitzel.com/) devoted to the Fenn Treasure for over nine years. His initial reaction was denial when he got the message announcing the find—he thought someone was spoofing Fenn's email. But now he says he's come to terms with it.

"My main concern is that Forrest puts closure on this," he said. "People need to know if they were close."

He says over the years, one of the ideas that people on his blog keep circling back to is the idea that if they found Fenn's treasure, they would take a little something out for themselves, keep it quiet, then put it back where they found it, without ever disclosing the location. It's an option that would save everyone a bunch of taxes, legal fees, and hassle. Wouldn't it be great, Neitzel said, if the hunt were over, but the game could go on?

Lead Photo: Luis Sanchez Saturno/*Santa Fe New Mexican* via AP



**Kyle Sandau <kylemsandau@gmail.com>**

## Your client Mr. Forrest B. Fenn aka f
1 message

EXHIBIT Point #50

**Kyle Sandau <kylemsandau@gmail.com>**                                    Wed, Jun 10, 2020 at 9:41 AM
To: khs@sommerkarnes.com
Cc: rnott@sfnewmexican.com, dprokop@sfnewmexican.com
Bcc: Rebecca Heier <rebeccaheier@gmail.com>, Mark Doty <doty.g.mark@gmail.com>

Good morning Mr. Sommer,

I do hope that your day is going fine and dandy for you so far.

I just got done reading over a lawsuit filed against your client, Mr. Forrest Fenn, by a Mr. Brian Erskine, whom I do not know, containing a letter (see Brian Erskine -v- Forrest Fenn Case No. CV20-08123-PCT-DMF "Threat Letter") that was sent to him by your law firm dated March 6, 2020 in reference to Hanson v. Fenn; Case No. 19-CV-1124-GBW-KK and which was included as the final exhibit within his filing.

Now I imagine that you fine fellas over there at Sommer Karnes & Associates LLP were also the same folks that Forrest claims below to have had working on his fairytale "case" against me for several (two? sorry, just another Fenn clue or riddle there) weeks before he then had graciously asked you to stop, and what a kind, charitable guy he most certainly was for that!

Two whole weeks of work put in on it though, and I still never even got my very own personalized "Threat Letter" out of it like Mr. Erskine had, much less a lousy t-shirt, although I can still always just picture it in my mind I suppose;

"I Came Here For A Threat Letter, But All I Got Was This Lousy T-Shirt"

There, good enough! But, I must still admit that kinda makes me feel a little bit sad having been left out in the cold here like that, so was it really worth the effort (a direct Fenn poem reference there if you hadn't caught it), if I can be so bold as to let down my armour and be vulnerable with you for a moment or two that is...there, I'm done being vulnerable.

So here I was standing there shaking in my boots, can you hear them rattling, wondering what Forrest's next moves are, if any, and the shaking is only because I was left out in the cold here and not because I was actually scared or nervous about any of this at all, just to clear that up in case there was any possible confusion as to the source of the standing there shaking in my boots matter.

Actually quite to the contrary here, I'm absolutely firm and completely bound and totally determined to see this all the way through to the end, and Forrest knows it, too.

The one line in your letter there, "a egregious misuse of the legal process for an illegitimate financial gain" actually could fit most any law firm's basic business plan if you think about it. You folks with your law degrees sure are funny, I'll give you that much!

I do take personal offense though to the extremely frivolous and contradictory statements and claims in the letter concerning point number 3., and which is completely contrary to point number 2. "The clues in the poem lead to the location of the actual, physical Treasure" then ending it with "neither the memoir nor Mr. Fenn's public statements support your assertion that the quest simply involves "solving" or "decoding" the poem.", of the same letter, by you stating that "ownership (i.e., title) of the Treasure is obtained solely by finding the Treasure, not solving or decoding the poem."

Yet Forrest Fenn has stated from the beginning, and on numerous occasions since in print, video and voice, that all you need is his poem in order to find the chest and gold (Treasure), and that nobody is just ever going to stumble upon it, the actual, physical Treasure that is.

If you go to oldsantafetradingco.com/the-thrill-resource-page it specifically states right above "The Poem" that "This poem written by Forrest Fenn contains nine clues that if followed precisely, will lead to the end of his rainbow and the treasure. Happy Hunting!", and that's also taken directly from the official 'The Thrill of the Chase' book and memoir release that's been out in the public realm since 2010, and which is clearly the defacto resource for finding the Treasure, and also, on a quick side note here, what, was this "end of his rainbow" that you were supposed to first be lead to as well actually only a metaphor, unlike the actual, physical Treasure waiting there, too.

The Merriam-Webster dictionary online - https://www.merriam-webster.com/dictionary/clue - describes a "clue" (noun) as follows;

1 : something that guides through an intricate procedure or maze of difficulties specifically : a piece of evidence that leads one toward the solution of a problem

In fact, the official announcement itself just made by Forrest Fenn as of June 6, 2020 on numerous outlets, including those under his own personal control such as oldsantafetradingco.com there, concerning the purported finding of the Treasure over this past week by some unknown phantom searcher from "out East" specifically states "I do not know the person who found it, but the poem in my book led him to the precise spot."

"All you need is my poem." - Forrest Fenn

So there you have it, and right from the proverbial horse's mouth itself concerning having to, in fact, actually "solve" and or "decode" the clues, all nine of them, within the poem in order to find the Treasure, and with that horse and it's mouth there being none other than Forrest Fenn himself.

I have numerous other examples, truly too numerous to list here, proving it all to the contrary of Forrest Fenn's official position on the matter stated there within your letter as well if you'd like them.

Seriously though, were you drinking when you wrote that letter up, and then actually sent it off, or was it just your own attempt at a creative interpretation of an alternate reality, and that also being one of Forrest's most favorite spots to hang out in no less, instead.

And speaking again of poor Forrest Fenn, let's be sure not forget about him because he does crave being the center of attention, and with him being 89-years-old now and then having to deal with all of this "unnecessary and unreasonable emotional distress" being put upon him and his family by all of these pesky lawsuits now being filed against him by upset searchers. Well, isn't what he pays you to deal with for him instead?

Wow though, you've really got to truly feel sorry for the guy, right, because he's sure had it rough over all these many decades here compared to most everybody else (and be sure look up "sarcasm" in the dictionary if you didn't get it yet).

Since we're in the mood here to feel sorry for folks, how about all of the dead searchers scattered throughout the Rocky Mountains, and none of them were anywhere near their late-80s at the time of their deaths, along with their hurt and grieving families, friends, neighbors and communities, over all these years?

