IN THE UNITED STATES DISTRICT COURT
OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 04 2021
MITCHELL R. ELFERS
CLERK

Kyle Sandau,
Mark Doty,
Rebecca Kaiser,

        Plaintiffs,

vs.                        Civil Case No. 21cv426-JHR

Zoe Fenn Old, Personal Representative of
the Estate of Forrest Burke Fenn, deceased
SAN LAZARO HOLDING COMPANY LLC,
William Bradley Sather,
COLLECTED WORKS BOOKSTORE
AND COFFEEHOUSE,
Jonathan Kenneth Stuef,

        Defendants.

## MOTION FOR APPOINTMENT OF COUNSEL

**1.** COMES NOW Kyle Sandau, Mark Doty and Rebecca Kaiser per outlined in the *Guide For Pro Se Litigants* (the "**Guide**") and the New Mexico Local Rules Of Civil Procedure, pro se Plaintiffs are hereby humbly requesting through this motion that they be granted an Appointment of Counsel due to the *truly exceptional nature* of this case now coming before the Court, and specifically as per page 11 of the *Guide*;

**2.** *"Request for Appointment of Counsel A pro se litigant has no right to be represented by court-appointed counsel, and the court has no obligation to appoint counsel. However, the court may appoint an attorney who agrees to appear in an exceptional case. To request that the court appoint counsel, a "motion for appointment of counsel" may be filed with the complaint."* (See: **Exhibit #1**).

**3.** Plaintiffs now pray for the requested relief and appointment of counsel at the Court's lone discretion and ultimate power to do so.

**4.** I declare under penalty of perjury under the laws of the State of New Mexico that the foregoing is true and correct.

Respectfully submitted by:

/s/ *Kyle Sandau*     May 4, 2021
----------------------------------------------
Kyle Sandau
3518 Fremont Ave N #537
Seattle, Washington 98103
(206) 200-2201
kyle84486484@gmail.com
Plaintiff, pro se

/s/ *Mark Doty*     May 4, 2021
----------------------------------------------
Mark Doty
1104 E Cherry St #220
Vermillion, South Dakota 57069
(605) 659-3093
mark84486484@gmail.com
Plaintiff, pro se

/s/ *Rebecca Kaiser*   May 4, 2021
----------------------------------------------
Rebecca Kaiser
3013 Broadway Ave Ste 8 #148
Yankton, South Dakota 57078
(605) 660-5934
rebecca84486484@gmail.com
Plaintiff, pro se
