

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 MAY 12 AM 8: 51

CLERK-ALBUQUERQUE

**IN THE UNITED STATES DISTRICT COURT
OF NEW MEXICO**

Sandau et al,

      Plaintiffs,

          vs.                    Civil Case No. <u>1:21-CV-00426-JHR</u>

Old et al,

      Defendants.

### <u>MOTION FOR MORE TIME TO FILE AMENDED COMPLAINT</u>

COMES NOW Kyle Sandau, Mark Doty and Rebecca Kaiser humbly requesting that this Court grant Plaintiffs an *additional 21 days* in order to file an amended Complaint due to the sudden and unforeseen passing on May 7, 2021 of the father of Sandau and Kaiser, *Mr. Neil A. Heier*, a kind, humble man, husband and father, and a veteran of the Vietnam War where he had served his country honorably as a combat medic (EXHIBIT #1 - Notice of Death).

Considering necessary travel, funeral services and attending to any and all other such important and necessary matters related to the passing of the father of Sandau and Kaiser, Plaintiffs request that this Court therefore extend the current due date for an amended Complaint out to June 17, 2021, exactly 21 days beyond the current due date from the Order of May 7, 2021, the same day as Mr. Heier's passing, for Plaintiffs to then submit an amended, and much more powerful and overwhelmingly convincing, Complaint.

Plaintiffs also request at this time of the Forrest Fenn online Chase community, and whom will most certainly be immediately downloading and posting to social media this motion, to please respect the memory of Mr. Heier, and instead continue to direct any and all of their ongoing and extremely misguided vitriol and hate at them and them alone, while also making

this Court aware of said individuals and what anyone looking for justice has to deal with here;

New Lawsuit - The Hint of Riches - Forrest Fenn's Treasure Hunt (EXHIBIT #2 - New Lawsuit),

Did Kyle Sandau admit to trespassing? - The Hint of Riches - Forrest Fenn's Treasure Hunt

(EXHIBIT #3 - Kyle Sandau Trespassing), and, yes, that's *exactly* what Sandau had done, twice,

along with Doty on the second occasion, with knowingly and wantonly trespassing, and there is

absolutely nothing that can be done about it either, legally and or otherwise, not by anyone.

   I declare under penalty of perjury under the laws of the State of New Mexico that the

foregoing is true and correct.

<div align="right">

Respectfully submitted,

/s/ *Kyle Sandau*     May 12, 2021
-----------------------------------------------
Kyle Sandau
3518 Fremont Ave N #537
Seattle, Washington 98103
(206) 200-2201
kyle84486484@gmail.com
Plaintiff, pro se

/s/ *Mark Doty*     May 12, 2021
-----------------------------------------------
Mark Doty
1104 E Cherry St #220
Vermillion, South Dakota 57069
(605) 659-3093
mark84486484@gmail.com
Plaintiff, pro se

/s/ *Rebecca Kaiser*   May 12, 2021
-----------------------------------------------
Rebecca Kaiser
3013 Broadway Ave Ste 8 #148
Yankton, South Dakota 57078
(605) 660-5934
rebecca84486484@gmail.com
Plaintiff, pro se

</div>

Gallery

May. 11. 2021  3:17PM

No. 1978   P. 2/2

EXHIBIT #1



# North Central Heart

### A Division of Avera Heart Hospital

4520 West 69th Street • Sioux Falls, SD 57108 • 605/977-5000 • Fax: 605/977-5100
www.northcentralheart.org

**CARDIOLOGY**
Jonathon C. Adams, MD, FACC, FHRS
Raymond Allen, MD, FACC, FSCAI
J. Michael Bacharach, MD, MPH, FACC
Sherrie M. Brooks, DO, FACC, FACOI
Paul Carpenter, MD, FACC
Mohammed Chowdhury, MD, MRCP (UK), FACC, FASE
Mark Faucett, MD, FACC
Sean Halligan, MD, FSCAI, FACC
Michael Hibbard, MD, FACC
Tarek Mahrous, MD, FACC
Riyad Mohama, MD, FACC
David Nagelhout, MD, FACC
Paul Olson, MD, FACC
Christopher Paa, MD, FACC
Eileen Rand, MD, FACC
Jeremy Scott, MD, FACC
John F. Wagener, MD
Thomas Waterbury, MD, FACC
Bruce Watt, MD, FACC

**ELECTROPHYSIOLOGY**
Jonathon C. Adams, MD, FACC, FHRS
Riyad Mohama, MD, FACC
Paul Olson, MD, FACC

**CV SURGERY**
Steven Feldhaus, MD, FACS
Meghana Helder, MD
Paul Meyer, MD, FACS
Tommy Reynolds, MD, FACS

**VASCULAR/ENDOVASCULAR & VENOUS DISEASE**
J. Michael Bacharach, MD, MPH, FACC
Steven Feldhaus, MD, FACS
Paul Meyer, MD, FACS
Tommy Reynolds, MD, FACS
Dustin J. Weiss, MD

**ADVANCED PRACTICE PROFESSIONALS**
Kathryn Adams, DNP
Lisa C. Doom-Anderson, CNP
Nicole Gibson, DNP
Mary Stephanie Kirkpatrick, CNP
Julie Langeneck, CNP
Lindsey Mayer, DNP
Andrea Meekhos, CNP
Megan Moeding, DNP
Jessica Powell, PA-C
Kristina Santiappo, PA-C
Kelly Wiebe, CNP

May 10, 2021

RE: Neil Heier
DOB: 08/10/1948

To Whom It May Concern:

Kyle Sandau's father, Neil Heier, passed away on May 7, 2021.

Sincerely,

Steven J. Feldhaus

Steven Feldhaus, MD, FACS

DD/DT: May 10, 2021

SJF/mks

Login or Sign Up ▾



FORUMS

**Today's Posts**   **Member List**

🏠 > Forum > Forrest Fenn's Hunt

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

# New Lawsuit



POSTS | LATEST ACTIVITY | PHOTOS

Search   🔍   Page 1 of 6 ◀ ▶   Filter ▾

**New Lawsuit**                                                #1
05-09-2021, 03:20 PM

Case 1:21-cv-00426-JHR Document 1 Filed 05/04/21 Page 1 of 107

**whoknows**
Junior Member
▮▮▮▮▮▮▮▮▮▮▮
Join Date: Jan 2021
Posts: 15

🅕 Share
🐦 Tweet

**Tags:** None

1 like

05-09-2021, 03:23 PM                                          #2

?



**CardanoBlockchain**
Senior Member
||||||||||

Join Date: Sep 2020
Posts: 120

Share
Tweet

---

05-09-2021, 03:52 PM                                                                 #3

**Anna Graham**
Senior Member
||||||||||

Join Date: Jan 2018
Posts: 656

Share
Tweet

> 66 Originally posted by **whoknows**
>    *Case 1:21-cv-00426-JHR Document 1 Filed 05/04/21 Page 1 of 107*

Link?

*All truth passes through three stages. First, it is ridiculed. Second, it is violently opposed.*
*Third, it is accepted as being self-evident.*
*--Arthur Schopenhauer--*

---

05-09-2021, 04:06 PM                                                                 #4

**Space Hopper**
Senior Member
||||||||||

Join Date: Jul 2020
Posts: 660

Share
Tweet

Cockroaches are crawling out again.

