IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KYLE SANDAU, MARK DOTY and
REBECCA KAISER,

        Plaintiffs,

v.                                                 No. 1:21-cv-00426-JHR

ZOE FENN OLD, Personal Representative of
the Estate of Forrest Burke Fenn, deceased,
SAN LAZARO HOLDING COMPANY LLC,
WILLIAM BRADLEY SATHER,
COLLECTED WORKS BOOKSTORE
AND COFFEEHOUSE, and
JONATHAN KENNETH STUEF,

        Defendants.

**MOTION FOR YET MORE ADDITIONAL TIME TO FILE AN AMENDED COMPLAINT**

**COMES NOW** Kyle Sandau, Mark Doty and Rebecca Kaiser humbly requesting that this Court grant Plaintiffs an *additional* 14 days to file an amended complaint due to technical difficulties not allowing the retrieval of multiple important emails, documents and other such primary necessities from a secondary device, and that are absolutely germane to Plaintiffs overall legal standing in this matter.

There was a previous liquid spill on the device keyboard that did not at first seem to affect the overall performance once cleaned and dried out, yet the device is now not functioning properly, and try and they, specifically Sandau, may, Plaintiffs have not been able to remedy it in time to meet the current deadline for a properly amended complaint to then be filed.

Anyone who is familiar with Sandau's YouTube videos on Forrest Fenn's Chase from over the years will most certainly recognize this Apple device and its leather case, as it was his one

and only computer used during the duration of his time in the Chase (See Exhibit #1).

Plaintiffs therefore request that this Court extend the current due date for an amended complaint of today, June 17, 2021, to *exactly* 14 days from now, out to June 30, 2021, in order to allow them the needed time to further attempt to rectify the device issues, which after both Sandau and Kaiser losing their father, doesn't seem like all that big of an issue overall to absolutely be able to successfully overcome it in time to meet the new extended deadline.

I declare under penalty of perjury under the laws of the State of New Mexico that the foregoing is true and correct.

Respectfully submitted,

*/s/ Kyle Sandau*     June 17, 2021
-----------------------------------------------
Kyle Sandau
3518 Fremont Ave N #537
Seattle, Washington 98103
(206) 200-2201
kyle84486484@gmail.com
Plaintiff, pro se

*/s/ Mark Doty*     June 17, 2021
-----------------------------------------------
Mark Doty
1104 E Cherry St #220
Vermillion, South Dakota 57069
(605) 659-3093
mark84486484@gmail.com
Plaintiff, pro se

*/s/ Rebecca Kaiser*   June 17, 2021
-----------------------------------------------
Rebecca Kaiser
3013 Broadway Ave Ste 8 #148
Yankton, South Dakota 57078
(605) 660-5934
rebecca84486484@gmail.com
Plaintiff, pro se