IN THE UNITED STATES DISTRICT COURT
OF NEW MEXICO

FILED GR
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2021 JUL 23 PM 1:20
CLERK-SANTA FE

Kyle Sandau, Mark Doty, Rebecca Kaiser )
    Plaintiff ) No. CIV 21-426 MV/JHR
v. )
Zoe Fenn Old, Personal Representative )
of the Estate of Forrest Burke Fenn, deceased )
San Lazaro Holding Company LLC, )
Shiloh Forrest Old, William Bradley Sather, )
Collected Works Bookstore and Coffeehouse,)
Jonathan Kenneth Stuef
    Defendants.

### BARBARA ANDERSEN'S MOTION FOR LEAVE TO SUPPLEMENT

Barbara Andersen[1] respectfully moves for leave to supplement her motion to intervene and to offer *in camera* testimony as to the correct solve of the Forrest Fenn puzzle as follows:

1.    As Andersen has advised this Court, Sandau's claim relative to the above is fallacious. The conclusion of the "Chase" has yet to come. The conclusion of the "Chase" has nothing to do with the above plaintiffs.

2.    In addition to the matters referenced in her motion to intervene, this Court can clearly hear directly from Forrest Fenn that (a) the solve to his puzzle is more than 8.25 miles north of Santa Fe (not south like San Lazaro) and (b) that the treasure solve location was not at San Lazaro. See:

A.

https://video.search.yahoo.com/search/video;_ylt=Awr9Gi.Z1_FgnwQAoghXNyoA;_ylu=Y29sbwNncTEEcG9zAzEEdnRpZAMEc2VjA3BpdnM-

---

[1] Since Andersen's last filing, Andersen had to activate her Illinois license to complete a post-trial brief there. Andersen is not licensed before this Court or with New Mexico state bar. She represents herself "pro se" as it relates to this proceeding.

?p=8.25+miles+north+forrest+fenn+hidden+treasure&fr2=piv-web&fr=yfp-t#id=1&vid=5f2fe64bcfe63171cbdf2142ff25d121&action=view) and

B.   https://www.dailymotion.com/video/x6nxill |

3. As Andersen advised this Court, Andersen also filed pleadings in the New Mexico probate matter to (a) offer to withdraw her claim without prejudice and (b) offer *in camera* testimony in that Court so as to rid herself and the Estate of fallacious claimants like Sandau, etc. Andersen has since withdrawn her claim against the Estate with prejudice given that the Estate through their attorney advised Andersen that the Estate does not hold title to the chest that is the subject of the "Chase". A copy of the agreed order and the Declaration by Zoe Fenn Old to the probate court is attached herein as Exhibit A and is incorporated herein by reference. This Declaration clearly shows that the plaintiffs herein have no claim against the Estate of Forrest Fenn. (Andersen believes that the chest is held by an S corporation awaiting the real, fun end to the conclusion of the "Chase"…which again has nothing to do with plaintiffs herein.)

4. Because of the above representation of the personal representative of the Estate, Andersen's offer to provide in camera testimony became moot. She withdrew that offer to that Court as part of her converting her motion to withdraw her claim against the Estate from without prejudice to with prejudice.

5. Andersen has no idea why the plaintiffs herein would be bothering the balance of the defendants herein. As noted in her motion to intervene, most people (including Andersen) accept Jack Stuef as an actor as part of the prank end to the Chase. Andersen believes that the prank ending to the conclusion of the "Chase" will be unraveled soon and, in that process, it will be clearly shown that the claims of the plaintiffs herein were and are in bad faith. (Andersen is hoping that this will occur prior to the Labor Day weekend.

6.  Andersen also notes to this Court that when Andersen sent her file-stamped motion to intervene to plaintiffs herein: A. Andersen was mocked/threatened by Kyle Sandau and B. advised that he communications would be blocked. As such, Andersen will mail this pleading to plaintiffs. Andersen again asks this Court to admonish plaintiffs herein for unprofessional conduct against Andersen and relative to these proceedings.[2]

## Conclusion

For the reasons stated above, Andersen requests that this Court consider this pleading in supplement to her pending motion to intervene and to offer *in camera* testimony to this Court relative to the correct solve of the Fenn puzzle.