The bottom line here is that Forrest Fenn, and only Forrest Fenn, along with his own actions, clearly brought all of this upon himself, and he has nobody else here to blame, although endlessly try as he may, for it in the end but the old man now staring right back at him in the mirror every day, and that's a cold, hard fact that he'll need to eventually face up to and fully accept for himself one day, if that's even possible for him to do.

And if Forrest ever does decide to finally make good here and send me out my very own personalized "Threat Letter", then may I politely suggest that you make it a whole hell of a lot better than that complete dud of a "Threat Letter" that you'd sent out to Mr. Erskine on his behalf, and that's just a little bit of free and friendly advice there from me to you, because that's just the kind of guy I am I guess. Thanks!

Best regards,
Kyle Sandau


On Mon, Jun 8, 2020, 6:40 AM Kyle Sandau <kylemsandau@gmail.com> wrote:
    Well, best to get them starting in on it again then. You did me no favors either way, Forrest.

You should have always just done the right thing from the very start here, I would have worked with you any way you had wanted it to be, and it would have been spectacular for all, but instead you tried threatening and discrediting me, and that's not ever ok.

Regardless, get with it and get all that out there with the finder, the solve, where it was found, how the poem fit all the clues leading to the precise location, everything, for everybody to see.

Kyle

On Mon, Jun 8, 2020, 6:30 AM <forrestfenn@gmail.com> wrote:

> I did talk with my lawyers about you and they started working on the case. After several weeks I asked them to stop. f

**From:** Kyle Sandau <kylemsandau@gmail.com>
**Sent:** Monday, June 8, 2020 7:25 AM
**To:** Forrest Fenn <forrestfenn@gmail.com>
**Subject:** Re: You have got to be kidding me!?

Oh, stop it already Forrest. You never sent your lawyers after me like you promised, but don't worry because everybody is going to find out in the end what this was all about anyhow.

Best get that "real" solve out there, along with the proof, and where it was found at, along with who found it, and pronto, too.

Kyle

On Mon, Jun 8, 2020, 6:18 AM <forrestfenn@gmail.com> wrote:

> What did I do to you Kyle? f

**From:** Kyle Sandau <kylemsandau@gmail.com>
**Sent:** Monday, June 8, 2020 6:26 AM
**To:** Forrest Fenn <forrestfenn@gmail.com>
**Subject:** You have got to be kidding me!?

Re; https://www.santafenewmexican.com/news/local_news/forrest-fenn-confirms-his-treasure-has-been-found/article_37006cfe-a8d7-11ea-8653-873ca96e31ef.html

Forrest Fenn, you old turd, what a scammer!

Everybody in the know knows that my Kiva B solve out at San Lazaro was the true, original solve.

The previously hidden and obscure 2010 book 'The Lost Kivas of San Lazaro' by your good buddy Ric Hajovsky said it all.

Once you're officially tits up the natural way here, Forrest, I'm going to expose you and your buddies to the fullest extent, and there won't be anything that you can do about it either.

You didn't think I ever actually went away did you? No, I've been digging up and compiling even more on you and your dirty cohorts all this time.

You're legacy is as good as destroyed, buster, and you did it all to yourself.

Once a grave looter, always a grave looter.

Guess who's all in the BCC portion of this email, betcha ya can't.

Sincerely,

Kyle Sandau

## SUPPLEMENTAL DECLARATION OF FORREST FENN

I, Forrest Fenn, do hereby declare as follows:

1.      This Declaration is intended to supplement my original Declaration filed in Case No. 3:20-cv-08123 before the District Court of Arizona (the "Lawsuit") on June 25, 2020.  I have personal knowledge of all of the facts stated therein.

2.      As indicated in my original Declaration, I was diagnosed in 1988 with cancer and was told that I had a 20% chance of surviving three years.  As a result of that diagnosis, I realized how much I appreciated the wonderful experiences of my life up to that time, and I began to reevaluate my life.  I wanted to leave something behind that might allow other to experience the sense of fun and adventure I had enjoyed in my life. I got the idea of hiding a treasure chest filled with valuable items in the Rocky Mountains to encourage others to explore nature as part of the search for the chest.

3.      Fortunately, I recovered from the illness.  And after many years of thought and planning, I hid a treasure chest (the "Chest") in the Rocky Mountains of Wyoming in 2010, filled with gold, jewels and other items.

4.      On October 25, 2010, after hiding the Chest, I released a self-published collection of short stories about my life entitled *The Thrill of the Chase: A Memoir* (the "Memoir").  In the Memoir, I disclosed the fact that I had hidden the Chest in the Rocky Mountains and I generally described the contents of the Chest.

5.      On page 132 of the Memoir, I included a poem I wrote (the "Poem") that contains nine clues, which if followed correctly would lead a searcher to the location of the Chest.  A copy of page 132 of the Memoir showing the full Poem is submitted herewith as **Attachment 1**.

6.    From the date of the launch of my Memoir, I have made it clear publicly that, if someone found and took physical possession of the Chest, they could keep it.  The fourth full stanza of the Poem also makes this absolutely clear:

> If you've been wise and found the blaze,
> Look quickly down, your quest to cease,
> But tarry scant with marvel gaze,
> **Just take the chest** and go in peace.

(Emphasis added).

7.    On June 5, 2020, someone I did not know (the "Finder") informed me that he had found the Chest in Wyoming at the exact location I had hidden it.  On June 5, 2020, the Finder provided me with pictures of the Chest to confirm that it was in fact the Chest I left in the woods.  The Finder brought the Chest to me in New Mexico, and I inspected it and its contents to confirm that it was indeed the Chest I had hidden in Wyoming in 2010.

8.    One of my motivations in hiding the Chest was to inspire families to get their children away from the electronic devices and explore the forests of the Rocky Mountains -- all as part of a search for the Chest.

9.    On October 25, 2010, the day the Memoir was publicly released, I gave my first interview concerning the Memoir and the Chest.  The interview was aired on a program called *Santa Fe Radio Café*.  The full interview can be heard on the internet at URL  https://www.youtube.com/watch?v=48cmOTDkhuQ.   At 17 minutes and 20 seconds into the interview, the interviewer and I had the following exchange:

> **Interviewer:**  Now you have done something quite unusual and I think fascinating to many which is that you buried a treasure chest somewhere in the hills or mountains north of Santa Fe, and have left clues in your memoir whereby people can find it.

> **Me:** That's true. I have taken this treasure chest to a very secret and very special place and I've hidden it there.  And there are nine clues in my book.  You have to read the book.  But if you have an imagination and you have pretty good mind and you have a little bit of resolve, you can find that treasure chest. ***The first one to it can have it.***

(Emphasis added).