4 likes



**Goldilocks**
Senior Member

Join Date: Oct 2018
Posts: 1284

05-09-2021, 05:39 PM                                                    #5

Sandau.pdf

---

**Goldilocks**
Senior Member

Join Date: Oct 2018
Posts: 1284

05-09-2021, 05:40 PM                                                    #6

Complaint is 107 pages. Try this link....

https://ecf.nmd.uscourts.gov/doc1/121111731148

---

**CurseWordsAndTreasure**
Member

Join Date: Apr 2021
Posts: 63

05-09-2021, 05:51 PM                                                    #7

> Originally posted by **Goldilocks** ▸▸
> Complaint is 107 pages. Try this link....
>
> https://ecf.nmd.uscourts.gov/doc1/121111731148

Can we borrow your password to get in?

1 like

---

05-09-2021, 05:57 PM



#8

**Goldilocks**
Senior Member

Join Date: Oct 2018
Posts: 1284

> **Originally posted by *CurseWordsAndTreasure* ▶▶**
>
> *Can we borrow your password to get in?*

That wouldn't be ethical but I can tell you it's 107 pages of not a whole lot. I'm skimming now. I just walked in the door. Give me a minute. I think I can isolate the main part of complaint because a lot of it is articles from San Lazaro, FBI raid, other garbage...

1 like

**Goldilocks**
Senior Member

Join Date: Oct 2018
Posts: 1284

05-09-2021, 06:01 PM

#9

Sandau complaint (dragged).pdf
Sandau complaint (dragged) 2.pdf
Sandau complaint (dragged) 3.pdf
Sandau complaint (dragged) 4.pdf
Sandau complaint (dragged) 5.pdf

3 likes

**Goldilocks**
Senior Member

Join Date: Oct 2018
Posts: 1284

05-09-2021, 06:06 PM

#10

6.pdf
7.pdf
8.pdf
9.pdf
10.pdf

Attached Files



📄 8.pdf (67.9 KB, 63 views)
📄 7.pdf (67.8 KB, 50 views)
📄 6.pdf (67.5 KB, 49 views)

*Last edited by Goldilocks; 05-09-2021, 06:12 PM.*

---



**Goldilocks**
Senior Member
▮▮▮▮▮▮▮▮▮▮

Join Date: Oct 2018
Posts: 1284

**f** Share
**🐦** Tweet

05-09-2021, 06:13 PM                                    #11

11.pdf
12.pdf
13.pdf
14.pdf
15.pdf

---



**Goldilocks**
Senior Member
▮▮▮▮▮▮▮▮▮▮

Join Date: Oct 2018
Posts: 1284

**f** Share
**🐦** Tweet

05-09-2021, 06:18 PM                                    #12

16.pdf
17.pdf
18.pdf

---



**Star Shadow**
Senior Member
▮▮▮▮▮▮▮▮▮▮

Join Date: May 2020

05-09-2021, 06:20 PM                                    #13

So sad for the family. However they are still holding the hole card...the correct solution.
Frivolous lawsuits can get very expensive for frivilous claimants.



Posts: 680

**Share**

**Tweet**

4 likes

---

FennPoint
Member

Join Date: Oct 2020
Posts: 41

**Share**

**Tweet**

05-09-2021, 06:29 PM                                              #14

Thank you for taking the time to post this. I would have speculated endlessly without it.

FP

1 like

---

Fenndery
Senior Member

Join Date: Oct 2020
Posts: 479

**Share**

**Tweet**

05-09-2021, 06:32 PM                                              #15

> **Originally posted by *SimonSays***
>
> *Gee I wonder why. Could it be people making up lies about the family forcing them to come out and defend themselves, spurring the nutters to come out? Naw that can't possibly be it. Or maybe when a youtuber went online and brought in a lawyer and asked this person questions about suing the family? Naw that can't be it either. Why people support this POS is beyond me. If I were Jack and the family I'd tell all you people to go F yourselves and never reveal anything at all.*

I agree . But I think that has been his message to date .

1 like

| 1 | 2 | 3 | 4 | 6 | Next |

---

Wood ▼     English (US) ▼                          HELP | CONTACT US | GO TO TOP

Powered by vBulletin® Version 5.6.4
Copyright © 2021 vBulletin Solutions, Inc. All rights reserved.
All times are GMT-5. This page was generated at 04:39 AM.



> Forum > Forrest Fenn's Hunt

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

# New Lawsuit



**Goodilocks**
Senior Member

Join Date: Oct 2018
Posts: 1284

05-09-2021, 06:33 PM                                           #16

The rest of the pages are addresses, looting Indian artifacts article, cover pages from Lost kivas of San Lazaro and Secrets of San Lazaro, Old Santa Fe Trading Co website pages, article A Sting in the Desert, an email from Kyle to F, and more...

oh... and one of the Defendants is "Goofy" from Dal's...

*Last edited by Goldilocks; 05-10-2021, 11:42 AM.*

3 likes

05-09-2021, 06:37 PM                                           #17

❝ *Originally posted by **Goldilocks*** ▶️



**Anna Graham**
Senior Member



Join Date: Jan 2018
Posts: 656

Share
Tweet

*The rest of the pages are addresses, looting Indian artifacts article, cover pages from Lost kivas of San Lazaro and Secrets of San Lazaro, Old Sant Fe Trading Co website pages, article A Sting in the Desert, an email from Kyle to F, and more...*

*oh... and one of the Defendants is "Goofy" from Dal's...*

Thankyou Goldilocks

---

*All truth passes through three stages. First, it is ridiculed. Second, it is violently opposed. Third, it is accepted as being self-evident.*
*--Arthur Schopenhauer--*

3 likes

---



**CurseWordsAndTreasure**
Member



Join Date: Apr 2021
Posts: 63

Share
Tweet

05-09-2021, 06:38 PM                                    #18

❝ *Originally posted by Goldilocks* ⏩

> *That wouldn't be ethical but I can tell you it's 107 pages of not a whole lot. I'm skimming now. I just walked in the door. Give me a minute. I think I can isolate the main part of complaint because a lot of it is articles from San Lazaro, FBI raid, other garbage...*

Thanks for posting. I skimmed thru it. It's like a script for the 3 stooges. I also have access to Pacer when needed.

---



**Mr Eyes**
Senior Member



Join Date: Aug 2020
Posts: 345

Share
Tweet

05-09-2021, 06:38 PM                                    #19

Suing Goofy.

Proper dumb is this guy.

2 likes

---

5/12/2021
Case 1:21-cv-00426-JHR   Document 6   Filed 05/12/21   Page 12 of 48
New Lawsuit - The Hint of Riches - Forrest Fenn's Treasure Hunt



**Quirky Killdeer**
Junior Member

Join Date: Aug 2020
Posts: 2

05-09-2021, 06:38 PM                                              #20

Is this the idiot that dug up San Lazaro even though it is
"SOUTH" OF Santa Fe..,
Good luck with that F***in' loser!!!