Respectfully submitted:

/s/ Barbara Andersen

Barbara Andersen
3201 Zafarano, Suite C
Box 259
Santa Fe, New Mexico 87507
Barbandersen323@yahoo.com

---

[2]  In the event that this Court grants Andersen's motion to intervene, Andersen will then ask this Court for leave to e-file.

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
7/22/2021 2:39 PM
KATHLEEN VIGIL CLERK OF THE COURT
Breanna Aguilar

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

CAUSE No. D-0101-PB-2020-00204

## IN THE MATTER OF THE ESTATE OF FORREST BURKE FENN

### STIPULATED ORDER GRANTING MOTION TO WITHDRAW CLAIM

THIS MATTER comes before the Court on the Motion for Withdrawal of Potential Claim Without Prejudice and Offer to Testify *In Camera* (the "**Motion**") filed by Barbara Andersen ("**Andersen**") on July 7, 2021. The Personal Representative of the Estate of Forrest Burke Fenn (the "**Estate**") filed a Response on July 14, 2021, and Andersen filed a Reply on July 16, 2021. The Estate and Andersen have reached an agreement as to the resolution of the Motion, as evidenced by the approvals of the parties shown below, which agreement provides that Andersen will file a withdrawal of any claim she has against the Estate with prejudice in reliance upon the Declaration of Zoe Fenn Old attached hereto as Exhibit A.

IT IS, THEREFORE, ORDERED that the Andersen shall have leave to file a withdrawal of her claim against the Estate with prejudice.

Francis J. Mathew
District Judge – Div. I

Respectfully submitted and agreed:

SOMMER KARNES & ASSOCIATES, LLP
Attorneys for Personal Representative, on Behalf of the Estate

By: */s/ Karl H. Sommer*
    P.O. Box 2476
    Santa Fe, New Mexico 87504-2476
    (505) 989-3800
    khs@sommerkarnes.com

Ex. A

1

APRIL, DOLAN & HICKEY PC
Attorneys for Personal Representative, on Behalf of the Estate

By:/s/*John M. Hickey*
    John M. Hickey
    460 St. Michael's Drive, Suite 1000
    Santa Fe, New Mexico 87505
    Attorneys for the Personal Representative,
    Zoe Fenn Old


*(approved via e-mail on July 20, 2021)*
Barbara Andersen, Movant *Pro Se*
3201 Zafarano, Suite C
Box 259
Santa Fe, NM 87507

Exhibit A to Order Granting Motion

## DECLARATION OF ZOE FENN OLD

I, Zoe Fenn Old, in my capacity as Personal Representative of the Estate Forrest Burke Fenn and in my individual capacity, do hereby declare and state under penalty of perjury as follows:

1. I am the daughter of Forrest Burke Fenn, deceased, and I have been appointed Personal Representative of the Estate of Forrest Burke Fenn (the "Estate") in Cause No. D-101-PB-2020-00204, pending in the First Judicial District Court, County of Santa Fe, State of New Mexico (the "Probate").

2. I have personal knowledge of the facts stated in this Declaration.

3. The treasure chest and its contents that my father hid sometime in 2010 and that was subject of "the chase" is not owned by or in the possession or control of the Estate.

4. The treasure chest and its contents are not in Inventory I prepared as part of the Probate or any other proceeding.

5. The treasure chest and its contents were never owned by the Estate and at no time have been in my possession or control.

*[signature: Zoe Fenn Old]*                                      Date: July 20, 2020

Zoe Old Fenn, Personal Representative
of the Estate of Forrest Burke Fenn, and
individually

## CERTIFICATE OF SERVICE

Barbara Andersen hereby certifies that on July 23, 2021 the **MOTION TO SUPPLEMENT HER MOTION TO INTERVENE** was filed and delivered via the ECF filing system to:

Service list:
kyle84486484@gmail.com

mark84486484@gmail.com

rebecca84486484@gmail.com

and via U.S. Mail:

>Kyle Sandau
>3518 Fremont Ave. N #537
>Seattle, Washington 98103
>
>Mark Doty
>1101 E. Cherry Street, #220
>Vermillion, South Dakota 57069
>
>Rebecca Kaiser
>3013 Broadway Ave. Ste 8, #148
>Yankton, South Dakota, 57078

/s/Barbara Andersen
Barbara Andersen
3201 Zafarano, Suite C
Box 259
Santa Fe, New Mexico 87507
Barbandersen323@yahoo.com