10.     Since the publication of my Memoir in 2010, I have given dozens of public interviews about the Memoir and the Chest.  **Attachment 2** to this Declaration is a compilation of some of the many public statements I made in the last ten years, which made clear that, in order to own the Chest, one must physically find and take possession of the Chest.

11.     On May 5, 2011, I gave an interview on the local PBS station during a program called *Report from Santa Fe* with Loreen Mills.  The full interview can be seen on the internet at the URL https://www.youtube.com/watch?v=hbqC--RV2Ww.   At 7 minutes 15 seconds into the interview, the interviewer states: "So, at this time as we speak, you have ... placed a treasure somewhere in the mountains north of Santa Fe."  I responded, "That's right."  At 9 minutes 30 seconds into the interview, I explained part of my motivation for hiding the Chest and why I wrote the Poem.  At 9 minutes 40 seconds into the interview, I specifically stated: "There are nine clues in that poem. *If you can follow the clues to the chest, you can have it*.   And the poem says that." (Emphasis added).

12.     On November 2, 2013, I made a presentation at Moby Dickens bookstore in Taos, New Mexico.  The full presentation can be seen on the Internet at the URL https://www.youtube.com/watch?v=8RzrIu3hMec.  At 9 minutes 22 seconds into the presentation, speaking about the Chest, I stated, "I don't feel like I've given it away [the

treasure], whoever finds it is going to earn it, ***once they find it and have it in their***

***possession***." (Emphasis added).

13.     As another example of how clearly my intentions were expressed in public, *Esquire* magazine published on January 11, 2018, the following statements:

> His main motive, he has said many times since, was to address today's "sedentary society" and "get kids out of the game room". It was also, he has pointed out, during the aftermath of the 2008 financial crash. "We were going into a depression, lots of people were losing their jobs. I wanted to give some people hope." As for whom he wanted to inspire, he says: "Every redneck in Texas that lost his job, has 12 kids and a pick-up truck and a sleeping bag. Throw all those things in the back of your pick-up truck. That's who ***I hope finds the treasure chest***. Somebody that can use it."

(Emphasis added).

14.     The Plaintiff in the Lawsuit, Brian Erskine, has misinterpreted the clues in the Poem as leading to some place in Colorado.  The Chest was hidden and found in Wyoming.

15.     Mr. Erskine has also misunderstood my Poem as being simply a riddle to be solved as means of acquiring the right to own the Chest without having to actually find and take possession of the Chest.  I have never said publicly or privately to anyone – nor was it ever my intention -- that the Poem was simply a riddle to be solved and that actually finding and possessing the Chest was irrelevant to becoming the owner of it.

16.     I have never said someone could have the Chest if they just figured out where it was hidden but did not retrieve it.  Mr. Erskine neither found the Chest, nor did he figure out where it was hidden.

17.     I informed the public on June 6, 2020, through the blog at www.dalneitzel.com, that the Chest had been found.  More specifically, I stated:

The treasure has been found.

It was under a canopy of stars in the lush, forested vegetation of the Rocky Mountains and had not moved from the spot where I hid it more than 10 years ago. I do not know the person who found it, but the poem in my book led him to the precise spot.

I congratulate the thousands of people who participated in the search and hope they will continue to be drawn by the promise of other discoveries.

***So the search is over***. Look for more information and photos in the coming days.

(Emphasis added).

18.     I informed the public that the "search is over" not because Mr. Erskine had served me with his Lawsuit on June 4, 2020, but because I had been informed on June 5, 2020 by the Finder that he had found the Chest and had provided me with sufficient proof that he had found and retrieved it.

19.     Mr. Erskine attempted to intervene in December 2019 in a case (now dismissed) filed in Federal District Court in New Mexico in *Hanson v. Fenn*, Case No. l:19-cv-01124-KK, in which Motion to Intervene Mr. Erskine makes the exact same claim he makes in this case.

20.     I did not end the search when Mr. Erskine first made his claim that he was entitled to the Chest, because Mr. Erskine (and no one else to my knowledge) had not found the Chest.

21.     Over the last ten years, I have received dozens of emails from people who, like Mr. Erskine, have claimed to have figured out where the clues in the Poem lead and further claimed that they have actually found the Chest. Until June 5, 2020, no one had

provided proof that they had actually figured out where the Chest was hidden and gone out and found the Chest.

22.    The Finder understandably desires to remain anonymous, and I have respected his request.

23.    Mr. Erskine makes many references in his Lawsuit filings to the Editor of *True West* magazine, Bob Boze Bell, as acting as "an intermediary" between me and Mr. Erskine.

24.    The full extent of my interactions with Mr. Bell, insofar as concerns Mr. Erskine's claims, are contained in the emails between Mr. Bell and me on February 6, 2020, a complete copy of which is submitted herewith as **Attachment 3**. Aside from these emails, I have had no other communications with Mr. Bell about Mr. Erskine and his claims.

25.    I declare under penalty of perjury that the foregoing statements are true and correct.

Forrest Fenn
Date:  August 24, 2020

[2807357.2]

## TRUE SOLUTION TO FORREST FENN'S CHASE

Much of everything below, and upon information and belief, all leads right back out to the **San Lazaro Pueblo Ruins** and a **kiva**, and specifically **Kiva B** aka "**Ice Kiva**" aka "***the cold***".

The true solution to the poem and Forrest's Chase is a metaphor mostly revolving around Forrest's true love of the old ways, and especially of The Old West, Native Americans and the Native Pueblo Tribes, such as those who'd occupied his beloved San Lazaro Pueblo Ruins.

Forrest's way of life and his own home, as well as his businesses, were all about and plum full of these things, they surrounded and comforted him to his dying day as he sat at his **kiva fireplace** in his study answering searcher emails.



https://web.archive.org/web/20010517211153/http://oldsantafetradingco.com/



Forrest's **original origin story** from May 17, 2001 that includes the ***thunderstorm***, ***mud*** and Forrest's ***rainbow*** was long since **replaced** with a more watered down and famous version well before the Chase had officially commenced on October 25, 2010.

Forrest's youngest daughter **Kelly (Fenn) Sparks** is listed in the "Contact information:" section, so she ***clearly*** would have known about Forrest's true, original origin story, as likely did everyone in his family, as well as those who were close to him back then.

Until Plaintiffs found this specific information about Forrest's *thunderstorm*, the *mud* and his *rainbow*, **nobody** else within the overall Chase community who wasn't a part of a small group of family and insiders close to Forrest had ever seen nor heard of this version before.

https://web.archive.org/web/20130521090312/http://www.oldsantafetradingco.com/



*A Lifetime of Collecting*

The urge to collect started for Forrest Fenn at age nine when he found his first arrowhead. It was just lying there in a plowed field on Little Elm Creek in Central Texas, waiting for him to come along. He still claims it is the most treasured object in his collection. "It was a thrill that started me on a long journey of adventure and discovery," he said.