2 likes

**Fenndery**
Senior Member

Join Date: Oct 2020
Posts: 479

05-09-2021, 06:40 PM                                              #21

Goofy has been named and found !!!!!!!!!!!!!!BREAKING NEWS

2 likes



**Goldilocks**
Senior Member

Join Date: Oct 2018
Posts: 1284

05-09-2021, 06:41 PM                                              #22

> *Originally posted by CurseWordsAndTreasure* ▶▶
>
> *Thanks for posting. I skimmed thru it. It's like a script for the 3 stooges. I also have access to Pacer when needed.*

Thanks I'll let you take it from here 🙂



**Fenndery**

Senior Member



Join Date: Oct 2020

Posts: 479



05-09-2021, 06:42 PM                                              #23

That is huge news . Nobody knew who he was and disappeared without a trace , and now comes to be he has something to do with San Lazarro .......The implications are endless at this point

---



**Fenndery**

Senior Member

Join Date: Oct 2020

Posts: 479



05-09-2021, 06:45 PM                                              #24

Watch , here comes BREAKING NEWS FROM EVERY YOUTUBER , I CALLED IT FIRST HERE AT THOR

1 like

---



**Knowledge**

Senior Member

Join Date: Aug 2020

Posts: 1112

05-09-2021, 07:03 PM                                              #25

I love the way they try to pretend they care about everything but the money. They act as if they have some high moral ground and from where they stand will give everyone a fair chase. They will get paid, all past wrongs will be made right and a NEW CHASE FOR EVERYONE that is fair because they can solve it. Once again someone trusted Forrest that 1-3 million was in a chest out in the wild. But won't trust him about the state it was found in. Why because they can't admit they were wrong.Being around the chase for a year I see it does something to peoples minds.Those who have never had hard challenges and come up short or know what it takes to over come them melt at defeat. When someone is given the gold medial all them years of participation awards somehow makes them feel they should get more.So what do they do now that mommy can't help take it to court.



**CurseWordsAndTreasure**
Member
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

Join Date: Apr 2021
Posts: 63



05-09-2021, 07:11 PM                                                          #26

> ❝ Originally posted by **Knowledge** ⏩
>
> *I love the way they try to pretend they care about everything but the money.*
> *They act as if they have some high moral ground and from where they*
> *stand will give everyone a fair chase. They will get paid, all past wrongs will*
> *be made right and a NEW CHASE FOR EVERYONE that is fair because*
> *they can solve it. Once again someone trusted Forrest that 1-3 million*
> *was in a chest out in the wild. But won't trust him about the state it was found*
> *in.*
> *Why because they can't admit they were wrong.Being around the chase for a*
> *year*
> *I see it does something to peoples minds.Those who have never had hard*
> *challenges*
> *and come up short or know what it takes to over come them melt at defeat.*
> *When someone is given the gold medial all them years of participation awards*
> *somehow makes them feel they should get more.So what do they do now that*
> *mommy*
> *can't help take it to court.*

Learn the hard way. One of the best lessons in life!

1 like

---



**Star Shadow**
Senior Member
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

Join Date: May 2020
Posts: 680

05-09-2021, 07:12 PM                                                          #27

Nothing to see here, just another goofy lawsuit, lol

3 likes

---



05-09-2021, 07:37 PM                                                          #28

Simple greed. Karma will have a say.



**MountainMan2**
Member

Join Date: Apr 2021
Posts: 42

*' Blessed are they who have suffered and found life.'*

2 likes

---

**Goldilocks**
Senior Member

Join Date: Oct 2018
Posts: 1284

05-09-2021, 07:42 PM                                    #29

Full complaint:
https://www.courtlistener.com/docket...&order_by=desc

---

**Hillbilly Hound**
Junior Member

Join Date: Aug 2020
Posts: 15

05-09-2021, 07:54 PM                                    #30

I wonder how many personalities he had here on THOR and which ones they were.

Previous   1   2   3   4   5   6   Next



Powered by vBulletin® Version 5.6.4
Copyright © 2021 vBulletin Solutions, Inc. All rights reserved.
All times are GMT-5. This page was generated at 04:39 AM.



Login or Sign Up ▼

**FORUMS**

**Today's Posts**    **Member List**

> Forum > Forrest Fenn's Hunt

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

# New Lawsuit



**POSTS**    **LATEST ACTIVITY**    **PHOTOS**

Search     Page 3 of 6 ◀ ▶    Filter ▼

**colokidd**
Senior Member
▮▮▮▮▮▮▮▮▮
Join Date: Nov 2020
Posts: 242

05-09-2021, 07:58 PM       #31

We all know Jack will step up and do the right thing, he's just that type of guy.

f Share
🐦 Tweet

**Lady V**
Senior Member

05-09-2021, 07:58 PM       #32

This is so bizarre. And they are suing the bookstore, too?!



Join Date: Jan 2018
Posts: 287

**f** Share

**🐦** Tweet

---



**FennPoint**
Member

Join Date: Oct 2020
Posts: 41

**f** Share

**🐦** Tweet

05-09-2021, 08:19 PM                                    #33

> ❝ Originally posted by **SimonSays**
> Looks like the judge shot them down quickly.
>
> Plaintiffs' Motion for Appointment of Counsel, Doc. 2, filed May 4, 2021, is DENIED.
>
> Plaintiffs shall, within 21 days of entry of this Order, file an amended complaint. Failure to timely file an amended complaint may result in dismissal of this case.
>
> https://storage.courtlistener.com/re...460454.5.0.pdf

Thanks for the update.

FP

---



Whiskey Tango
Foxtrot
Senior Member

Join Date: Jul 2018
Posts: 132



**f** Share

**🐦** Tweet

05-09-2021, 08:47 PM                                    #34

> ❝ Originally posted by **Star Shadow** ⏩
> So sad for the family. However they are still holding the hole card...the correct solution. Frivolous lawsuits can get very expensive for frivilous claimants.

This is, indeed, very sad to hear that the family has to deal with another lawsuit.

From my simple layman's read of what's been posted here, they are asking for a legal counsel to be provided by the court in a civil suit? They want $10 million, San Lazaro, and profits from the books but don't have an attorney?

I hope I never cross paths with any of these individuals. For every problem, there is a solution.

3 likes

**Fenndery**
Senior Member

Join Date: Oct 2020
Posts: 479

Share
Tweet

05-09-2021, 10:03 PM
#35

> *Originally posted by **SimonSays***
> *Looks like the judge shot them down quickly.*
>
> *Plaintiffs' Motion for Appointment of Counsel, Doc. 2, filed May 4, 2021, is DENIED.*
>
> *Plaintiffs shall, within 21 days of entry of this Order, file an amended complaint. Failure to timely file an amended complaint may result in dismissal of this case.*
>
> *https://storage.courtlistener.com/re...460454.5.0.pdf*

Nice , you were correct about them wanting a lawyer . Glad they got denied .

These guys are a total trip ....They all live in separate states , going after the bookstore ? wtf ? and San Lazaro why ? and how did they know or find out who Goofy was ? and how in the heck did these guys all meet each other ? WEIRD-O-RAMA .

The interesting items of interest are : Mr. Fenn said he sold San Lazaro and had no business interests left with that entity , but yet still owns it and is going through probate - This is strange why would he lie about that ?
: The fact that Goofy disappeared and that Dal didnt have a clue where he went OR who he was . Not possible at all if he was involved with San Lazaro .