More About the
Old Santa Fe Trading Co »

Forrest Fenn's watered down origin story from May 21, 2013, this is the one that <u>everyone</u> in the Chase and beyond is familiar with, and there's Forrest sitting out at *his most special place* in the world, his San Lazaro Pueblo Ruins, enjoying a beverage in the partial shade.

Oddly enough in this version the **thunderstorm**, **mud** and Forrest's **rainbow** are all now <u>missing</u>.

https://web.archive.org/web/20130518204000/http://www.oldsantafetradingco.com/the-thrill-resource-page

**THE POEM**

This poem written by Forrest Fenn contains nine clues that if followed precisely, will lead to the end of his rainbow and the treasure. Happy Hunting!

From Forrest's official Thrill of the Chase resource page, where right above the poem it states that "if followed precisely" it (the poem) will lead "to the end of his **rainbow** and the treasure".

The term "*Happy Hunting!*" there at the end is also where for the Natives it meant *the underworld* and where all the best hunting was at.

https://www.google.com/books/edition/The_Ethnogeography_of_the_Tewa_Indians/SL4SPF24JwsC?hl=en&gbpv=1&bsq=the%20underworld

### THE UNDERWORLD

No term for 'underworld' different from those meaning 'the below' has been obtained. (See under CARDINAL DIRECTIONS.) The Tewa declare that they believe in a single underworld, where the sun shines at night, pale like the moon. It was there that the human race and the lower animals lived until they found their way through *Sipop'e* (see pp. 567–69) and entered this world. The underworld is dark and dank, and this world rests on top of it. The underworld is never personified; it is the base of *'opa* 'the universe.' When the sun sets in the west it passes through a lake (*pokwi*) and enters the underworld (*'opanuge* or *nąnsogenuge*), passing through the latter to reach the east (*t'ạmpije*) again.

In the underworld is situated *Wajima*, "the happy hunting-grounds" (see pp. 571–72). *Wajima* is described as a kiva-like place of the spirits of the dead. The word is akin to Cochiti *Wénʃema* and Zuñi *Wéjima*.

https://www.google.com/books/edition/The_Origin_Myth_of_Acoma_Pueblo/9brsBAAAQBAJ?hl=en&gbpv=1&dq=kiva+ladder+rainbow&pg=PA24&printsec=frontcover

When they built the first kiva, they put up beams of four different trees. These were the same four trees that were planted in the underworld for the people to climb on. In the north, under the foundation, they placed yellow turquoise, in the west, blue turquoise, in the south, red, and in the east, white turquoise. Prayer sticks were placed at each location so the foundation would be strong and never give way. The walls represented the sky, the beams of the roof (made of wood of the first four trees) represented the Milky Way. The sky looks like a circle, hence the round shape of the kiva. The ladder represented the rainbow.

"*The (kiva) ladder represented the **rainbow**.*"

Forrest had stated that the "blaze" in his poem was something that "*stands out*", and what does a kiva ladder do through the hatchway of a kiva? That's right, it always "**stands out**";

Forrest had also said that he didn't "take a radial reading" off of the blaze and note #13 there in this kiva schematic;

https://en.wikipedia.org/wiki/Kiva#/media/File:Chacoan_round_room_features.png



| | | | |
|---|---|---|---|
| 1 | Bench Recess | 10 | Wall |
| 2 | Wall Recess | 11 | Wainscotting |
| 3 | Above Floor Vent | 12 | Pier-Pilaster |
| 4 | Subfloor Vent | 13 | Radial Beam-Pilaster |
| 5 | Deflector | 14 | Raised Vault |
| 6 | Firepit | 15 | Post |
| 7 | Floor Vault | 16 | Pier Column |
| 8 | Sipapu | 17 | Enclosure |
| 9 | Bench | 18 | Niche |

Figure 3.4.  Round room features.

### 13  Radial Beam-Pilaster

A circle, a radius, and Forrest "***always talking in circles***".

One other item of interest concerning Forrest's **"the *end* of his *rainbow*"** is that down County Road CR 55A, then later heading down County Road CR 55B and then on out to the San Lazaro Pueblo Ruins, there's first another road that's called, of all things, "**Rainbows End**";

https://www.google.com/maps/place/Rainbows+End,+New+Mexico+87010/



https://www.google.com/books/edition/The_Tewa_World/Si1OCgAAQBAJ?hl=en&gbpv=1&dq=mother+earth+navel&pg=PA21&printsec=frontcover

A more important form of objective proof is provided by point *x* on figure 2. It represents the *Nan echu kwi nan sipu pingeh*, or "Earth mother earth navel middle place." This is the sacred center of the village, and it is located on the south plaza. Ritual dances and other performances must continue to be initiated here, as the Tewa explain it, because this is the true center of the village.[10] I might go a little further and say that this is the center of centers, or the navel of navels. The construction of the respective earth navels will help to clarify this apparent play on words. Whereas the earth navels on the mountaintops are formed by a close arrangement of stones shaped like an open-ended keyhole (see footnote 6), the mother earth navel consists of a loose arrangement of stones forming a circle. Whereas the mountain earth navels are opened in only one direction, the mother earth navel is open to all four directions, for here the village exists all around it, rather than far off in a single direction. But while the mother earth navel is a sacred center like the others, it is also a condensation of the others. An example will serve to clarify this point.

Forrest always spoke of him being "*umbilically attached*" to his special place, the "**Earth mother earth navel middle place**", as well as Forrest stating that he always liked to go "**down the middle**" of the road, and that Forrest always felt like he was "**talking in circles**", and it's really all right there in the above paragraph.

https://mysteriouswritings.com/six-questions-with-forrest-fenn-and-the-thrill-of-the-chase-seven-i s-a-perfect-number/

- **Q2) Are you ever fearful your special spot has lost its charm? Could it?  In The Thrill of the Chase (pg 125) you mention how some of your most memorable spots have seen strangers cast their own hooks into them. Could strangers do that to the place where the chest rests, or do you feel your special spot will always be secure in solitude?**

I am almost umbilically attached to the spot, and as I approach 89 years my desire to be there is still strong. The immediate landscape will probably remain about the same for as long as time has to go.

Forrest has stated that for years while in his vault he had covered the bronze treasure chest with a **red** handkerchief, and in the reference above turquoise placed "*in the **south, red,***"

https://www.backpacker.com/stories/x-marks-the-spot/ - https://www.backpacker.com/wp-content/uploads/2014/05/forrest-fenn-at-his-home-in-santa-fe-n ew-mexico.jpg?width=730



The red handkerchief around Forrest's neck in the photo is purported to be the same one that he had draped over the bronze chest in his vault for years before hiding it.