You know , the more I think about this , somewhere between these lines , I have a feeling it somehow is linked to the terrible ending , somehow , someway ...I just cant put my finger on it ...

The red herrings I see are suing Dorothy from Collected and the mention of Charmay Allred ....

2 likes

**Fennder Bender**

05-09-2021, 10:57 PM
#36

wait a second, does the madison flow through San Lazaro Pueblo? 😊



Member

Join Date: Sep 2020
Posts: 80


**f Share**
**🐦 Tweet**

---



**Old Pilot**
Senior Member

Join Date: Apr 2018
Posts: 3821


**f Share**
**🐦 Tweet**

05-09-2021, 11:11 PM                                                                #37

> ❝ *Originally posted by **CurseWordsAndTreasure*** ▶️
>
> *Can we borrow your password to get in?*

After today, I'm ignoring this thread; please give it your full attention, CWAT.

---



**LurkerMike**
Senior Member

Join Date: Aug 2018
Posts: 215


**f Share**
**🐦 Tweet**

05-10-2021, 12:30 AM                                                                #38

Is "Harry" from Harry's Chase Forum in on this lawsuit? Harry went on and on about suing the family for a lot of money if they didn't settle with Harry out of court. How many suing are from Florida (or the UK?)

2 likes

---



**Cowboyrocker**
Senior Member

05-10-2021, 12:47 AM                                                                #39

> ❝ *Originally posted by **LurkerMike*** ▶️
>
> *Is "Harry" from Harry's Chase Forum in on this lawsuit? Harry went on and on*
> *about suing the family for a lot of money if they didn't settle with Harry out of*



Join Date: Nov 2018

Posts: 1492



*court. How many suing are from Florida (or the UK?)*

I thought the same after reading this, LM... but it doesn't look like Harry is in here because he wanted to file a suit for "the mountain lion"! Looks like Harry disappeared in the Lion's den... 😊

„It's almost impossible to carry the torch of truth through a crowd without singeing somebody's beard."
G. C. Lichtenberg

---



**Goldilocks**
Senior Member

Join Date: Oct 2018

Posts: 1284



05-10-2021, 01:47 AM                                      #40

Middle of the night and just had a thought. "Shiloh's" chat appearance coincidentally was the same day lawsuit was filed. He was certainly in a playful mood. Are you telling me he wouldn't have known about this lawsuit?!?

1 like

---



**FennddersKeepers**
Senior Member

Join Date: Feb 2019

Posts: 333



05-10-2021, 01:49 AM                                      #41

> ❝ Originally posted by **Goldilocks** ▸▸
>
> *Middle of the night and just had a thought. "Shiloh's" chat appearance coincidentally was the same day lawsuit was filed. He was certainly in a playful mood. Are you telling me he wouldn't have known about this lawsuit?!?*

Yeah. That's actually really weird.

---

05-10-2021, 01:56 AM                                      #42



**Mr Eyes**
Senior Member


Join Date: Aug 2020
Posts: 345

Share
Tweet

> Originally posted by **Goldilocks** ▶▶
>
> *Middle of the night and just had a thought. "Shiloh's" chat appearance*
> *coincidentally was the same day lawsuit was filed. He was certainly in a playful*
> *mood. Are you telling me he wouldn't have known about this lawsuit?!?*

You might be onto something there...

---



**BigOnus**
Senior Member

Join Date: Oct 2020
Posts: 710

Share
Tweet

05-10-2021, 02:03 AM                                    #43

I cannot see this getting out of the starting block or past first base, because their
demands are outlandish and unrealistic, they have no understanding of the law and no
sensible lawyer will take this on without being paid upfront. Lawyers have a duty to tell
folk they are idiots and that the case has no merit.

$1000 cash prize - The Hint of Riches - Forrest Fenn's Treasure Hunt

1 like

---



**Fenndery**
Senior Member


Join Date: Oct 2020
Posts: 479

Share
Tweet

05-10-2021, 02:07 AM                                    #44

> Originally posted by **Goldilocks** ▶▶
>
> *Middle of the night and just had a thought. "Shiloh's" chat appearance*
> *coincidentally was the same day lawsuit was filed. He was certainly in a playful*
> *mood. Are you telling me he wouldn't have known about this lawsuit?!?*

Totally weird for sure . Unless Mr. Shiloh is really Mrs. Kyle ?



**Mr Eyes**
Senior Member

Join Date: Aug 2020
Posts: 345

**f Share**

**🐦 Tweet**

05-10-2021, 02:08 AM                                                                                          #45

> *Originally posted by Fenndery* ▶
>
> *Totally weird for sure . Unless Mr. Shiloh is really Mrs. Kyle ?*

TransFender?

| Previous | 1 | 2 | 3 | 4 | 5 | 6 | Next |

Wood ▾          English (US) ▾                                          HELP | CONTACT US | GO TO TOP

Powered by vBulletin® Version 5.6.4
Copyright © 2021 vBulletin Solutions, Inc. All rights reserved.
All times are GMT-5. This page was generated at 04:39 AM.



Login or Sign Up ▾

### FORUMS

**Today's Posts**   **Member List**

⌂ ⟩ Forum ⟩ Forrest Fenn's Hunt

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

# New Lawsuit



| POSTS | LATEST ACTIVITY | PHOTOS |

Search ⌕       Page [4] of 6 ◀ ▶       Filter ▾

---

05-10-2021, 02:25 AM                                                    #46

**Fenndery**
Senior Member
▮▮▮▮▮▮▮▮▮▮▮

Join Date: Oct 2020
Posts: 479

❦ *Originally posted by **Mr Eyes** ▶▶*

> TransFender?

Lmao , thats a good one ! But i just realized something : Mr . Shiloh did NOT answer his phone . The person in chat KNEW they were calling and could have made that plausible deniability lie really quickly . Although does not explain the picture ...So ya prolly not a go

f Share
🐦 Tweet

---

05-10-2021, 03:05 AM                                                    #47

**kpro**
Admin

❦ *Originally posted by **Goldilocks** ▶▶*

> *Middle of the night and just had a thought. "Shiloh's" chat appearance*
> *coincidentally was the same day lawsuit was filed. He was certainly in a playful*
> *mood. Are you telling me he wouldn't have known about this lawsuit?!?*



Join Date: Dec 2017
Posts: 3355



I am trying to calm my nerves and worried I may know more than I am supposed to . I have been honest in everything I bring forward and let's just say that has not been the case for others. Nothing is what it seems ......

---

"Positivity triumphs over negativity" - famous quote by the famous Cowlazars 2018

1 like

---

05-10-2021, 04:05 AM                                                                              #48

Cowboyrocker
Senior Member


Join Date: Nov 2018
Posts: 1492

 

> Originally posted by **kpro** ▶▶
>
> *I am trying to calm my nerves and worried I may know more than I am supposed to . I have been honest in everything I bring forward and let's just say that has not been the case for others. Nothing is what it seems ......*

☺

---

„It's almost impossible to carry the torch of truth through a crowd without singeing somebody's beard."
G. C. Lichtenberg

---



NadiyaM
Senior Member


Join Date: Aug 2020
Posts: 165

05-10-2021, 05:38 AM                                                                              #49

Kyle Sandau......appeared under many handles on Youtube and elsewhere......I trust those that have already read the filing that it is garbage...HOWEVER...I will still put in my two cents worth that Sandau is like a mad scientist...and evil genius if it were....He for a brief period....(on his medications??) had more imagination and depth of thought that any two other searchers I have read put together.......I am NOT a supporter of his. He always thought it in San Lazaro....strange dude for sure.