Forrest's 22-bead turquoise and silver row bracelet was always a main focus of the Chase, and was the one and only item that Forrest had stated that he would like back from an eventual finder.

https://web.archive.org/web/20160318031939/http://dalneitzel.com/video/fishing/



There are three (3) empty buttons here "**RESERVED FOR FUTURE CLIPS**", which oddly enough follow buttons named **[San Lazaro - 01]**,  [**San Lazaro - 02]** and  [**San Lazaro - 03]**, so it's really rather obvious what those "**FUTURE CLIPS**" were going to be about - **San Lazaro**, and you never saw this format with empty buttons or links in any of the other videos series that Dal Neitzel had done with Forrest either.

There's the earlier reference again to only "**in the mountains north of Santa Fe**" as well, and not the later *"in the **Rocky Mountains** north of Santa Fe*" that Forrest started using once the Chase got too big.

https://www.youtube.com/watch?v=qxC8p8UJUM8



In the **[Mistakes Not Errors]** video link the sides around Forrest are oddly blurred, an effect rarely if ever used in videos featuring him on Dal Neitzel's now defunct blog, and sitting on top of the footrest to Forrest's right is a book that Santa Fe artist and author Marie Romero Cash had written titled '***Treasure Among The Shadows***', that takes places out at the San Lazaro Pueblo Ruins and which features a character in it inspired by Forrest;



Forrest, and just like with Ric Hajovsky and the 2010 book '*The Lost Kivas of San Lazaro*', never once publicly spoke of Marie Romero Cash nor of her books either, and Marie was the one who'd introduced Forrest to his most special place, the San Lazaro Pueblo Ruins;

https://web.archive.org/web/20160507015229/http://marieromerocash.camelpress.com/?p=1#comments



Forrest Fenn on **December 24, 2010 at 4:29 pm** said:

I have just started reading your memoir, Tortilla Chronicles, and like it a lot but am a little disappointed that you let that bully get the best of you when you were a kid. I had a similar experience so I can relate. The way you told the story was wonderful. Now back to the book. f

Reply ↓



Forrest Fenn on **January 6, 2011 at 5:31 pm** said:

Marie, your son Gregory's picture is in the current New Mexico Magazine and he made some pretty astute comments about books and authors. And of course he said your book TORTILLA CHRONICLES is one of his favorites, mine too. Congratulations to both of you. f

Reply ↓

Forrest **clearly** knew Marie Romero Cash **very well**, as he was the very first person to comment on her author's blog at CamelPress.org, and, again, Marie had introduced Forrest to the San Lazaro Pueblo Ruins;

https://web.archive.org/web/20160506193711/http://marieromerocash.camelpress.com/?p=36

The Crawford Ranch is actually based on the Cash Ranch, a place where an old cowgirl named Hazel Cash ruled with an iron hand from the mid-forties all the way up to her death in 1979. She was a five-foot tall ball of energy, who smoked Pall Malls and drank Jack Daniels whiskey. She herself had a colorful life, having been the proprietress of the first country music bar and lounge in Santa Fe and the owner of two well attended cathouses during the fifties. I was married to her grandson and spend many weekends out at the ranch, a life which I quickly discovered I was not cut out for. On one occasion, the mare was ready to foal and Hazel decided I should help. I followed her to the barn, knowing I wasn't going to be much help at all. I stood around like a dummy, my feet glued to the ground. She singlehandedly delivered the foal and although it was a beautiful experience, she never asked for my help again. My brother, Ricardo, took care of the ranch for us until the will contest matters were settled, and he provided much more information about the area than I would have ever remembered.

The San Lazaro Indian Ruins are also a magical place and really are one of the few privately owned ruins in New Mexico. Originally they were part of the Cash Ranch, but after Hazel's death the property was sold and the new owner borrowed money on the ruins and eventually defaulted.  I was fortunate to be able to introduce the ruins to local art dealer, Forrest Fenn, who ultimately purchased them and has done a tremendous job of excavating the area and documenting each find. He has written a comprehensive book on the pueblo, The Secrets of San Lazaro Pueblo. (The character Tim McCabe in Shadows is based loosely on Forrest.) His most recent book, The Thrill of the Chase, is a great read also It's a wonderful memoir with a treasure hunt woven between the pages.

https://www.amazon.com/Lost-Kivas-San-Lazaro-Underground/dp/0982861001



The cover of the 2010 book 'The Lost Kivas Of San Lazaro' by author Ric Hajovsky, and with cover art by Santa Fe artist Roseta Santiago.

http://csasi.org/2001_october_journal/documentation.htm



White India ink is the format used by Forrest Fenn of Santa Fe, New Mexico, in labeling his collection

The ink color Forrest used to label his collection, white India ink, is the same color used for the font on the front cover of 'The Lost Kivas of San Lazaro'.

https://mapdesign.icaci.org/2014/11/mapcarte-313365-the-thrill-of-the-chase-wall-map-by-benchmark-maps-2013/



https://www.amazon.com/True-History-Cozumel-Ric-Hajovsky-ebook/dp/B0137OL5J0



The same font face for two of the fonts used for both Forrest's treasure map out of his 2013 were also the same font face used for two of the fonts used on the cover of Ric Hajovsky's own '*The True History of Cozumel*'

https://www.sfgate.com/mexico/mexicomix/article/Safety-and-community-come-first-in-scenic-Cozumel-2290549.php

"Cozumel is the safest place to visit in Mexico, and is most likely much safer than the city where you currently live," said Ric Hajovsky, who lived on the island from 1977 to 1990. Hajovsky and his wife met on the island and moved to Mexico City and Texas to work in nautical archeology. They recently returned for good.

"We decided to retire and return to where we first met and fell in love, our beloved island of las golondrinas," the swallows for whom the island is named. "Many things have changed since we left twenty years ago, but many are the same. The island is still a safe haven."