**Hillbilly Hound**
Junior Member
¦¦¦¦¦¦¦¦¦¦

Join Date: Aug 2020
Posts: 15



05-10-2021, 07:03 AM                                                          #50

> ❝ *Originally posted by **LurkerMike*** ⏩
>
> *Is "Harry" from Harry's Chase Forum in on this lawsuit? Harry went on and on about suing the family for a lot of money if they didn't settle with Harry out of court. How many suing are from Florida (or the UK?)*

That's the first thing that came to my mind too. Maybe "Harry" is Kyle. Nothing would surprise me at this point.

1 like



**Broken arrow**
Senior Member
¦¦¦¦¦¦¦¦¦¦¦

Join Date: Aug 2020
Posts: 2192



05-10-2021, 07:29 AM                                                          #51

Not again

1 like



**1&Only1Trailblazer**
Senior Member
¦¦¦¦¦¦¦¦¦¦¦

Join Date: Dec 2020
Posts: 1160



05-10-2021, 08:02 AM                                                          #52

It's just more money for the attorney, and holding up real court case, if there are any?
I wish the law was Andy Griffith, could you see Andy in full armor and a AK, what a shitty vision that is.
Then you got Barney Fife, full metal jacket... ha ha
Aunt B would mess you up, even a drunk like Otis was often deputized.
I love the old days....



**1&Only1Trailblazer**
Senior Member

Join Date: Dec 2020
Posts: 1160




05-10-2021, 08:05 AM      #53

I love that this Fenn mystery goes on, thanks Jack, I over heard your a jerk... ha ha
Who knows, like I used to tell Forrest, you can stand toe to toe with a man shaking his
hand, and not know him till you look deep into his soul, through their eyes and aura...

1 like

---



**Rose Livingstone**
Senior Member

Join Date: Nov 2018
Posts: 882

05-10-2021, 08:07 AM      #54

> *Originally posted by BigOnus* ▶▶
> *I cannot see this getting out of the starting block or past first base, because*
> *their demands are outlandish and unrealistic, they have no understanding of the*
> *law and no sensible lawyer will take this on without being paid upfront.*
> *Lawyers have a duty to tell folk they are idiots and that the case has no merit.*

So, like all the other lawsuits? They probably were told they're idiots and their cases have
no merit, but they went forth pro se anyway. Looks like even more time will pass before
the community gets proper answers. Shame.
The love of money, eh?

2 likes

---



**tre25**
Junior Member

Join Date: Dec 2020
Posts: 17

05-10-2021, 09:13 AM      #55

the only thing i am 100% certain about with regards to the Chase, is the fact that Mr.
Sommer's paralegal(s) deserves a HUGE bonus. mymy



**RahRah**
Senior Member


Join Date: Dec 2017
Posts: 1487

Share
Tweet

05-10-2021, 11:10 AM                                                                 #56

❝ *Originally posted by kpro* 

> *I am trying to calm my nerves and worried I may know more than I am*
> *supposed to . I have been honest in everything I bring forward and let's just say*
> *that has not been the case for others. Nothing is what it seems ......*

There's a lot of moving parts to the chase, I'll confirm that yes, all is not what it seems.
Kyle doesn't have the poem figured out. What he does have is that Fenn didn't do all of
this alone, but Kyle doesn't understand the why or how or who - even I'm still piecing
things together. All is not what it seems is an understatement.

🖊 @kpro do you remember when Doug Preston said Forrest gave a hint/clue when you
were interviewing him back in 2019, then it was quickly walked back and dismissed...if my
solve is correct, Fenn DID say something important and I about fell out of my chair when I
heard it because **it is** important, but knowing it doesn't help without understanding what
it means in the solve so I wasn't worried too much, then you all dismissed the idea Fenn
said something important anyway, so focus on it faded away. Go back and watch that
interview again without preconceived notion about what you think he said.

To be right for someone, you have to be willing to be wrong for someone else.

1 like



**flyer**
Member


Join Date: Feb 2021
Posts: 52

Share
Tweet

05-10-2021, 11:20 AM                                                                 #57

❝ *Originally posted by RahRah* ▶▶

> *There's a lot of moving parts to the chase, I'll confirm that yes, all is not what it*
> *seems. Kyle doesn't have the poem figured out. What he does have is that Fenn*
> *didn't do all of this alone, but Kyle doesn't understand the why or how or who -*
> *even I'm still piecing things together. All is not what it seems is an*
> *understatement.*

> 🖊 *@kpro do you remember when Doug Preston said Forrest gave a hint/clue*
> *when you were interviewing him back in 2019, then it was quickly walked back*
> *and dismissed...if my solve is correct, Fenn DID say something important and I*
> *about fell out of my chair when I heard it because* ***it is*** *important, but knowing*
> *it doesn't help without understanding what it means in the solve so I wasn't*
> *worried too much, then you all dismissed the idea Fenn said something*
> *important anyway, so focus on it faded away. Go back and watch that interview*
> *again without preconceived notion about what you think he said.*



You have my interest RahRah. Can you tell us what the clue/hint was or a link to the interview?

---

**RahRah**
Senior Member

Join Date: Dec 2017
Posts: 1487

🅵 Share
🐦 Tweet

05-10-2021, 11:34 AM                                                                 #58

❝❝ *Originally posted by* **flyer** ▶▶

*You have my interest RahRah. Can you tell us what the clue/hint was or a link to the interview?*

The interview is available to watch and listen to on Mike's YT channel.

---

To be right for someone, you have to be willing to be wrong for someone else.

                                                                                    1 like

---

**Fenndery**
Senior Member

Join Date: Oct 2020
Posts: 479

🅵 Share
🐦 Tweet

05-10-2021, 11:55 AM                                                                 #59

After perusing it a bit further -they put all this information together , paid $400 , and never stated their case . Almost like it was an information "giveaway" . They only legal wording they state is "fraud" .

I know this is crass , but I found it a little bit funny that all of their addresses have something in common , along with Banana-ramas address...hehehe

                                                                                    1 like

---



**Space Hopper**
Senior Member

05-10-2021, 01:14 PM                                                                 #60

I read through more. Not only do they admit to committing crimes, he added emails of himself abusing Forrest. Showing he has little respect.

The judge will be aware of Andersen's case, coz judges chat and watch the local news, but the fool has now brought the Arizona case to his attention.



Join Date: Jul 2020
Posts: 660

Share
Tweet

Its like he shot himself in both feet, before setting off. What an idiot, lol.

Anyway, there is something much more powerful on the side of the good. Its called - THE TRUTH

4 likes

Previous   1   2   3   4   5   6   Next

Wood ▼     English (US) ▼                              HELP | CONTACT US | GO TO TOP

Powered by vBulletin® Version 5.6.4
Copyright © 2021 vBulletin Solutions, Inc. All rights reserved.
All times are GMT-5. This page was generated at 04:39 AM.