Ric Hajovsky lived in Cozumel, Mexico in 1978, and which was where Forrest's older brother Skippy had drowned in a diving accident.

https://web.archive.org/web/20100514013503/http://lemirecollection.com/


ALL NECKLACES


FROGS

Marie-France Lemire, Ric Hajiovsky's wife, had a business that produced gold frogs and other related jewelry that are nearly identical to the design of the gold frogs that Forrest had placed within the treasure chest.

https://web.archive.org/web/20150427010124/http://dalneitzel.com/2014/10/14/golden_frogs - https://web.archive.org/web/20150508120457/http://dalneitzel.com/wp-content/uploads/2014/10/03a1.jpg



https://web.archive.org/web/20100503142844/http://www.lemirecollection.com/cart.php?page=links

**Links**

Below are links to websites we like, and we think you also might like. If you have a web site you think we should add to our list, send us an email with the web address.

www.feriarte.biz  is the web page of our gallery in Santa Fe, NM.

www.insiderstravelsecrets.com  Ric Hajovsky's travel guide to Spain, with a whole bunch of secrets that will save you lots of money and help you have a great trip, no matter what part of Spain you visit!

www.oldsantafetradingco.com  Forrest Fenn's site. Paintings, Spanish Colonial antiques, American Indian artifacts, and much more.

www.constantinecherkas.com  FeriArte/Claiborne Gallery's website featuring the oil paintings of the Russian-American painter Constantine Cherkas

There's Forrest Fenn's OldSantaFeTradingCo.com website in the LemireCollection.com links page.

https://web.archive.org/web/20100503142949/http://www.lemirecollection.com/cart.php?page=history

## The Origin of Huacas

The term *huaca* that is used to describe the gold pieces used in Marie-France's jewelry is derived from the Spanish term for a burial cache or offering.  The term *Coclé* used to describe the pre-Columbian Panamanian culture that produced the *huacas* is derived from the name of the province in Panama where these gold objects were first discovered by archaeologists from Harvard University's Peabody Museum in 1930.  Since their initial discovery at Sitio Conte in Coclé, many more *huacas* have been discovered in the provinces of Herrera, Los Santos, Veraguas, and Colón as well.  The earliest *Coclé huacas* date from between the year 1 A.D. to about 500 A.D.  The *Tairona*, *Sinu* and *Quimbaya* cultures in Colombia all had similar styles of gold work that originated about the same period.  Later, between 400 A. D. and 1100 A.D., comparable gold pieces were made in Costa Rica.  All of these cultures abruptly ended gold production with the arrival of the Spanish in the 1520's.

The *Coclé huacas* were produced by native goldsmiths utilizing gold nuggets that had been panned out of rivers, melted down, and poured into one-off molds made by the "lost wax" method.

A model of the pendant was first carved out of beeswax, and then a small, wax cone was attached by its tip to the top of the pendant.  Once completed, the wax model was dipped into cool water to harden, and then pressed back-side down into a wad of soft, wet clay with the base of the cone protruding from the edge of the clay.  Next, wooden pins were pressed down into the clay on each side of the wax model, leading out from the wax model to the top edge of the clay wad.  A second clay wad was then pressed down unto the front side of the wax model, entirely encasing the wax and all but the tips of the wooden pins and the base of the wax cone.  After drying in the sun, the clay was baked in a fire, burning away the wax and wooden pins, leaving a hollow mold in the center.  The hollow left after the cone burned away now served as the funnel into which molten gold would be poured into the mold.   The gold was melted in a crucible, and then poured gently into the funnel.  The tubular passages left behind after the wooden pegs had burned away allowed any air trapped in the mold to escape as the molten gold was introduced.  After the gold had cooled, the pendant was broken out of the clay mold, which, once shattered, could not be re-used.  The sprues left from the cone and pins were broken off, and the pendant polished to a high sheen with silica-rich crocodile dung.

Besides these gold pendants, chiefs and shamans would have owned and worn gold diadems, earrings, nose rings, gorgets, pectorals, armbands, wristbands, greaves, and anklets.

It's quite interesting the parallels between the History listed here and how it ties into Forrest and his treasure.

https://web.archive.org/web/20160330030904/http://dalneitzel.com/2012/10/02/forrest-gets-mail/

Forrest,

Heading out on another search to a spot I think has a lot of merit.  I was hoping to get your take on a couple of questions before I head out.

1)  Can you give me the context in which you said the treasure was "in the mountains North of Santa Fe"?  It seems a lot of people have taken that phrase and ran with it.  My question is whether or not this was intended to be a clue.

2)  Was there significance, beyond an anecdote for the book, of the Horseshoe in "Thrill of the Chase"?

 *Forrest responds-*

The treasure chest certainly is in the mountains somewhere north of Santa Fe, and that is a clue. That is not to say it is exactly 360 degrees from Santa Fe, but generally. If you start chasing horseshoes you may go crazy, but it's the thrill of the chase, remember? Other clues I have given but are not commonly known are: It's not in Nevada and it is more than 300 miles west of Toledo, but those won't help you much. Good luck. f

Forrest is stating there that this whole "north of Santa Fe" thing, **and which was never in the poem**, is just a *clue*, in other words something that isn't what it seems and needs to be figured out.

https://web.archive.org/web/20131007010046/http://dalneitzel.com/meeting-forrest - This has got to be one of the most ridiculous and unbelievable stories in the whole Chase, and it isn't even one from Forrest either, it's from Dal Neitzel.

Crayton Fenn, Forrest's nephew, and Dal worked together for decades looking for archeological booty from all around the world, and which is something that Forrest would have been absolutely interested in right from the start, yet both Dal and Forrest truly think that anyone actually believes that the only ever first met each other over all those years in August 2011?

https://web.archive.org/web/20041010184320/http://www.innerspaceexploration.org:80/photogallery.html -
https://web.archive.org/web/20160219033056/http://www.innerspaceexploration.org/photogallery/dal.jpg -



https://web.archive.org/web/20160809230013/http://innerspaceexploration.org/photogallery/Lab Svy.jpg



https://web.archive.org/web/20160219033219/http://www.innerspaceexploration.org/photogallery/cannon7.jpg



As far back as 2004, 6 years before Forrest released 'The Thrill of the Chase', Dal Neitzel was prominently featured on Crayton Fenn's website and in his worldly adventures numerous times.

There is simply no way possible that Forrest Fenn and Dal Neitzel didn't actually know each other before August of 2011 when Dal was supposedly acting as this fictitious Mike character from Michigan, and Dal was also a Vietnam Veteran with lots of interesting stories to share with Forrest as well;

https://www.google.com/books/edition/Brute/8648AjMCl9sC?hl=en&gbpv=1&bsq=dal%20neitzel

DAL Neitzel was an eighteen-year-old private first class stationed at Kaneohe Bay, Hawaii, as a cameraman/photographer in April 1967, when he was instructed to report to the CGFMFPac. His first sergeant told him, "Whatever the general says to you, say 'Yes, sir.' And when you get out, report everything he says to me."

Neitzel reported to Krulak, who, for at least thirty seconds, kept writing and did not look up. Suddenly, Krulak stood up, stood

on his chair, and then stood on his desk, hands on hips, looking down at Neitzel.

"Do you see how tall I am right now, Marine?"

"Yes, sir."

Neitzel's enthusiasm was not what Krulak wanted. He repeated the question, and this time Neitzel shouted, "YES, SIR."