Login or Sign Up

THOR HINT OF RICHES FORUM

COWLAZARS https://www.cowlazars.com Treasure Hunting Resources, Forrest Fenn Memoirs, Benchmark Maps, FF Maps, Coins, T-shirts, Hoodies, and much more.

Search

FORUMS

Today's Posts Member List

Forum > Forrest Fenn's Hunt

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

# New Lawsuit

POSTS LATEST ACTIVITY PHOTOS

Search Page 5 of 6 Filter

Star Shadow
Senior Member

Join Date: May 2020
Posts: 680

Share
Tweet

05-10-2021, 01:16 PM #61

> *Originally posted by **Space Hopper***
>
> *I read through more. Not only do they admit to committing crimes, he added emails of himself abusing Forrest. Showing he has little respect.*
>
> *The judge will be aware of Andersen's case, coz judges chat and watch the local news, but the fool has now brought the Arizona case to his attention.*
>
> *Its like he shot himself in both feet, before setting off. What an idiot, lol.*
>
> *Anyway, there is something much more powerful on the side of the good. Its called - THE TRUTH*

Well spoken, Sir!

3 likes

05-10-2021, 01:20 PM #62

**Space Hopper**
Senior Member

Join Date: Jul 2020
Posts: 660



> 66 *Originally posted by* **Star Shadow** ▷▷
>
> *Well spoken, Sir!*

I will take that, Sir, thank you...

1 like



**Max23**
Senior Member

Join Date: Aug 2020
Posts: 160

05-10-2021, 04:35 PM                                                      #63

81. Plaintiffs are **requesting and praying for relief** in; ( a .) the amount of $10,000,000 (ten million dollars), including but not limited to compensatory and punitive damages, from Zoe Fenn Old and The Estate of Forrest Burke Fenn, whereas if granted in-full **$2,000,000 (two million dollars) of those overall funds will then be placed into a neutral trust for a new, and more importantly, fair treasure hunt as a continuing benefit to and for the overall Chase community**

Yes, prayer will magically do it this time and so nice of them not to forget about the chase community like the other lawsuits... wow

1 like



**June Did Everything
Right**
Senior Member

Join Date: Jul 2020
Posts: 831

05-10-2021, 04:44 PM                                                      #64

> 66 *Originally posted by* **kpro** ▷▷
>
> *I am trying to calm my nerves and worried I may know more than I am supposed to . I have been honest in everything I bring forward and let's just say that has not been the case for others. Nothing is what it seems ......*

Yeah. Sure feels strange right now. I about fell out of my chair when Shiloh started with LORAN and went all the way to ADF. And, you know, named me. That was fun! That's straight up my solve. Beacon directional finder. I think I at least got that part right but screwed up everything else in the poem. Feels good if I got any part correct though.



1 like



**RahRah**
Senior Member
▮▮▮▮▮▮▮▮▮▮

Join Date: Dec 2017
Posts: 1487

[f] Share
[▶] Tweet

05-10-2021, 05:37 PM                                                    #65

> **❝** *Originally posted by Max23* **▶**
>
> *81. Plaintiffs are **requesting and praying for relief** in; ( a .) the amount of $10,000,000 (ten million dollars), including but not limited to compensatory and punitive damages, from Zoe Fenn Old and The Estate of Forrest Burke Fenn, whereas if granted in-full **$2,000,000 (two million dollars) of those overall funds will then be placed into a neutral trust for a new, and more importantly, fair treasure hunt as a continuing benefit to and for the overall Chase community***
>
> *Yes, prayer will magically do it this time and so nice of them not to forget about the chase community like the other lawsuits... wow*

Prayer is actually a legal term, it is the specific request for judgment, relief and/or damages at the conclusion of a complaint or petition. A prayer is a part of a pleading, and it usually appears at the end of the pleading.

To be right for someone, you have to be willing to be wrong for someone else.



**Old blue**
Senior Member
▮▮▮▮▮▮▮▮▮▮

Join Date: Apr 2020
Posts: 990

[f] Share
[▶] Tweet

05-10-2021, 05:39 PM                                                    #66

Let's all say a prayer that this ends this month



05-10-2021, 05:55 PM                                                    #67

I won't even tell you people what the email addresses anagram to. Nope, nobody would believe me anyways. But, you all can play with it. Kyle+Mark+rebecca+gmail+com



**Walking Among Lions**
Senior Member

Join Date: Nov 2018
Posts: 1122

🔗 Share
🐦 Tweet

1 like

---

**FenndersKeepers**
Senior Member

Join Date: Feb 2019
Posts: 333

🔗 Share
🐦 Tweet

05-10-2021, 06:06 PM                                                      #68

❝ Originally posted by **Walking Among Lions** ▶▶
> I won't even tell you people what the email addresses anagram to. Nope,
> nobody would believe me anyways. But, you all can play with it.
> Kyle+Mark+rebecca+gmail+com

Come on WAL!! Share!!

---

**Yellerstain**
Senior Member

Join Date: Feb 2019
Posts: 250

🔗 Share
🐦 Tweet

05-10-2021, 10:05 PM                                                      #69

Was there a reference to San Lazarro Corp? Could that be the so-called "S Corp" that
Forrest alluded to?

1 like

---

05-10-2021, 10:40 PM                                                      #70



**Jdunn76001**
Junior Member

Join Date: Sep 2019
Posts: 1



Probably the worst federal filing I've ever read....seriously was this written by a first year law student?

---



**Fenndery**
Senior Member

Join Date: Oct 2020
Posts: 479



05-10-2021, 11:02 PM                                                                     #71

> ❝ Originally posted by *Walking Among Lions* ▶
>
> *I won't even tell you people what the email addresses anagram to. Nope, nobody would believe me anyways. But, you all can play with it.*
> *Kyle+Mark+rebecca+gmail+com*

Spill it bra ....I am all ears , and I WILL believe you

---



**Fenndery**
Senior Member

Join Date: Oct 2020
Posts: 479

05-10-2021, 11:05 PM                                                                     #72

> ❝ Originally posted by *RahRah* ▶
>
> *There's a lot of moving parts to the chase, I'll confirm that yes, all is not what it seems. Kyle doesn't have the poem figured out. What he does have is that Fenn didn't do all of this alone, but Kyle doesn't understand the why or how or who - even I'm still piecing things together. All is not what it seems is an understatement.*
>
> 📧 *@kpro do you remember when Doug Preston said Forrest gave a hint/clue when you were interviewing him back in 2019, then it was quickly walked back and dismissed...if my solve is correct, Fenn DID say something important and I about fell out of my chair when I heard it because **it is** important, but knowing it doesn't help without understanding what it means in the solve so I wasn't worried too much, then you all dismissed the idea Fenn said something*

5/12/2021
Case 1:21-cv-00426-JHR   Document 6   Filed 05/12/21   Page 36 of 48
New Lawsuit - The Hint of Riches - Forrest Fenn's Treasure Hunt

*important anyway, so focus on it faded away. Go back and watch that interview again without preconceived notion about what you think he said.*

 @RahRah Either that he had help and a needed a few things to come together , OR ......If you rent a cabin ..............Those are my guesses .