"That is how tall I am going to be in every picture you take of me."

"YES, SIR."

After Neitzel relayed the events to his first sergeant, the sergeant paused and asked, "Do you know what that means?"

"It means I should crouch down to take pictures of the general?"

"No. It means you dig a hole and get in it before you take a picture of the general."

And that is why, in many pictures taken of Krulak at the time, he appears to be an almost lofty figure.

Again, Dal Neitzel and Forrest Fenn **ABSOLUTELY** knew each other long before August 2011.

Forrest was raided by the Bureau of Land Management (BLM) and Federal Bureau of Investigations (FBI), along with other local, state and federal agencies on June 10, 2009 as part of the undercover Operation Cerberus Action investigations into the illicit trade of Native artifacts;

https://www.sfreporter.com/news/coverstories/2009/08/19/stealing-the-past/

On June 12, federal agents searched the homes of collectors Forrest Fenn, Thomas Cavaliere, Bill Schenck and Christopher Selser, seeking artifacts their undercover source had learned about during the course of the investigation. Although agents seized certain items—as well as computers, business records and photographs— they have yet to file charges against the four Santa Fe residents (most of the arrestees live in Blanding, Utah).

https://www.deseret.com/2009/10/4/20344261/haunted-by-sacred-past

Such arguments strike Yanito as hollow. He believes that all ancient artifacts, ruins and burials — including those on private lands — should be left undisturbed. He points to the example of a well-known Santa Fe dealer, Forrest Fenn, who owns and is privately excavating an entire pueblo settlement on his land. (Fenn's home was raided as part of the investigation, though he has not been charged.)

Why should he be entitled to these things, Yanito asks. Who gives him that right?

Why should someone think it is OK to dig up and sell an ancient menstrual cloth, he continues, his voice filled with disgust. "That is pure evil."

http://archive.azcentral.com/arizonarepublic/news/articles/2009/08/27/20090827looters.html

Although this is nothing new for Forrest whatsoever, as he had been robbing graves and looting Native sites for artifacts for decades;

https://digitalcommons.du.edu/cgi/viewcontent.cgi?article=1571&context=etd

## Chapter 1: Introduction

Overview

In 2008, while working as a newspaper reporter in Santa Fe, New Mexico, I heard about a man named Forrest Fenn. Then-state archaeologist Glenna Dean had long been exasperated with Fenn, thanks to his practice of excavating portions of a former Spanish mission and 13th century Tano Indian settlement on his land called San Lazaro Pueblo (which was also the subject of former University of Denver anthropology student Sara Gale's 2007 graduate thesis). Fenn owned the land and could do as he pleased with it, I was told. He could buy and sell artifacts excavated on his property, provided they were not associated with Native American graves. I was shocked to find that what Fenn was doing was perfectly legal.

Lots of people have been shocked by Forrest and his antics from over the years, including local, state and federal authorities, so why would anyone be shocked to learn that Forrest also perpetrated a huge fraud with his treasure hunt in the end, and while doing so pulled the proverbial rug right out from under the feet of the true and rightful solvers to Forrest's hunt, and that obviously being Kyle Sandau, Mark Doty and Rebecca Kaiser.

https://web.archive.org/web/20111001021411/http://www.oldsantafetradingco.com/blog/early-spanish-artifacts-in-the-big-horn-mountains/

**WILLIAM** says:                                          1:30 PM ON JANUARY 13, 2011

Congratulations on the blog.  I look forward to following along, and from time to time, sticking my nose into things a bit.  I think this is a great idea, and good way for folks to communicate and share stories.

See ya soon I hope.....

"Stuck in Texas but not forever."

William Bradley "Brad" Sather aka Brad Sather aka Goofy and or Goofy_Old_Guy from Dal Neitzel's blog was the **first one ever** to comment on Forrest's "new" blog, and it was about

sticking his nose into things from time to time, and that's absolutely Brad Sather there, **no doubt about it whatsoever**.

https://www.publicpolicerecord.com/texas/georgetown-jail/Sather_William/2011-06360



Although this is a police mugshot of Brad Sather for an unrelated offense, at least people now know who this Goofy character was and they can then put a face to the name, because he can really be nobody else but Brad.

https://graphics.latimes.com/utah-sting/

**G**ardiner had recorded plenty of incriminating statements. But investigators wanted stronger evidence, so they set out to catch collectors in the act of looting.

In a canyon of Cedar Mesa, west of Blanding, Agent Love and Gardiner planted motion-detecting cameras in a subterranean room called a kiva, a site of ancient ceremonies.

Gardiner returned days later with Brad Sather, a wealthy collector from Austin, Texas. Gardiner showed him a juniper bark ring that had been used to keep big ceramic vessels from tipping over.

"Why don't you take it?" Gardiner said.

Sather declined.

Gardiner offered to carry it out for him, but Sather insisted he didn't want it.

Even though Brad Sather wasn't seemingly ever charged with a crime in Operation Cerberus Action, then what was he doing there in the first place with another "arrowhead collector", the late Ted Gardiner, working as an undercover FBI informant, and who was also in Forrest Fenn's home as well, and then you have Brad being the first one to comment on Forrest's new blog about the chase, then getting wrapped up with Forrest concerning his San Lazaro Pueblo Ruins, etc.

Forrest has stated that he hid the chest when he was either "*79 or 80*", but he was always reluctant to give an exact day or date as to when he had done so, and the true reason for that was it had to have been on **August 10, 2010** when he'd hid the bronze chest and gold by going out to his **San Lazaro Pueblo Ruins**, located out in the middle of the high desert in southern Santa Fe County, that one only has access to through just one road out and back with County Road CR 55A into County Road CR 55B (Kiva A and Kiva B?), and through three separate locked gates, because Forrest had said when he hid it that "*nobody else was around*" and that he had "*laughed out loud*" to himself once he'd done it;

The School for Advanced Research (SAR) Catherine McElvain Library in Santa Fe received a copy of the extremely rare and limited book '*The Lost Kivas of San Lazaro*' on **August 10, 2010**;

https://library.sarsf.org/cgi-bin/koha/opac-detail.pl?biblionumber=7796 -
https://library.sarsf.org/cgi-bin/koha/opac-MARCdetail.pl?biblionumber=7796



| Date acquired | Source of acquisition |
|---|---|
| 08/10/2010 | author |

Forrest had his previous *The San Lazaro Corporation* Business ID# 1395805 dissolved, but incorporated the new *San Lazaro Holding Company LLC* Business ID# 4332607 in New Mexico on **August 10, 2010**;

https://portal.sos.state.nm.us/BFS/online/CorporationBusinessSearch (link requires new search each time - "The San Lazaro Corporation" and "The San Lazaro Holding Company" - no direct linking to documents)



Forrest's best friend and author Douglas Preston had stated the following in the foreword of Forrest's 2017 book 'Once Upon A While' concerning the timing of the hiding of the bronze chest;

https://mysteriouswritings.com/douglas-prestons-foreword-to-forrest-fenns-new-book-once-upon-a-while/

"*And then finally, **one lovely summer day in August 2010**, I visited him and he brought me into the vault. The chest was gone! "I finally hid it," he said. He was about to turn eighty years old and still in excellent health with no sign of cancer, and he decided to stop waiting and hide the chest now. This way was better, because he would be around to appreciate and enjoy the ensuing hunt.*"

Forrest wasn't yet eighty (80) years old there, so it had to have been before August 22, which was his birthday, therefore the most likely date of that discussion was, yes, **August 10, 2010**.