---

**RahRah**
Senior Member
▌▌▌▌▌▌▌▌▌▌▌

Join Date: Dec 2017
Posts: 1487



[f] Share
[y] Tweet

05-10-2021, 11:28 PM                                                                 #73

❝ Originally posted by **Fenndery** ▸

>  @RahRah Either that he had help and a needed a few things to come together , OR .....If you rent a cabin ..............Those are my guesses .

I think it's pretty obvious that Fenn had help, those helping didn't know what others were doing, they each had a part to play and they played those parts well. I don't think anyone besides Skippy knew the location.

The "if you rent a cabin" was odd, and I looked into where you can rent a cabin on public property. There are quite a number of cabins through the USDA and other agencies, but they're not rented in the traditional sense, but are land lease cabins - you own the cabin, not the land, so you pay an annual land lease and its renewal is pretty much guaranteed every so many years. I'm not sure that was what he was talking about, or renting a cabin from an owner of such, or renting from someone on land surrounded by public land. I don't think it's on private property - my take on the poem does not suggest that - it's on public land IMO and I'm not sure if a land lease cabin qualifies as 'public land' or not, I tend to think not.

To be right for someone, you have to be willing to be wrong for someone else.

1 like

---

**Flutterby Phil**
Senior Member
▌▌▌▌▌▌▌▌▌▌▌

Join Date: Aug 2020
Posts: 592



[f] Share

05-10-2021, 11:38 PM                                                                 #74

❝ Originally posted by **RahRah** ▸

> *I think it's pretty obvious that Fenn had help, those helping didn't know what others were doing, they each had a part to play and they played those parts well. I don't think anyone besides Skippy knew the location.*
>
> *The "if you rent a cabin" was odd, and I looked into where you can rent a cabin on public property. There are quite a number of cabins through the USDA and other agencies, but they're not rented in the traditional sense, but are land*

5/12/2021

Case 1:21-cv-00426-JHR   Document 6   Filed 05/12/21   Page 37 of 48
New Lawsuit - The Hint of Riches - Forrest Fenn's Treasure Hunt



> lease cabins - you own the cabin, not the land, so you pay an annual land lease and its renewal is pretty much guaranteed every so many years. I'm not sure that was what he was talking about, or renting a cabin from an owner of such, or renting from someone on land surrounded by public land. I don't think it's on private property - my take on the poem does not suggest that - it's on public land IMO and I'm not sure if a land lease cabin qualifies as 'public land' or not, I tend to think not.

you think he meant any old cabin, or a cabin ... in the woods ...?



1 like



05-10-2021, 11:51 PM                                                      #75

**Fenndery**
Senior Member
▮▮▮▮▮▮▮▮▮▮▮

Join Date: Oct 2020
Posts: 479



❝ *Originally posted by RahRah* ▶

> *I think it's pretty obvious that Fenn had help, those helping didn't know what others were doing, they each had a part to play and they played those parts well. I don't think anyone besides Skippy knew the location.*
>
> *The "if you rent a cabin" was odd, and I looked into where you can rent a cabin on public property. There are quite a number of cabins through the USDA and other agencies, but they're not rented in the traditional sense, but are land lease cabins - you own the cabin, not the land, so you pay an annual land lease and its renewal is pretty much guaranteed every so many years. I'm not sure that was what he was talking about, or renting a cabin from an owner of such, or renting from someone on land surrounded by public land. I don't think it's on private property - my take on the poem does not suggest that - it's on public land IMO and I'm not sure if a land lease cabin qualifies as 'public land' or not, I tend to think not.*

I looked into the same line of thinking . It led me to learn about the Federal Govt and the "grandfathered" parcel land sales that was a huge program back in the 50's . Where they were promoting off grid living to expand the US or something like that . The parcels were cheap AF and could be passed down from 1 generation to the next , without any tax/land fee increase . I was like DAM! I wish my grandparents had gotten a hold of such a hot piece of property .

1 like

| Previous | 1 | 2 | 3 | 4 | 5 | 6 | Next |

Wood ▼          English (US) ▼

HELP  |  CONTACT US  |  GO TO TOP

Powered by vBulletin® Version 5.6.4
Copyright © 2021 vBulletin Solutions, Inc. All rights reserved.
All times are GMT-5. This page was generated at 04:39 AM.



Login or Sign Up ▾

Search 🔍

**FORUMS**

**Today's Posts**    **Member List**

> Forum > Forrest Fenn's Hunt

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

# New Lawsuit



POSTS    LATEST ACTIVITY    PHOTOS

Search 🔍    Page 6 of 6 ◄ ►    Filter ▾

**Max23**
Senior Member
📶

Join Date: Aug 2020
Posts: 160

📘 Share
🐦 Tweet

Yesterday, 06:10 AM                                                #76

❝ Originally posted by **RahRah** ▶

*Prayer is actually a legal term, it is the specific request for judgment, relief and/or damages at the conclusion of a complaint or petition. A prayer is a part of a pleading, and it usually appears at the end of the pleading.*

Preying is what it is..

**Walking Among Lions**

Yesterday, 12:17 PM                                                #77

❝ Originally posted by **Fenndery** ▶

*Spill it bra ....I am all ears , and I WILL believe you*

Senior Member

Join Date: Nov 2018
Posts: 1122

Share
Tweet

Let's just say that someone cracked the entire code and it wasn't Jack.

1 like

---



CurseWordsAndTreasure
Member

Join Date: Apr 2021
Posts: 63

Share
Tweet

Yesterday, 12:20 PM                                                           #78

> *Originally posted by **Walking Among Lions*** ⏩
>
> *Let's just say that someone cracked the entire code and it wasn't Jack.*

we'll probably find out after a million sunsets. Wishful thinking!

---



elperro
Senior Member

Join Date: Oct 2019
Posts: 645

Share
Tweet

Yesterday, 12:21 PM                                                           #79

> *Originally posted by **Walking Among Lions*** ⏩
>
> *Let's just say that someone cracked the entire code and it wasn't Jack.*

Was it "Shy Guy," by chance?

1 like

---



CurseWordsAndTreasure

Yesterday, 12:35 PM                                                           #80

People should have to be required to attend a mental competency hearing before filing a lawsuit.

5/12/2021
Case 1:21-cv-00426-JHR   Document 6   Filed 05/12/21   Page 41 of 48
New Lawsuit - The Hint of Riches - Forrest Fenn's Treasure Hunt



Member

Join Date: Apr 2021
Posts: 63

Share
Tweet

2 likes

---



Walking Among
Lions
Senior Member

Join Date: Nov 2018
Posts: 1122

Share
Tweet

Yesterday, 12:43 PM                                                      #81

> Originally posted by **CurseWordsAndTreasure** ▶
>
> *People should have to be required to attend a mental competency hearing before filing a lawsuit.*

You should look closer at the complaint and read between the lines. It is very revealing.

1 like

---

Walking Among
Lions
Senior Member

Join Date: Nov 2018
Posts: 1122

Share
Tweet

Yesterday, 12:44 PM                                                      #82

> Originally posted by **elperro** ▶
>
> *Was it "Shy Guy," by chance?*

Shy Guy is suffering from a severe case of confirmation bias. Although, I'm biased in my confirmation of his confirmation bias. So, if you set all bias aside you might find the solutions hidden among some email addresses. You just have to know which things to add or subtract. Just remember, for a cipher to work, you have to use all the characters in the cipher key.