Finally concerning that very particular date of **August 10**, the other very big event to have occurred on that same day in history, and which clearly ties into all of this and the true solve to that Chase, was that back on **August 10, 1680**, exactly 330 years before all of the events of **August 10, 2010** with Forrest, is when the Pueblo Natives, including those of San Lazaro Pueblo, kicked off the famous and successful Pueblo Revolt against the Spanish;

https://en.wikipedia.org/wiki/Pueblo_Revolt

| Pueblo Revolt | |
|---|---|
| Part of Spanish colonization of the Americas | |
| **Date** | August 10–21, 1680 |
| **Location** | New Mexico, New Spain |
| **Result** | Puebloan victory, expulsion of Spanish settlers |

One a side note, the Pueblo Revolt lasted from August 10, 1680 through August 21, 1680, which would have been the day before what was Forrest's 80th birthday on August 22, 2010, 330 years later.

Forrest always told people to read his "*My War for Me*" story if they were to read anything, and that includes even his 2010 memoir '*The Thrill of the Chase*', and Forrest had also told everyone that we all needed to learn to leave other people alone, and what he was actually hinting at that entire time was not only his time in Vietnam as a combat fighter pilot and America interfering in all of that, but also the Spanish all those centuries earlier interfering in the lives of the Pueblo Natives out at his beloved San Lazaro Pueblo Ruins, absolutely.

One other interesting item of interest concerning Forrest's **"the *end* of his *rainbow*"** is that down County Road CR 55A there's another road that's called of all things "**Rainbows End**";

https://www.google.com/maps/place/Rainbows+End,+New+Mexico+87010/



And if you look to the south of CR 55A on the Google Maps image there's a live train track running alongside it, and Forrest had said that *why can't he just ride his bike out there and then throw it in the water high, but that he might get hit by a train* doing so.

https://www.youtube.com/watch?v=SZvKY9hYmYI - Forrest has said that kids "*have an advantage*" in the Chase.



**Plate 139:** *A pair of mother-of-pearl earrings.*

**Plate 140:** *A 15-year-old girl working for George Ziemans found this fetish with turquoise bead eyes.*

**Plate 141:** *An assorted group of xayeh made up of concretions and worked stone.*

**Plate 142:** *At top, a polishing stone, at bottom, a stone hand-ax.*

135

The mountain lion fetish Forrest was talking about in the above YouTube video there is actually show in Lost Kivas, but, as usual, Forrest never says a word about it;

https://web.archive.org/web/20080828160702/http://www.oldsantafetradingco.com/editorials/A%20Telling%20Story.htm - A "Telling Story" indeed, and the reason Forrest was always so sure and safe with where the bronze chest and gold originally were was because one day off in the distant future one of those groups of kids were going to be back out there excavating and discover something amazing, and then Forrest knew they couldn't keep it for themselves and that it would almost certainly then end up in a museum and then everybody would be taking about Forrest Fenn all over again, at least that was the original plan anyhow, of course it was.

But Forrest, any chance that he could have, never mentions a word about 'The Lost Kivas of San Lazaro' - https://www.youtube.com/watch?v=wF91h0OpfDk - nor Ric Hajovsky for that matter, and Ric claims that he and Forrest are such great friends, even up to Forrest's dying day.



Hum, not a word about 'The Lost Kivas of San Lazaro' then.

https://www.nytimes.com/1986/09/07/business/the-big-and-illegal-business-of-indian-artifacts.html

> Word of the raids traveled like wildfire through the dry brush country of the Southwest. It ignited the tempers of dealers and collectors, some of whom claimed that they had dug up the pieces on private property. ''The agents are assuming that the artifacts were taken illegally from public lands; I question their evidence,'' said Forrest Fenn, owner of Fenn Galleries in Santa Fe, N.M., which deals in Southwestern art.

I here and now question Forrest Fenn's own **evidence**, as well as Jack Stuef's, Zoe Fenn Old's and or anyone else, that the Chase had ended in a true and just fashion when compared to the evidence presented by Kyle Sandau, Mark Doty and Rebecca Kaiser that they weren't instead **clearly and definitively the true and rightful solvers** of the Forrest Fenn Thrill of the Chase treasure hunt.

https://youtu.be/wL3dL6XzzaM?t=160 - Somebody couldn't believe that Forrest would sue them for just $600, and without first telling them or giving them a chance to make it right, but that if anybody crossed Forrest again, and especially this guy, then Forrest was really going to get them with $500,000 in punitive damages next time. Revenge, Forrest truly loved it, he lived for it.

Once on the right track in all of this, and just as Forrest had said that the one who was able to solve the poem would go in confidence and "*right straight to it*", the bronze chest full of gold and other such expensive artifacts, and this Johnathan Kenneth "Jack" Stuef aka Jack Stuef **clearly did not do that**.

http://santafevintagecarclub.org/2013newsletters/mar13.pdf - Richard Blake out at San Lazaro.

of the SFVCC since 1980 which is vintage in itself!  Today Richard enjoys
collecting rocks, taking photographs, taking care of wild birds, and archeology.
He spent 7 years doing a lot of digging at the San Lazaro Pueblo which is a 57
acre site and is about 20 miles from Santa Fe.    He has found a zillion things
there.  Excavation at the site has revealed as many as 5,000 rooms and
thousands of items that experts agree are only the tip of the iceberg.  The
Owner of the pueblo has a museum of artifacts.  Once Richard was there
digging with the Owner of the Pueblo, and a group of mostly disadvantaged
students from Wyoming and they found three kivas!  The Owner found one, the
students found one, and Richard found one! Every summer they bring up the
students from Wyoming and they spend a week or two learning how to work
together as a group and in a community.  Richard thinks that it's an excellent
program and is happy that the students are paid for their work.   Richard's on

**Kiva B** out as the **San Lazaro Pueblo Ruins**, *that's where it was at.*