---

Yesterday, 12:51 PM                                                      #83

> Originally posted by **Walking Among Lions** ▶

**Fenndery**

Senior Member

Join Date: Oct 2020

Posts: 479

🔘 Share

🐦 Tweet

> *Let's just say that someone cracked the entire code and it wasn't Jack.*

I never thought I would live to see this day . Thanks for at least replying .

---

**Space Hopper**

Senior Member

Join Date: Jul 2020

Posts: 660

🔘 Share

🐦 Tweet

Yesterday, 01:10 PM

#84

❝ Originally posted by **Walking Among Lions** ▶

> *Let's just say that someone cracked the entire code and it wasn't Jack.*

Do you need to borrow some glue?

1 like

| Previous | 1 | 3 | 4 | 5 | **6** |

Wood ▾       English (US) ▾

HELP | CONTACT US | GO TO TOP

Powered by vBulletin® Version 5.6.4

Copyright © 2021 vBulletin Solutions, Inc. All rights reserved.

All times are GMT-5. This page was generated at 04:39 AM.



Login or Sign Up ▼

> Forum > Forrest Fenn's Hunt

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

# Did Kyle Sandau admit to trespassing?



**POSTS**   LATEST ACTIVITY   PHOTOS

Search   [Q]   Page [1] of 1 ◄ ►   Filter ▼

**Space Hopper**
Senior Member
|||||||||||

Join Date: Jul 2020
Posts: 660

[f] Share
[🐦] Tweet

**Did Kyle Sandau admit to trespassing?**   #1
05-10-2021, 06:13 AM

I only glanced through this crap, but did Kyle Sandau admit in a sworn statement to trespassing on Fenn land and maybe excavating?

**Tags:** None

2 likes

05-10-2021, 06:36 AM   #2



**Hataska**
Member
░░░░░░░░░░░

Join Date: Jul 2020
Posts: 81

[f] Share
[t] Tweet

Yes, he's obsessed with that place...his videos back in the day were just him in his car looking at the Secrets of San Lazaro with the camera and asking his viewers if "they could believe that" about fantasies he had about chase university.

I remember thinking to myself "no" over and over as he kept asking that. Apparently he has 2 fans from his channel? Some South Dakotans will buy anything, especially if they are from Sioux Falls area...

*Last edited by Hataska; 05-10-2021, 06:40 AM.*

1 like



**CurseWordsAndTreasure**
Member
░░░░░░░░░░░

Join Date: Apr 2021
Posts: 63

[f] Share
[t] Tweet

05-10-2021, 06:49 AM                                                    #3

I'm pretty sure this is the guy. https://youtu.be/sjutTJJKI2I

1 like



**CurseWordsAndTreasure**
Member
░░░░░░░░░░░

Join Date: Apr 2021
Posts: 63

[f] Share
[t] Tweet

05-10-2021, 06:53 AM                                                    #4

I'm not even going to comment on it any further. Watch it and make your own assumptions.



**Sal O'mander**
Senior Member

Join Date: Dec 2020
Posts: 471

[f] Share
[t] Tweet

---

05-10-2021, 06:57 AM                                                                    #5

> **Originally posted by _CurseWordsAndTreasure_** ▶▶
>
> _I'm pretty sure this is the guy._ _https://youtu.be/sjutTJJKl2I_

That sure sounds like him.... But I didn't think Kyle was that smart....

1 like

---

**CurseWordsAndTreasure**
Member

Join Date: Apr 2021
Posts: 63

[f] Share
[t] Tweet

---

05-10-2021, 07:00 AM                                                                    #6

> **Originally posted by _Sal O'mander_** ▶▶
>
> _That sure sounds like him.... But I didn't think Kyle was that smart...._

I'm pretty sure they were making fun of him in that video. This is the real one.
https://youtu.be/JcQlZBOpDug

1 like

---

**Puzzle Maker-Solver**
Junior Member

Join Date: May 2021
Posts: 3

[f] Share
[t] Tweet

---

05-10-2021, 09:20 AM                                                                    #7

> **Originally posted by _CurseWordsAndTreasure_** ▶▶
>
> _I'm pretty sure this is the guy._ _https://youtu.be/sjutTJJKl2I_

If that's actually him he sounds like a demon. He sounds like he sub let his soul for an
eternity. He stood with the devil at the crossroads of California (they're all idiots there,
sorry) and Eas Nomel (my remorseful norse nickname for the gnome that steals your
wallet when you're shitting) and asked for tickets on Southwest airlines to the coroner.
The coroner lobotomized him and told him to drool somewhere else. I feel sorry for the
fenns that they have to deal with Monrsters like that. $#@$.



**Star Shadow**
Senior Member

Join Date: May 2020
Posts: 680



05-10-2021, 09:25 AM                                                    #8

Looney Tunes Florida GIF

https://giphy.com/gifs/looney-tunes-...y-zNyBPu5hEFpu

Possibly some native? has hoarded the Keys to the asylum.

2 likes

---



**Space Hopper**
Senior Member

Join Date: Jul 2020
Posts: 660



05-10-2021, 10:07 AM                                                    #9

Imagine the judges coffee chat the day after filing;

"we got another live one!!!".

"Aye, bananas and now Goofy, WTF..."

1 like

---



**Star Shadow**
Senior Member

Join Date: May 2020
Posts: 680



05-10-2021, 11:02 AM                                                    #10

> ❝ *Originally posted by **SimonSays***
>
> *I remember seeing those where he sat in his car mumbling on and on reading the books and thinking this guys a ticking time bomb. I seriously figured that some day this guy would become a serial killer, really creepy. I wish he saved those videos. There was one about goofy, bob sathers? and a 4 wheeler or something, it was actually pretty funny.*

Koo koo for Cocoa Puffs...

1 like



**Whiskey Tango Foxtrot**
Senior Member

Join Date: Jul 2018
Posts: 132

Share
Tweet

05-10-2021, 12:05 PM                                              #11

It seems a sworn admission to trespassing?

1 like

**Space Hopper**
Senior Member

Join Date: Jul 2020
Posts: 660

Share
Tweet

05-10-2021, 01:04 PM                                             #12

> *Originally posted by Whiskey Tango Foxtrot*
> *It seems a sworn admission to trespassing?*

Is unathorized excavation criminal damage? Is this why one of the three stooges stayed in the car a few miles away? Coz they knew they were committing crimes?

1 like

**Star Shadow**
Senior Member

Join Date: May 2020
Posts: 680

Share
Tweet

05-10-2021, 01:09 PM                                             #13

https://youtu.be/qyLV_luyKT8

Did Kyle Sandau admit to trespassing? - The Hint of Riches - Forrest Fenn's Treasure Hunt

1 like

Wood ▼          English (US) ▼

HELP | CONTACT US | GO TO TOP

Powered by vBulletin® Version 5.6.4
Copyright © 2021 vBulletin Solutions, Inc. All rights reserved.
All times are GMT-5. This page was generated at 05:21 AM.